Michael Tenenbaum, Esq. (No. 186850)
mt@post.harvard.edu
THE TENENBAUM LAW FIRM
1431 Ocean Ave., Ste. 400
Santa Monica, CA  90401
Tel     (310) 919-3194
Fax    (310) 919-3727

*Counsel for Plaintiffs*

FILED
2012 JUL -5  PM 3:29
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: _____

BY FAX

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ASSOCIATION DES ÉLEVEURS DE CANARDS ET D'OIES DU QUÉBEC, a Canadian nonprofit corporation; HVFG LLC, a New York limited liability company; and HOT'S RESTAURANT GROUP, INC., a California corporation;<br><br>              Plaintiffs,<br><br>– against –<br><br>KAMALA D. HARRIS, in her official capacity as Attorney General of California; EDMUND G. BROWN, in his official capacity as Governor of California; and the STATE OF CALIFORNIA;<br><br>              Defendants. | Case No. CV-12-5735-SVW (RZx)<br><br>**PLAINTIFFS' EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION**<br><br>Date:     July 3, 2012<br>Time:    1:00 p.m.<br><br>(Notice provided under L.R. 7-19.1)<br><br>ORAL ARGUMENT REQUESTED |

---

PLAINTIFFS' EX PARTE APPLICATION FOR TRO AND OSC RE PRELIMINARY INJUNCTION

Plaintiffs Association des Éleveurs de Canards et d'Oies du Québec, HVFG LLC, and Hot's Restaurant Group, Inc., seek a temporary restraining order and order to show cause why a preliminary injunction should not issue to enjoin Defendants Kamala J. Harris and Edmund G. Brown (in their official capacities) and the State of California, together with their officers, agents, servants, employees, and attorneys, and all other persons who are in active concert or participation with Defendants, from enforcing section 25982 of the California Health & Safety Code.

This application is based on the accompanying *Plaintiffs' Brief in Support of Application for Temporary Restraining Order and Order to Show Cause Re Preliminary Injunction* and on the accompanying declarations and evidence submitted in support of this application. The preliminary relief Plaintiffs seek is appropriate here because Plaintiffs have a high likelihood of establishing that section 25982 is unconstitutional or have at least raised serious questions going to its constitutionality, and Plaintiffs will continue to suffer irreparable harm in the form of unrecoverable lost sales and the risk of arbitrary prosecution and crippling penalties with every day that passes if a TRO and preliminary injunction are not issued pending trial of this action. In addition, because Defendants will suffer no harm as a result, the balance of the hardships tips sharply in Plaintiffs' favor, and a TRO and preliminary injunction are in the public interest.

In compliance with Local Rule 7-19.1, Plaintiffs' counsel has given oral notice to the Office of the Attorney General of the State of California, counsel for Defendants, of the date and substance of this Application, as reported in the accompanying Declaration of Michael Tenenbaum, Esq.

Dated: July 2, 2012

THE TENENBAUM LAW FIRM

/s/ Michael Tenenbaum

Michael Tenenbaum, Esq.
*Counsel for Plaintiffs*