UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ASSOCIATION DES ÉLEVEURS DE CANARDS ET D'OIES DU QUÉBEC, a Canadian nonprofit corporation; HVFG LLC, a New York limited liability company; and HOT'S RESTAURANT GROUP, INC., a California corporation;<br><br>Plaintiffs,<br><br>– against –<br><br>KAMALA D. HARRIS, in her official capacity as Attorney General of California; EDMUND G. BROWN, in his official capacity as Governor of California; and the STATE OF CALIFORNIA;<br><br>Defendants. | Case No. CV-12-5735-SVW (RZx)<br><br>[PROPOSED] TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION<br><br>(Issued upon notice under L.R. 7-19.1)<br><br>BY FAX |

LODGED
CLERK, U.S. DISTRICT COURT

JUL - 5 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY

1 | TO DEFENDANTS KAMALA J. HARRIS, EDMUND G. BROWN, and the STATE
2 | OF CALIFORNIA:
3 |     YOU AND EACH OF YOU ARE HEREBY ORDERED TO SHOW CAUSE at
4 | ___:___ [a.m.][p.m.] on August ___, 2012, or as soon thereafter as counsel may be
5 | heard in the courtroom of the Honorable _____, located at
6 | [312 N. Spring St., Los Angeles, CA 90012-4701][255 E. Temple St., Los Angeles, CA
7 | 90012-3332], why you, your officers, agents, servants, employees, and attorneys, and
8 | all those in active concert or participation with you or them, should not be restrained
9 | and enjoyed pending trial of this action from enforcing section 25982 of the California
10 | Health & Safety Code.
11 |     PENDING HEARING on the above Order to Show Cause, you, your officers,
12 | agents, servants, employees, and attorneys, and all those in active concert or
13 | participation with you or them, ARE HEREBY RESTRAINED AND ENJOINED from
14 | enforcing section 25982 of the California Health & Safety Code.
15 |     This Temporary Restraining Order is effective immediately, July __, 2012, at
16 | ___:___ [a.m.][p.m.], without the filing of any undertaking by Plaintiffs.
17 |     This Order to Show Case and supporting papers must be electronically served on
18 | Defendants no later than _____ days before the date set for hearing, and proof of
19 | service shall be filed no later than _____ court days before the hearing.  Any response or
20 | opposition to this Order to Show Cause must be filed and electronically served on
21 | Plaintiffs' counsel no later than _____ court days before the date set for hearing, and
22 | proof of service shall be filed no later than _____ court days before the hearing.  Any
23 | reply must be filed and electronically served on Defendants' counsel no later than _____
24 | court days before the hearing, and proof of service shall be filed no later than _____
25 | days before the hearing.
26 | Dated:     July ___, 2012                    _____
27 |                                              Hon. Stephen V. Wilson
28 |                                              United States District Judge

- 1 -

[PROPOSED] TRO AND OSC RE PRELIMINARY INJUNCTION