Michael Tenenbaum, Esq. (No. 186850)
mt@post.harvard.edu
THE TENENBAUM LAW FIRM
1431 Ocean Ave., Ste. 400
Santa Monica, CA 90401
Tel   (310) 919-3194
Fax  (310) 919-3727

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ASSOCIATION DES ÉLEVEURS DE CANARDS ET D'OIES DU QUÉBEC, a Canadian nonprofit corporation; HVFG LLC, a New York limited liability company; and HOT'S RESTAURANT GROUP, INC., a California corporation;<br><br>          Plaintiffs,<br><br>  – against –<br><br>KAMALA D. HARRIS, in her official capacity as Attorney General of California; EDMUND G. BROWN, in his official capacity as Governor of California; and the STATE OF CALIFORNIA;<br><br>          Defendants. | Case No. CV-12-5735-SVW (RZx)<br><br>**DECLARATION OF SEAN CHANEY IN SUPPORT OF PLAINTIFFS' APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION** |



I, Sean Chaney, declare as follows:

1. I am a co-owner of Plaintiff Hot's Restaurant Group, Inc. ("Hot's Kitchen"), and I am the Executive Chef for our locations in Northridge (Hot's Cantina) and Hermosa Beach (Hot's Kitchen), California. I oversee every aspect of Hot's Kitchen's operations, and I have done so for nearly ten years. I have personal knowledge of the facts set forth in this Declaration and could competently testify to such facts if called upon to do so.

2. Hot's Kitchen sells a variety of dishes to its customers that include foie gras and other duck products. In order to make these dishes, I buy foie gras in various forms, including 1-oz. frozen slices, 1.75-oz frozen slices, and 2.5-oz. frozen slices. I also buy duck leg quarters to make duck confit. I also buy 7.7-pound containers of duck fat and use that to prepare the dishes that Hot's Kitchen sells to our customers.

3. I am aware that section 25982 of the California Health and Safety Code provides that a product "may not be sold in California if it is the result of force feeding a bird for the purpose of enlarging the bird's liver beyond normal size."

4. I have no idea — and no reasonable way of knowing — how much food any of the ducks these products come from consumed throughout their lifetimes, let alone whether any of the ducks was made to consume more than a typical duck of the same species would consume voluntarily. (The only duck livers I have ever seen are those known as foie gras.)

5. I have no idea — and no reasonable way of knowing — for what purpose the farmers raised the ducks from which these products are derived or what process they might have used to do so.

6. I also have no idea — and no reasonable way of knowing — whether any of these products even comes from ducks whose livers were sold as foie gras.

7. I am aware that section 25983(b) of the California Health and Safety Code provides that a citation issued for a violation of section 25982 requires the payment of

a penalty of up to $1,000 for each violation and up to $1,000 for each day the violation continues.

8. Given the large number of duck products that Hot's Kitchen sells that a peace officer or prosecutor might deem to be "the result of force feeding a bird for the purpose of enlarging the bird's liver beyond normal size," I am seriously worried about the potential penalties that Hot's Kitchen could be required to pay.

9. At just our Hermosa Beach location alone, in the month of June, Hot's Kitchen sold over 700 dishes that included foie gras or another part of the duck, our most popular being duck confit tacos and a hamburger topped with a small piece of foie gras. Hot's Kitchen was also selling hundreds more dishes that were made with duck legs or duck fat, such as foie gras tater tots and a poutine with duck confit, foie sauce, and French fries cooked in duck fat. June sales of foie gras and duck products exceeded $6,700.

10. Our average food-cost-to-menu-price markup, which is consistent with my over 15 years of experience in the restaurant industry, is 4-to-1.

11. Customers of Hot's Kitchen regularly tell me that one of the main reasons they come in to our restaurant is to eat our foie gras menu items.

12. Since section 25982 took effect on Sunday, July 1st, I am afraid to sell and have stopped selling any dishes that include foie gras out of fear of prosecution and the devastating penalties that could result from it.

//
//
//
//
//
//
//
//

- 2 -
DECLARATION OF SEAN CHANEY

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 4, 2012

_____
Sean Chaney