Michael Tenenbaum, Esq. (No. 186850)
*mt@post.harvard.edu*
THE TENENBAUM LAW FIRM
1431 Ocean Ave., Ste. 400
Santa Monica, CA 90401
Tel (310) 919-3194
Fax (310) 919-3727

*Counsel for Plaintiffs*



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ASSOCIATION DES ÉLEVEURS DE CANARDS ET D'OIES DU QUÉBEC, a Canadian nonprofit corporation; HVFG LLC, a New York limited liability company; and HOT'S RESTAURANT GROUP, INC., a California corporation;<br><br>Plaintiffs,<br><br>– against –<br><br>KAMALA D. HARRIS, in her official capacity as Attorney General of California; EDMUND G. BROWN, in his official capacity as Governor of California; and the STATE OF CALIFORNIA;<br><br>Defendants. | Case No. CV-12-5735-SVW (RZx)<br><br>DECLARATION OF MARCUS HENLEY IN SUPPORT OF PLAINTIFFS' APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION |



DECLARATION OF MARCUS HENLEY

I, Marcus Henley, declare as follows:

1. I am the Operations Manager of HVFG LLC, which does business as Hudson Valley Foie Gras ("Hudson Valley"). Hudson Valley is located in Ferndale, New York. I oversee every aspect of Hudson Valley's operations, from the arrival of one-day old ducklings to their feeding to maturity and through their slaughter and processing. I have done so for nearly 11 years. I have personal knowledge of the facts set forth in this Declaration and could competently testify to such facts if called upon to do so.

2. Hudson Valley raises ducks for foie gras. Ducks raised for foie gras are the source of a host of other products for human consumption such as their breasts, legs, and fat. The meat and livers from these ducks are also used to create various packaged food products. Excess fat from the duck is used for biodiesel. Their bones contain nutrients and are ground and added to pet food. We sell every part of the duck, including, for example, the tongues to Asian food restaurants. And perhaps the most familiar product that is the result of ducks raised for foie gras (apart from the liver itself) is the down feathers that are used in everything from outdoor apparel to sleeping bags. Hudson Valley sells these products to businesses that distribute their products throughout the United States.

3. Hudson Valley buys ducklings within days after they are born and raises them to slaughter. I am responsible for the purchase of these ducklings. While the livers used to make foie gras can come from a variety of these animals, the most common bird used for foie gras produced in the United States and Canada is the mulard duck. The mulard is the hybrid progeny of a domesticated male Muscovy duck and a domesticated female Pekin duck. The Muscovy duck is of the genus *Cairina*, and its species is *moschata*. The domesticated Muscovy duck is known as the subspecies *Cairina moschata momelanotus*. The Pekin duck is of the genus *Anas*, and its species is *platyrhynchos*. The Pekin breed of domesticated duck is known as the subspecies *Anas platyrhynchos domestica* or *Anas peking*.

- 1 -
DECLARATION OF MARCUS HENLEY

4. I have reviewed sections 25980 – 29584 (the "Bird Feeding Law" or "BFL") carefully and on many occasions, but I am unable to ascertain from the statute any feeding limit that enables me to know whether Hudson Valley's products can continue to be sold in California. In addition to ducks raised for foie gras, Hudson Valley also raises, slaughters, and processes other ducks into other products such as duck breast, duck legs, and duck fat. We also package products such as terrines, torchons, blocs, pâtés, mousses, and rillettes. For any of these products, there is no way for a reseller to know whether the duck from which it came was raised for foie gras or not as the products would be virtually indistinguishable. More importantly, there is no way for a reseller to know what amount of food was fed to the particular duck or ducks from which these products were made or whether the purpose for which the ducks were fed was to enlarge their livers.

5. Before Hudson Valley or any other American producer may sell its duck products within the United States, federal law requires that it comply with various regulations concerning its facilities, its operating procedures, the ducks before they are slaughtered, the ducks after they are slaughtered, the marking of duck products with a USDA seal, the labeling and containers of the duck products, and the definitions and standards of identity or composition of the duck products. As a New York-based producer of foie gras and other duck products, Hudson Valley of complies with these federal regulations. Hudson Valley is a USDA-approved official establishment and has a USDA inspector on site at all relevant times.

6. Until days ago, there were three producers in the United States whose foie gras and other duck products were sold in California: Hudson Valley, La Belle Farms (in New York), and Sonoma-Artisan Foie Gras. I understand that Sonoma-Artisan Foie Gras, the only producer of foie gras and other duck products in California, closed down its business in recent days rather than risk prosecution under the BFL.

7. For Hudson Valley, California is our largest market, and sales in California — over $1.6 million for just the first half of 2012 — represent 18.7% of our

current revenues. Sales since 2009 have grown by 76%, an average of over 20% per year. Hudson Valley sell its products distributors in California who resell them at an average mark-up of approximately 50%.

8. In the few days since section 25982 has taken effect in California, Hudson Valley has seen our orders from California evaporate, and we are fearful of continuing to sell our products into the state based on the risk of prosecution of our customers and potential civil liability. Our sales to California last month were over $435,040.

9. The loss of sales to California will cause us to lose $3.2 million in revenues over the next year based on our current sales, which would force us to lay off about 32 employees.

10. At one point last week, as we were preparing this lawsuit with various co-plaintiffs, I saw an Internet webpage at the URL forcefeeders.weebly.com on which someone had posted my home address and that of various chefs and other individuals I know be involved in the foie gras industry.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 5th, 2012

_____
Marcus Henley