| | |
|---|---|
| 1 | KAMALA D. HARRIS<br>Attorney General of California |
| 2 | CONSTANCE L. LELOUIS<br>Supervising Deputy Attorney General |
| 3 | State Bar No. 148821<br>  1300 I Street, Suite 125 |
| 4 |   P.O. Box 944255<br>  Sacramento, CA 94244-2550 |
| 5 |   Telephone:  (916) 322-9357<br>  Fax:  (916) 324-8835 |
| 6 |   E-mail:  Connie.LeLouis@doj.ca.gov |
| 7 | *Attorneys for Defendants State of California and Attorney General* |

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **ASSOCIATION DES ELEVEURS DE CANARDS ET D'OIES DU QUEBEC**, a Canandian non-profit corporation; **HVFG LLC**, a New York limited liability company; and **HOT'S RESTAURANT GROUP, INC.**, a California corporation,<br><br>            Plaintiffs,<br><br>      v.<br><br>**KAMALA J. HARRIS**, in her official capacity as Attorney General of California; **EDMUND G. BROWN JR**, in his official capacity as Governor of California; and the **STATE OF CALIFORNIA**,<br><br>            Defendants. | CV-12-5735-CVW (RZx)<br><br>**EX PARTE APPLICATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' EX PARTE APPLICATION FOR TRO AND OSC RE PRELIMINARY INJUNCTION**<br><br>Action Filed: 7/3/2012 |

Defendants State of California and Attorney General Kamala D. Harris[1] (collectively, "Defendants") hereby apply ex parte for an extension of time to

---

[1] The Governor has not been served with this action.  (See Declaration of Peter Southworth, filed herewith, ¶ 4.)

1

respond to Plaintiffs' Ex Parte Application for Temporary Restraining Order and Order to Show Cause Re Preliminary Injunction.

Plaintiffs' counsel is:

Michael Tenenbaum
The Tenenbaum Law Firm
1431 Ocean Avenue, Suite 400
Santa Monica, CA 90401
(310) 919-3194
mt@post.harvard.edu

In compliance with Local Rule 7-19.1, Defendants' counsel has notified Plaintiffs' counsel of this application, but has not yet been informed whether Plaintiffs' counsel opposes the application. (See Declaration of Peter Southworth, filed herewith, ¶ 2.)

Good cause exists to grant Defendants' request for an extension. Defendants did not receive notice of Plaintiffs' ex parte application until close of business yesterday. (See *id.*, ¶ 3.) It could only be assigned this morning, and the most available Deputy Attorney General was in court this morning until noon. (See *id.,* ¶ 4.)

Moreover, Plaintiffs seek to enjoin the enforcement of a statute that has been on the books since January 1, *2005* and has been in effect since July 1. (See Health & Saf. Code, § 25984.) Plaintiffs have known for *years* that the statute would take effect on July 1 and could have challenged the constitutionality of the statute at issue. Instead, they now seek to do so on an ex parte basis and when their only asserted interim harm is monetary damages. Defendants need more than a few hours to respond to Plaintiffs' arguments and moving papers.

\ \ \

\ \ \

\ \ \

\ \ \

\ \ \

1  For the foregoing reasons, Defendants respectfully request that the Court grant
2  them an extension until July 11 to respond to Plaintiffs' ex parte application.

3  Dated: July 6, 2012              Respectfully submitted,

4                                   KAMALA D. HARRIS
                                    Attorney General of California
5

6                                   /s/ CONSTANCE LELOUIS

7                                   Supervising Deputy Attorney General
                                    *Attorneys for Defendants*
8                                   *State of California and Attorney*
                                    *General*
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28