KAMALA D. HARRIS
Attorney General of California
CONSTANCE L. LELOUIS
Supervising Deputy Attorney General
State Bar No. 148821
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone:  (916) 322-9357
 Fax:  (916) 324-8835
 E-mail:  Connie.Lelouis@doj.ca.gov

*Attorneys for Defendants State of California and California Attorney General*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **ASSOCIATION DES ELEVEURS DE CANARDS ET D'OIES DU QUEBEC, a Canadian non-profit corporation; HVFG LLC, a New York limited liability company; and HOT'S RESTAURANT GROUP, INC., a California corporation,**<br><br>Plaintiffs,<br><br>v.<br><br>**KAMALA J. HARRIS, in her official capacity as Attorney General of California; EDMUND G. BROWN, in his official capacity as Governor of California; and the STATE OF CALIFORNIA,**<br><br>Defendants. | CV-12-5735-CVW (RZx)<br><br>**DECLARATION OF PETER SOUTHWORTH IN SUPPORT OF EX PARTE APPLICATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S EX PARTE APPLICATION FOR TRO AND OSC RE PRELIMINARY INJUNCTION**<br><br>Action Filed: 7/3/2012 |

I, Peter Southworth, declare as follows:

1. I am a Supervising Deputy Attorney General in the California Attorney General's Office. I have personal knowledge of the following facts and am submitting this declaration in support of defendant's Ex Parte Application to

1

Extend Time to Respond ("Defendants' Application for an Extension") to plaintiffs' Ex Parte Application for a Temporary Restraining Order and Order to Show Cause re: Preliminary Injunction (Plaintiffs' TRO Application").

2. On July 6, 2012, I contacted Michael Tenenbaum, counsel for plaintiffs, by email and left a voicemail message around 2:00 p.m. indicating that defendants State of California ("State") and California Attorney General Kamala D. Harris ("Attorney General") would be filing Defendants' Application for an Extension. I informed Mr. Tenenbaum that defendants would seek leave to file their opposition by 3:00 p.m. on Wednesday, July 11, 2012. As of 3:00 p.m., I had not heard back from Mr. Tenenbaum.

3. The summons, complaint, and all of the papers supporting Plaintiffs' TRO Application were first served on defendants Attorney General Kamala Harris and defendant State of California by delivering them to the Attorney General's Los Angeles office at 4:55 p.m. on July 5, 2012. I am familiar with the service receipt policies of this office and have reviewed the intake form for this matter. It is time-stamped 4:55 p.m. on July 5. The Attorney General was not authorized to accept service for the Governor. A Deputy Attorney General in Los Angeles, Mark Beckington, informed Mr. Tenenbaum of that fact.

4. The Government Law Section represents the California Attorney General and Governor in litigation. Upon receiving these papers, I and the other managing attorneys in the section met this morning and considered whether we could assign this matter to a Deputy Attorney General in Los Angeles in that section. We could not, due those deputies' workloads and immediate assignments. We assigned it to the most readily available Deputy Attorney General, Ms. Stephanie Zook. Ms. Zook was in court this morning until noon (as was I) and we could not turn to this matter until two hours ago.

| | |
|---|---|
| 1 | I declare that the foregoing is true and correct under penalty of perjury under |
| 2 | the laws of the United States of America. |
| 3 | Dated:  July 6, 2012                                                          _/s Peter Southworth_____ |