FILED
CLERK U.S. DISTRICT COURT
JUL - 6 2012
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASSOCIATION DES ELEVEURS DE CANARDS ET D'OIES DU QUEBEC, a Canadian non-profit corporation; HVFG LLC, a New York limited liability company; and HOT'S RESTAURANT GROUP, INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>KAMALA J. HARRIS, in her official capacity as Attorney General of California; EDMUND G. BROWN JR, in his official capacity as Governor of California; and the STATE OF CALIFORNIA,<br><br>Defendants. | Case No. CV-12-5735-CVW (RZx)<br><br>[PROPOSED] ORDER RE EX PARTE APPLICATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' EX PARTE APPLICATION FOR TRO AND OSC RE PRELIMINARY INJUNCTION |

The Court, having read and considered Defendants State of California and Kamala D. Harris's (collectively, "Defendants") ex parte application for an extension of time to respond to Plaintiffs' Ex Parte Application for Temporary Restraining Order and Order to Show Cause Re Preliminary Injunction, all of the

1

papers filed in support of and opposition to this application, and all other evidence as appropriate, and for good cause shown,

HEREBY ORDERS:

Defendants' Ex Parte Application for Extension of Time to Respond to Plaintiffs' Ex Parte Application for TRO And OSC Re Preliminary Injunction is GRANTED. Defendants' opposition brief is due July 11, 2012, by 3:00 p.m.

**SO ORDERED.**

Dated: July 6, 2012

Steven V. Wilson