1  KAMALA D. HARRIS
   Attorney General of California
2  CONSTANCE L. LELOUIS
   Supervising Deputy Attorney General
3  State Bar No. 148821
    1300 I Street, Suite 125
4   P.O. Box 944255
    Sacramento, CA 94244-2550
5   Telephone:  (916) 322-9357
    Fax:  (916) 324-8835
6   E-mail:  Connie.LeLouis@doj.ca.gov
   *Attorneys for Defendants State of California,*
7  *Governor of California, and Attorney General*

8

9                IN THE UNITED STATES DISTRICT COURT

10              FOR THE CENTRAL DISTRICT OF CALIFORNIA

11                           WESTERN DIVISION

12

| | |
|---|---|
| 13  **ASSOCIATION DES ÉLEVEURS DE CANARDS ET D'OIES DU QUÉBEC, a Canadian non-profit corporation; HVFG LLC, a New York limited liability company; and HOT'S RESTAURANT GROUP, INC., a California corporation,** | CV-12-5735-CVW (RZx) **STATE OF CALIFORNIA, GOVERNOR OF CALIFORNIA, AND ATTORNEY GENERAL'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO PLAINTIFFS' EX PARTE APPLICATION FOR TRO AND OSC RE PRELIMINARY INJUNCTION** |
| Plaintiffs, | |
| v. | |
| **KAMALA D. HARRIS, in her official capacity as Attorney General of California; EDMUND G. BROWN, in his official capacity as Governor of California; and the STATE OF CALIFORNIA,** | Courtroom:  6 Judge:  Steven V. Wilson Action Filed: 7/3/2012 |
| Defendants. | |

1  Pursuant to Federal Rule of Evidence 201, Defendants State of California, the
2  Governor of California, and the Attorney General (collectively, "Defendants")
3  request that the Court take judicial notice of certain documents relevant to its
4  opposition to Plaintiffs' ex parte application for temporary restraining order and
5  order to show cause re preliminary injunction, true and correct copies of which are
6  attached.  The Court may take judicial notice of any fact that is "not subject to
7  reasonable dispute because it (1) is generally known within the trial court's
8  jurisdiction; or (2) can be accurately and readily determined from sources whose
9  accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b).  A court shall
10 take judicial notice if requested by a party and supplied with the necessary
11 information.  Fed. R. Evid. 201(c)(2); *see United States v. Ritchie*, 342 F.3d 903,
12 909 (9th Cir. 2003) ("Facts are indisputable, and thus subject to judicial notice, only
13 if they are either 'generally known' . . . or 'capable of accurate and ready
14 determination by resort to sources whose accuracy cannot be reasonably
15 questioned . . . .'").
16 / / /
17 / / /

1   Defendants hereby request that the Court take judicial notice of the following
2   document, a true and correct copy of which is attached hereto as Exhibit 1:
3   California Bill Analysis, S.B. 1520, 2003-2004 Regular Sess. (Cal. Aug. 17, 2004),
4   *available at* http://leginfo.ca.gov/pub/03-04/bill/sen/sb_1501-
5   1550/sb_1520_cfa_20040825_095126_sen_floor.html.  This document is properly
6   subject to judicial notice as legislative history not reasonably subject to dispute.
7   *See Louie v. McCormick & Schmick Rest. Corp.*, 460 F. Supp. 2d 1153, 1155 n.4
8   (C.D. Cal. 2006) (taking judicial notice of legislative history of state statute).

Dated:  July 11, 2012

Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California

*/s/ Constance L. LeLouis*

CONSTANCE L. LELOUIS
Supervising Deputy Attorney General
*Attorneys for Defendants State of California, Governor of California, and Attorney General*

SA2012106936