

1  Melissa Grant (SBN 205633)
   MGrant@InitiativeLegal.com
2  Valerie Kincaid (SBN 123728)
   VKincaid@InitiativeLegal.com
3  Arnab Banerjee (SBN 252618)
   ABanerjee@InitiativeLegal.com
4  Initiative Legal Group APC
   1800 Century Park East, 2nd Floor
5  Los Angeles, California 90067
   Telephone:  (310) 556-5637
6  Facsimile:   (310) 861-9051

7

8  *Attorneys for Proposed Defendant-Intervenors*

9

10              UNITED STATES DISTRICT COURT

11          FOR THE CENTRAL DISTRICT OF CALIFORNIA

12

13  ASSOCIATION DES ELEVEURS DE          Case No. CV-12-5735-SVW (RZx)
    CANARDS ET D'OIES DU QUÉBEC,
14  a Canadian nonprofit corporation;    **DECLARATION OF STEPHEN**
    HVFG LLC, a New York limited         **WELLS IN SUPPORT OF**
15  liability company; and HOT's         **PROPOSED DEFENDANT-**
    RESTAURANT GROUP, INC., a            **INTERVENORS' MOTION TO**
16  California corporation,              **INTERVENE**
17
                Plaintiff,               Date:    August 13, 2012
18                                       Time:    1:30 p.m.
         v.                              Judge:   Stephen V. Wilson
19
20  KAMALA D. HARRIS, in her official
    capacity as Attorney General of
21  California; EDMUND G. BROWN, in
    his official capacity as Governor of
22  California; and the STATE OF
    CALIFORNIA,
23
24              Defendant.
25
26
27
28
                                         DECLARATION OF STEPHEN WELLS IN SUPPORT
                                          OF PROPOSED DEFENDANT-INTERVENORS'
                                                MOTION TO INTERVENE
                                                  CV-12-5735-SVW (RZx)

I, Stephen Wells, declare as follows:

1.      I am the Executive Director of the Animal Legal Defense Fund ("ALDF"). I have worked for over twenty-three years on local, state, and federal legislative issues to advance the interests of animals. For the past thirteen years I have worked with ALDF in various capacities. In January of 2006 I was appointed Executive Director of the organization. Since taking that role, I have overseen ALDF's legislative campaigns, litigation efforts, and regulatory affairs. I have personal knowledge of the following facts, they are true to the best of my knowledge and recollection, and if called to testify I could and would competently testify to the facts herein.

2.      ALDF is a non-profit corporation founded in 1979 to protect the lives and advance the interests of animals through the legal system. ALDF's headquarters are located in Cotati, California. With over 100,000 members nationwide and over 9,000 in California alone, ALDF includes lawyers, law professors, law students, and other similarly interested individuals. Together, they work peacefully and within legal boundaries to stop animal abuse and encourage the protection of animals. ALDF has been actively involved in matters pertaining to the protection and humane treatment of animals used for meat and dairy products in California. ALDF files lawsuits to enforce existing animal protection laws, provides free legal assistance to prosecutors handling cruelty cases, works to strengthen state anti-cruelty statutes, encourages the federal and state governments to strengthen and enforce existing laws, and provides public education through seminars, workshops, and other outreach efforts.

3.      The great weight of evidence concerning the effects of force-feeding on birds has convinced me that force-feeding inflicts severe suffering on the animals involved and for that reason ALDF has spent substantial time, money, and other resources to eliminate the practice and product of force-feeding, especially in California. ALDF's opposition is based upon, among other things, opinions it has

DECLARATION OF STEPHEN WELLS IN SUPPORT
OF PROPOSED DEFENDANT-INTERVENORS'
MOTION TO INTERVENE
CV-12-5735-SVW (RZx)

1   obtained from some of the leading avian pathologists and veterinarians in the

2   United States, the European Union Scientific Committee on Animal Health and

3   Welfare's report entitled *Welfare Aspects of the Production of Foie Gras in Ducks*

4   *and Geese*, and the Israeli Supreme Court's 2003 decision declaring force-feeding

5   to be a violation of the country's animal cruelty laws. *See* Attachment A, Scientific

6   Committee on Animal Health and Animal Welfare (SCAHAW), *Welfare aspects of*

7   *the production of foie gras in ducks and geese* 33-49 (December 16, 1998); HCJ

8   9232/01 *Noah v. Att'y General* [2002-2003] IsrSC 215, *available at*

9   http://tinyurl.com/893ckol.

10       4.    In light of the aforementioned and other evidence, ALDF has

11   developed a strong commitment to ending the practice of force-feeding in the foie

12   gras industry, and has directed significant time and resources towards

13   accomplishing that goal.  ALDF worked to support and defend California Senate

14   Bill 1520, passed and enacted as Chapter 13.4 of California's Health and Safety

15   Code ("SB 1520" or the "Foie Gras Law").  ALDF has also urged the Better

16   Business Bureau and the California Attorney General to take action to curtail false

17   advertising by purveyors of force-fed animal products.

18       5.    ALDF is also committed to improving the living conditions of animals

19   used for food in California in a broader sense, and has directed significant time and

20   resources towards this goal.  ALDF has filed numerous lawsuits against California

21   factory farming operations to improve the conditions of animals in those facilities.

22   ALDF has also supported and defended California legislation to substantially

23   improve conditions for farmed animals, including bills to increase cage sizes for

24   hens in the egg industry, and to prevent sick and disabled animals from being used

25   in the human food supply.

26       6.    ALDF supported the Foie Gras Law when it was being considered by

27   the legislature, and wrote to the Chair of the Senate Business and Professions

28   Committee to urge the Law's passage. *See* Attachment B, Letter from Joyce

1   Tischler, Executive Director, Animal Legal Defense Fund, to Senator Liz

2   Figueroam, Senate Committee on Business and Professions Chair, California State

3   Senate (April 7, 2004).  Since then, ALDF has continued to be an active advocate

4   for the ban, publicly explaining the importance of the law in reducing animal

5   suffering.  ALDF has appeared in many television and print news stories discussing

6   the suffering that force-fed birds experience, and explaining the need for

7   California's Foie Gras Law.  ALDF has also published an abundance of educational

8   materials about the experiences of force-fed birds on its website, including a video

9   of obviously sick and injured birds inside force-fed foie gras production sites.

10   ALDF has recently issued an action alert to its California members calling for them

11   to contact their state legislators to oppose any efforts to repeal the Force Fed Birds

12   Law.

13   　　　　7.　　ALDF has spent substantial time and resources advancing the interests

14   of farmed animals and of force-fed birds in particular.  If the Foie Gras Law is

15   overturned, ALDF's aforementioned efforts to support the law will have been

16   wasted, the resources ALDF spent in support of the law will be irrecoverably lost,

17   and ALDF will be adversely affected.  The Foie Gras Law also represents a historic

18   advancement in animal welfare legislation in the United States.  Overturning the

19   Foie Gras Law will deprive ALDF of the opportunity to use the ban as an example

20   to promote other positive changes to animal husbandry practices in the food

21   industry, which would further adversely affect ALDF.

22   　　　　8.　　Given ALDF's specific focus on advancing the interests of animals

23   through the legal system, ALDF's interests could not be adequately represented by

24   the named defendants in this action.

25   　　　　9.　　ALDF first learned that the above-captioned case was pending on or

26   about July 3, 2012, when we learned from public sources that the lawsuit had been

27   filed.  Immediately thereafter, ALDF began communicating with other interested

28   parties, interviewing and obtaining counsel, and drafting the instant motion and

DECLARATION OF STEPHEN WELLS IN SUPPORT
OF PROPOSED DEFENDANT-INTERVENORS'
MOTION TO INTERVENE
CV-12-5735-SVW (RZx)

1  supporting documents in order to protect ALDF's interests and the interests of its

2  members.

3      Pursuant to 28 U.S.C. § 1746 and the laws of the State of California, I

4  declare under penalty of perjury that the foregoing is true and correct, based on my

5  own personal knowledge, and as to those matters, I believe them to be true.

6

7      Executed this 9 day of July, 2012, in Cotati, California.

8

9

10

11  _____
    Stephen Wells

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF STEPHEN WELLS IN SUPPORT
OF PROPOSED DEFENDANT-INTERVENORS'
MOTION TO INTERVENE
CV-12-5735-SVW (RZx)

# EXHIBIT A



**ALDF**
ANIMAL LEGAL DEFENSE FUND

April 7, 2004

**VIA FACSIMILE (916) 324-0917 & U.S. MAIL**
Senator Liz Figueroa, Chair
Senate Committee on Business and Professions
State Capitol Building
Sacramento, CA 95814

Dear Senator Figueroa:

On behalf of the Animal Legal Defense Fund (ALDF), a California nonprofit public benefit corporation, I am writing in support of SB 1520, an animal protection bill that would prohibit the force feeding of ducks and geese in the production of foie gras, as well as ban sales of the product in California.

Many European countries already ban the production of foie gras, and in a recent Zogby poll, 77% of U.S. voters polled concur that the force feeding of ducks and geese should be prohibited.  At $70 per pound, the small percentage of people who can afford to eat foie gras make the cruelty inherent in its production especially unjustifiable.  It's time for California to treat animals more humanely than this.

On behalf of our 12,615 California members, ALDF strongly supports SB 1520.  I urge you to vote yes on this important bill.

Sincerely,

Joyce Tischler
Joyce Tischler
Executive Director

JT/pce

EXHIBIT B

# EXHIBIT B

# 5  CONSEQUENCES OF FORCE FEEDING: WELFARE INDICATORS

## 5.1   Force feeding and behavioural indicators

Daily hand-feeding of ducks and geese is normally associated with a positive response by the animals towards the person feeding them. In the preparation of this report, members of the Committee visited a number of farms practising force feeding but this behaviour was not observed by the visitors on these occasions. When ducks or geese were in a pen during the force feeding procedure, they kept away from the person who would force feed them even though that person normally supplied them with food.   At the end of the force feeding procedure, the birds were less well able to move and were usually panting but they still moved away from or tried to move away from the person who had force fed them.   In a pilot experiment carried out on ducks kept individually in cages, the birds displayed less avoidance behaviour to the force feeder's visit than to the visit of a neutral person coming along the cages one hour after the force feeding (Faure, personal communication).   This suggests that the stranger is more aversive than the force feeder at this time but gives no information about the force feeding process itself.

Aversion behaviour to force feeding was studied experimentally by Destombes, Guy, Guémené and Faure 1996 (unpublished data). The time budget and readiness to go out of the living pen and into the feeding pen was compared in ducks for the 15 days before the start of the force feeding and for the 10 days following the force feeding.  Half of the ducks (4 pens of 10 animals) were kept as control and had two *ad libitum* meals per day whereas the force fed animals received two meals with the same amount of food as the control.   The control animals, which were fed ad libitum in the feeding pen, learned to leave the living pen and go to the feeding pen and went to this pen on the majority of occasions even when they were not driven.  The animals which were force fed, however, did not leave the living pen and go to the feeding pen.  When the force fed ducks were driven out of the living pen into the passage way, some then entered the feeding pen but some remained in the passageway. Since the feeding pen was attractive to the birds which were not force fed, the results indicate that the force feeding pen was not attractive to the force fed ducks and that the procedure might involve an aversive component.

33

The avoidance behaviour by most ducks and geese in pens during force feeding observed by members of the working group indicates aversion to the force feeding procedure. Ducks in cages had little opportunity to show avoidance but sometimes moved their heads away from the person who was about to force feed them.

The behavioural time budget in the living pen of the animals which were fed *ad libitum* or force fed a matched quantity of food showed high variation from day to day but no clear difference between the two treatments or with time. In the absence of opportunity for the force fed ducks to show normal feeding behaviour, it might have been expected that the birds would show more foraging activity in the living pen but this was not observed. These results do not allow any conclusions concerning the strength of motivation for foraging behaviour in force fed birds.

When the goose or duck is force fed, there is an increase in carcass weight and a substantial increase in the relative size of the liver (Villate, 1978; Georgiev et al., 1980; Bénard et al., 1991; Bénard, 1992; Jouglar et al., 1992). There appears to be no published evidence on the effects on gross body anatomy of force feeding. However, some experts of the working group observed on visits to fattening units that the legs of the force fed animals were pushed outwards, away from the mid-line of the body so that they met the ground considerably further apart than is normal and so that the leg could not be held vertically when the bird was standing or walking and they conclude that it was caused by the great expansion of the liver. They observed that the consequence of this was that birds with expanded livers had difficulty in standing and their natural gait and ability to walk were severely impaired. They assume that there must be increased lateral force on the leg joints when birds with hypertrophied livers are standing or walking but this has not been studied.

Some birds become unable to stand but there is no evidence available concerning the frequency of inability to stand, or of joint damage, or of the extent of difficulty in walking. Birds which are force fed seem to spend most of their time sitting rather than standing. The widespread use of small cages in which the birds usually cannot stand in a normal standing position makes it difficult to recognise leg problems and leg pain.

34

Hypertrophied livers can cause discomfort in a variety of other species. Hence it may be that some discomfort results directly from the hypertrophied liver in force fed ducks and geese. It appears that this has not been investigated.

When birds are kept in small cages they are unable to exercise, preen, explore or interact socially in a normal way. It is reasonable to conclude that when birds are kept in near darkness they are likely to show impaired exploratory behaviour and hence would not be likely to exercise properly.

## 5.2   Force feeding, management and pain

Birds, including ducks and geese, have a wide range of pain receptors and an elaborate pain recognition system. Most injuries caused by tissue damage during handling or tube insertion would result in pain. The oropharyngeal area is particularly sensitive and is physiologically adapted to perform a gag reflex in order to prevent fluids entering the trachea. Force feeding will have to overcome this reflex and hence the birds may initially find this distressing and injury may result.

The beak of a duck is richly innervated and the insertion of a ring through the beak would cause pain during the operation and might cause neuroma formation, and hence prolonged pain, thereafter. Similarly, most injuries to the feet caused by inadequate flooring would be painful.

Other than the data on behaviour mentioned in 5.1 above, no studies of pain during the force feeding procedure appear to have been carried out.

## 5.3   Force feeding and physiological indicators

Although several studies have been devoted to the technical, nutritional, histological and biochemical consequences of force feeding, very little information is available about physiological indicators of duck and goose welfare. A set of experiments has recently been

35

carried out on the male hybrid duck (Mulard) as part of a programme instigated by INRA (Faure et al., 1996)

The hypotheses tested were that force feeding could produce acute or gradually accumulating stress. Acute effects could be induced by different aspects of the process itself, e.g. the handling, the introduction of the force feeding tube, the forced introduction of the food or the excessive food quantity. Gradually accumulating effects could be due to the fact that the procedure was repeated twice a day for 14 days or to the increasing weight of the animals.

To test these hypotheses four treatments were compared on four groups of 30 ducks: control (ad libitum fed animals); extensive force feeding (i.e. introduction of the quantity of food consumed by controls); intensive (i.e. normal) force feeding and prevention of feeding.
If the procedure was inducing acute stress, it could be that an increase in the corticosterone level would be observed shortly (15 min, i.e. the time required to have a maximum corticosterone secretion after ACTH injection) after the force feeding procedure.

Two types of reactions which could result from long-term problems are an increase in the heterophil/lymphocyte ratio and a variation in adrenal gland reactivity. According to species and conditions two types of changes have been described in the bibliography: a decrease of the adrenal capability to secrete corticosterone (exhaustion) and this hypothesis was tested by injecting doses of ACTH that give a maximum corticosterone secretion; or an increase in adrenal reactivity to ACTH stimulation and this was tested with injections of ACTH that were shown to induce about half of the maximum corticosterone secretion.

Blood corticosterone content was measured during the usual procedures associated with force feeding: catching the birds, putting them in pens, miscellaneous handling operations, insertion of the tube, food pumping procedures and the consequences of filling up the oesophagus (Guémené et al., 1996). Adrenal reactivity tests consisting of evaluating the capacity of the adrenal cortex to respond to induction with ACTH by secreting corticosterone were applied to assess the long-term effects of repeated stress. As complementary tests, creatine-kinase activities were measured together with leucocyte counts to determine the heterophil/lymphocyte ratios.

36

When the effect of manipulating the birds prior to force feeding was studied, no significant physiological response was obtained except for a reduction in creatine kinase activity. Although the regular nature of the manipulations led to a reduction in live weight, performance based on liver weight was comparable so that it was impossible to conclude that there was habituation to the handling processes.

The short-term physiological effects of the force feeding operation were studied to differentiate between the effect of tube insertion, and filling the oesophagus in birds of excess or normal weight, in relation to control birds. None of the situations considered in the study had any significant effect on short-term changes in blood corticosterone content, apart from the results observed on day 7 (14th force feeding operation), in which a significant increase in this parameter was measured in the group of over-weight force fed birds. Despite this isolated result, the adrenal reactivity data obtained from tests carried out at the end of the force feeding period did not show any difference and no statistically significant modification of any of the other measures was obtained between the prior fattening period and the force feeding period. This measure, therefore gives no evidence that intensive force feeding is stressful to the male hybrid duck.

Finally the effect of the force feeding technique on behaviour was investigated by comparing pneumatic equipment with traditional mechanical methods of force feeding on birds. No difference between the two methods of force feeding could be demonstrated.

None of the measures used by Faure and his colleagues (1995-1998) indicate welfare problems. This conclusion could be due to the fact that the adrenal responses were of a small magnitude and that the sample sizes used were not large enough to reach statistical significance but in most of the cases not even tendencies were observed. Adrenal responses are sometimes masked during feeding so that all individuals which are feeding show increases or other effects are suppressed. Destombes et al. (1997) showed that restraint of ducks in a net immediately after force feeding induced a large increase in corticosterone levels so it is clear that adrenal activity was far from the maximal level. However, because only the measurement of the pituitary adrenal activity has been taken into account, no definite

37

conclusions can be drawn concerning the physiological activity of birds in response to force feeding.

## 5.4  Force feeding and pathology

General questions about pathology are considered in Section 1.2.1

The questions that are addressed in this section are:
1. Is fat liver a deviation from normality?
2. Is the condition reversible?
3. Is reversibility a factor that renders the condition non pathological?

- 5.4.1  Introduction

Whilst studies of the anatomy of ducks and geese kept for foie gras production have been carried out, the amount of evidence in the scientific literature concerning the effects of force feeding and liver hypertrophy on injury level, on the functioning of the various biological systems is small. In most animal production systems, such information is available so its scarcity in relation to foie gras production is regrettable.

The available evidence which could indicate pathological effects in foie gras production are considered in three parts. Those concerning biochemical and histological measurements are presented in this section, those concerning more general aspects of health are in section 4 and those concerning mortality are in section 5.

- 5.4.2  Liver structure and its biochemistry

Studies of the histological changes occurring in the liver have been described in various publications (Baldissera Nordio et al., 1976; Bénard et al.; 1991; Bénard, 1992; Labie and Tournut, 1970). Cellular hypertrophy has been demonstrated in both the duck and goose. Thus the mean hepatocyte diameter in the duck increases from 7-8 µm for a non fattened liver

38

to 24-28 μm in a liver after 12 days of force feeding period. This cellular hypertrophy is the result of an excess of hepatocytes of microvacuolar type (Bénard, 1992).

Force feeding brings about considerable modifications in the chemical composition of the liver, increasing the percentage fat content, the protein content, and reducing the water content (Baldissera Nordio et al., 1976; Bénard et al., 1991; Blum and Leclercq, 1973; Blum et al., 1968; Bogin et al.,1984; Georgiev et al., 1980; Durand et al., 1968, Luret, 1987; Nir et al., 1972). An example of the differences between the two types of liver is given in Table 2.

Table 2: Mean weight and composition of the liver from force fed and not-force fed geese (Babile et al., 1998)

|  | Force fed | Not force fed |
|---|---|---|
| Liver weight (g) | 982 | 76 |
| Water content (%) | 34.3 | 70.4 |
| Protein content (%) | 7.6 | 20.7 |
| Lipid content (%) | 55.8 | 6.6 |

- 5.4.3    Liver function

Hepatic function of force fed animals has been studied in particular to determine whether liver function is irreversibly impaired. During force feeding, blood flow through the liver decreases and this may affect hepatic function in various ways.

Firstly, hepatic function was evaluated using two markers, i.e. sulphobromophthalein and indocyanine green, with high extraction coefficients (Bengone-Ndong, 1996). When these markers were administered by intravenous route to ducks subject to force feeding, a progressive change in the pharmacokinetic parameters of these two markers was observed i.e. increase in the half life of elimination, area under the curve, mean residence time, etc. This shows that the hepatic steatosis induced in ducks during force feeding results in impaired hepatocellular function (Bengone-Ndong., 1996).

39

The consequences of force feeding were also assessed in ducks that had received chloramphenicol by oral route. When the antibiotic was administered as the carbon 14 labelled molecule, the plasma kinetics of the radioactivity showed that the blood concentrations were much lower in ducks at the end of force feeding than in normally fed birds. Similarly the residual concentrations of radioactivity, as demonstrated by quantitative whole-body autoradiography, were much lower in force fed birds (Bengone-Ndong, 1996). When chloramphenicol was administered in an unlabelled form, assay tests on the unchanged product revealed that absorption of the antibiotic was delayed in time and that the plasma concentrations were lower in force fed birds. The peak concentration occurred 2 hours after administration in birds in the final stages of force feeding compared with a peak of 20 minutes in normally fed birds (Mesplède, 1996). This result is clearly not because of lack of fat to absorb the antibiotic so it is likely to be a consequence of impaired hepatic function, for example reduced biliary secretion.

In a second phase of experiments, comparable studies were undertaken to monitor the fate of birds which, on reaching the terminal stage of force feeding, were then returned to basic zootechnical conditions with free access to food and drinking water. It was shown that under such conditions the birds recovered similar body weights to those of their congeners which had not been force fed. Similarly, plasma biochemistry studies showed a return to reference values, obtained from birds that had not been force fed, in various parameters (cholesterol, triglycerides, proteins and different enzymes). The return to normal took approximately four weeks (Prehn, 1996. Plasma biochemistry studies were corroborated by a study of hepatic histology which showed that the observed liver steatosis regressed when force feeding was stopped so that, 4 weeks later, the hepatic cells no longer showed any sign of excess lipids. Finally the study of hepatic function in birds subjected to a force feeding protocol showed that the pharmacokinetic parameters following intravenous injection of sulphobromophthalein and indocyanine green, were identical to those of birds that had not been force fed, within 28 days.

These various studies were mostly conducted in ducks but some were also carried out in geese. The biochemical and histological measures, show that force feeding induced hepatic steatosis in the duck or goose which was totally reversible, as demonstrated from a

40

morphometric, biochemical, histological and functional viewpoint, within four weeks (Babile et al., 1996).

The reversibility of the consequences of force feeding was carried out in an other experiment (Prehn, 1996). The aim of this study was to investigate the morphological and functional changes of the liver of force fed ducks after three periods of two weeks of force feeding and four weeks of recovery. Using the same tests as previously described, it was demonstrated that, in these conditions, liver steatosis in force fed ducks was reversible (Prehn 1996).

These various data show that the liver steatosis obtained by force feeding induced an impairment of hepatic function, as demonstrated from morphometric, biochemical, histological and pharmacological points of view, but that this was completely reversible in the studies carried out. The reversibility of steatosis which is reported above for many birds which have been force fed does not mean that the changes in the liver are not pathological. Another indication of how pathological the liver changes are is to consider whether the birds would die if the steatosis which exists at the end of the force feeding period were to continue. All producers are careful to keep good technical results and not to continue the force feeding some extra days because if they do, very high mortality can occur. The livers of these birds would show slightly further advanced steatosis before they died. The experimental study in which the level of steatosis which exists at the end of force feeding is maintained for some days has not been carried out. However, if force feeding is continued after three to four days (Bogin et al., 1984), the level of cell damage rises significantly. This is consistent with reports from farmers that indicate that mortality increases if feeding continues for longer than usual. Hence it appears that the level of steatosis normally found at the end of force feeding would not be sustainable for many of the birds. For this reason, and because normal liver function is seriously impaired in birds with the hypertrophied liver which occurs at the end of force feeding this level of steatosis should be considered pathological.

A further source of information concerning whether the liver is in a pathological condition at the end of gavage is to ask qualified pathologists for their opinion on the histology of such liver. In non-statistical surveys (Beck; 1994, 1996 unpublished) the opinions of 25 pathologists from various countries were sought on this point. Most of these considered that

41

the liver condition was pathological. Several of them pointed out that some degree of steatosis can occur in healthy animals at certain times of life but they considered that the degree of steatosis at the end of force feeding was much more severe than any naturally occurring steatosis.

- ### 5.4.4 Hepatic steatosis of the force fed ducks and geese

Hepatic steatosis of the force fed duck or goose results from the accumulation of lipids in hepatic parenchymal cells (hepatocytes). Among these lipids, storage cytoplasmic lipids, and especially triglycerides, predominate. Fatty liver occurs when the hepatic production of triglycerides is not matched by their secretion as VLDL (very low density lipoproteins) or their degradation by beta-oxidation. This imbalance may result from a number of toxic, nutritional or hormonal causes. The origin of hepatic steatosis in the waterfowl is nutritional. Indeed, during force feeding, over production of triglycerides is facilitated because :

- *de novo* lipogenesis is mainly hepatic in avian species (Leveille et al., 1975; Saadoun and Leclercq, 1987),
- lipogenesis is enhanced by dietary carbohydrates, which are the main component of the maize used for force feeding (Goodridge, 1987; Saadoun and Leclercq, 1987).

The product of hepatic lipogenesis is essentially triglycerides. In the case of overproduction, not all triglycerides can enter the secretion pathway and a large proportion remains stored in the liver (Hermier et al., 1991). In avian fatty liver, total lipids may account for up to 50 % of the liver weight in the goose (Fournier et al., 1997) and 60 % in the duck (Salichon et al., 1994; Gabarrou et al., 1996). Storage lipids predominate, with 95 % triglycerides and 1-2 % cholesteryl esters. Structural membrane lipids, such as phospholipids and free cholesterol, account for only 1-2 and <1 %, respectively (Fournier et al., 1997; Gabarrou et al., 1996).

Under natural conditions, some degree of hepatic steatosis occurs in the wild waterfowl, as a consequence of energy storage before the migration. In poultry production, this specific capacity is utilised for the production of commercial fat liver. Newly synthesised triglycerides

42

are channelled towards secretion into plasma as VLDL, or beta-oxidation. When overproduction of triglycerides occurs, which is the case during force feeding, the liver responds in two ways :

- the secretion of VLDL is increased, as indicated by the very high concentration of plasma VLDL in the force fed goose compared with controls. After 14 days of force feeding, plasma VLDL concentration is 3.31 (0.29 g/l in controls), hence it appears that the secretion pathway is still very active and functional (Fournier et al., 1997). Indeed, force fed geese also exhibit a dramatic extra-hepatic fattening, which indicates that accumulation of plasma VLDL results from an increase in their secretion rather than from a defective catabolism in adipose tissues.

- the excess of triglycerides is normally stored in cytoplasmic storage vesicles. To enter the secretion pathway, these storage triglycerides need to be partially hydrolysed and reesterified, under hormonal influences found in the fasted state (Mooney and Lane, 1981). Since force feeding does not allow the birds to be fasted, the liver continues to accumulate triglycerides, until the last day, which indicates that the storage and secretion functions can still continue in these birds.

All these data indicate that susceptibility to hepatic steatosis is a natural response of waterfowl which is over expressed in response to force feeding. In most cases, lipid metabolism of the liver appears to function normally.

As described above, hepatic steatosis in the waterfowl is a normal metabolic response to the increased intake of diet carbohydrates and, in most cases, lipid metabolism of the liver appears to function. There seems to be a low prevalence of liver lesions (0.5%) when the animals are force fed (Bénard, 1992). If individual birds are given too much food or are fed for too long, their individual metabolic capacity will be overloaded and dysfunctioning will occur. An inflammatory process results in fibrosis, occlusion of the blood vessels, local liver haemorrhages, and jaundice. However, it is strongly in the interest of the farmer to avoid this phenomenon, because the animals suffer from the resulting diseases and because the resulting fat liver is of no commercial value. In some cases, hepatic steatosis is associated with cell damage, which results in an increase in the plasma concentration of hepatic enzymes (Bogin et

43

al., 1984). However, these changes are not detected in geese before the 18th days of force feeding, whereas the maximal duration of force feeding in Europe is 15 days (Bogin et al., 1984).

- 5.4.5      Plasma biochemistry and other measures of function

This approach has been adopted in various investigations and has shown that force feeding produces modifications in a large number of biochemical parameters i.e. triglycerides, cholesterol, phospholipids, fatty acids, and lipoproteins, etc....(Auvergne et al., 1988; Bénard, 1992; Blum et al., 1970; Blum and Leclercq, 1973; Blum et al., 1968; Bogin et al., 1984; Bokori and Karsai, 1969; Braun et al., 1985; Csuska et al., 1977; Darraspen et al., 1949; Famose, 1990; Goranov, 1979; Hudsky et al., 1974; Ivorec-Szylit and Szylit, 1969; Jouglar et al., 1992; Labie and Tournut, 1970; De la Farge et al., 1989; Leclercq and Blum, 1975; Losonczy et al., 1970; Luret, 1987; Nir, 1972; Nir et al., 1971; Nir et al. 1972; Nitsan et al., 1973; Rico et al., 1983; Sevoikova et al., 1981; Szylit and Ivorec-Szylit, 1967; Szylit et al., 1968; Timet et al., 1976; Tournut et al., 1967; Treffny et al., 1979; 1980; Villate, 1978; Woszczyk et al., 1977; Yamani et al., 1973).

Hormone assays were performed on samples taken 4 days before force feeding began, on the first day of force feeding, and then on days 3, 7, 14 and 17. Thyroxine, corticosterone, testosterone, œstradiol and progesterone were assayed. The measured values of these sex hormones did not exceed those of the thresholds of detection, but the birds were not sexually mature. No statistically significant variation was recorded for thyroxine or corticosterone (Famose, 1990).

It would be of interest to have the results of studies of the effects of force feeding on other functions such as nitrogen excretion or water regulation but these do not appear to be available. The abnormal diet that the force fed birds are kept on may have other effects on the birds' homeostasis. For example, if the calcium and phosphate ratios, or uptake, or metabolism is affected in any way then the birds may become subject to some osteopathy making their bones more fragile or even more painful. This would be consistent with birds spending more time sitting than the non-force fed cohorts and with the high incidence of bone

44

fractures seen at the abattoir. No studies appear to have been carried out looking at calcium and phosphate metabolism and associated hormonal imbalances.

- 5.4.6      General health indicators

It is generally observed that during force feeding, animals which are kept in groups are excited and nervous in the first two days. Then after the fifth day, they look quiet and they move their wings more frequently. They move when other birds move so they are generally responsive to one another.

From a clinical point of view, there can be some signs of digestive troubles. When the working group visited some units there was widespread evidence that faeces were more fluid than usual. At the beginning of the force feeding period, the feathers are bright and smooth. After some days, there can appear on some animals a change in which neck feathers become curved and sticky. This is called "wet neck" by farmers (cou mouillé).

Some signs of inflammation of the feet can be detected on some animals at the end of the force feeding period when they are maintained on wooden slats or on wire mesh.

In an epidemiological survey carried out in slaughter-houses, the prevalence of lesions which are observed on carcasses and livers was investigated. 20,000 carcasses have been systematically studied. Pathological lesions of the liver which would lead to the liver being unusable (perihepatitis, fibrosis, local necrosis) are very rare and the prevalence is below 0.5%. They have been reviewed in several papers (e.g. Bénard, 1992).

Different lesions can be observed on carcasses. The most frequent are bone fractures. They occur on wing bones, mainly the humerus. There is an important difference between muscovy ducks and mulard ducks. With muscovy ducks, Bénard et al (1992) observed less than 5% of bone fractures whereas with mulard ducks, the prevalence was between 30 and 70%. These fractures are produced during handling of animals at the slaughter-house. It seems that variations in the incidence of fractures can be correlated with staff care and climatic

45

conditions. In this last case, it seems that under certain meteorological conditions, animals are more nervous and in this case, the incidence of fractures increases.

Another frequent lesion is localised on the sternum, where a necrosis of the skin can be observed. This is observed on animals maintained in cages but it is unusual on animals kept on the floor. The prevalence is again more important in Mulard ducks (40-70%) whereas it is under 6% in muscovy ducks. This difference between muscovy and Mulard can be related to the development of the pectoralis profundus major and minor muscles which are larger in muscovy ducks.

The working group was informed that ducks at the end of the force feeding period can have serious injuries to the oesophagus or, more usually, having clear evidence of tissue damage in the oesophagus. It seems likely that birds have sufficient damage to oesophagus tissue, caused by the force feeding process to have been painful to the birds. However, Levinger and Kedem (1972) observed no alteration of the tissue of the oesophagus of force fed geese. The prevalence of oesophageal lesions is not known at present although the industry has been asked for this information. In a study reported by Bénard (pers comm) signs of candidosis were observable in up to 6% of animals in each batch of birds.

The dilation of the lower part of the oesophagus which occurs in ducks which are force fed has not been reported in non force fed ducks. It is not known whether this change is painful.

- 5.4.7    Force feeding and mortality rates

Mortality rates during the two week force feeding period were estimated from surveys in France, Belgium and Spain.
In France a survey was carried out from 1987 to 1994 on mortality rates in force fed ducks and geese. The mean mortality of 5,661,000 ducks was 3.4% and varied from 2.5% to 4.2% between years. The mean mortality of 315,000 geese was 4.2% and varied from 3.5% to 5.3% between years (Koehl and Chinzi, 1996). A recently published study (Chinzi and Koel, 1998) gives the results of a survey conducted in 1996 on 380 farms during the whole year (about 10 batches per year and 200 ducks per batch). The survey concerns ducks housed in individual

46

cages during the force feeding period. The main aim was to detect the effects of some variable factors (type of shed, presence of air conditioning and type of feeding device) (Table 3). The mean "loss" observed was as high as 3.6% when the animals were fed with a mechanical device but was limited to 1.7% when they were fed with pneumatic or hydraulic devices. No indication of the variations between farms and batches is given for each system in the text. The main conclusion is that the lowest mean loss rate is obtained in the most modern systems (specific building, air-conditioning, hydraulic device). In that text the effects of the 3 factors are presented independently but it can be expected that when the 3 factors are optimal, mortality rate would be lower than 1.7%.

The mortality rate of 77,519 ducks on 16 production units in Belgium was obtained by veterinary inspectors (Nicks, personal communication). The overall mortality observed was 2.75%, varying from 0 to 15% between farm and batches. It varied a lot according to the seasons, and was higher during the summer period.

In Spain, mortality was observed during 7 years in a farm feeding from 34,000 to 55,000 ducks per year. According to the year the rate of mortality varied between 0.9 and 1.1%. It was higher during the summer season (I. Estevez, personal communication).

These figures compare most unfavourably with mortality rates for ducks and geese during normal rearing. No data on the mortality rate of non force fed mulards were found. However mortality rates of muscovy ducks raised in fattening units exist (Sauveur and de Carville, 1990). The total mortality of 367,000 ducks observed during the 12 weeks before slaughtering was 3.60%. There were two peaks of mortality, the week after hatching and the fourth week. From the fourth week to the twelfth week the mortality decreased from 0.5% to less than 0.1% per week. Therefore for the two weeks before slaughter, the mortality rate would be 0.2% compared with 2 to 4% in the force fed mulard birds of about the same age.

47

Table 3: Effects of different types of housings and force feeding systems on the losses of mulards during the force feeding period. (Chinzi D., Koehl P.F., 1998)

| | | | |
|---|---|---|---|
| BUILDING | Transformed | 3.1 | a |
| | Specific      2.0 | b | |
| | | | |
| AIR COOLING | No | 3.2 | a |
| | Yes           2.0 | b | |
| | | | |
| FORCE FEEDING | Mechanical | 3.6 | a |
| SYSTEM | Mechanic dose | 2.4 | b |
| | Pneumatic/hydraulic | 1.7 | c |

Transformed: Building originally for a purpose other than force feeding;

Specific: Building purpose built for force fed ducks;

Mechanical: Food delivered by auger. The force feeder adapts the amount of food to each animal;

Mechanical dose: as above but every duck receive the same amount of food;

Pneumatic/hydraulic: Pneumatic or hydraulic device, every duck receives the same amount of food.

Groups with different letters are significantly different ($P<0.05$)

## 5. 5   Conclusion

In conclusion, there is good evidence that liver structure and function that would be classified as normal is severely altered and compromised in force fed ducks and geese, but that lipid metabolism biochemical pathways are still functioning normally, albeit at an increased rate. Other clinical signs that force fed birds exhibit which are not seen in age matched birds fed ad libitum on a 'natural' diet include: loose faeces, wet neck, increased time spent sitting and less time carrying out active behaviours, some aversion to the feeding process, increased incidence of bone fractures and liver lesions at the abattoir. Continued feeding would almost certainly result in an earlier death. Other areas of concern where there is a serious lack of data include: mineral metabolism and corresponding hormonal homeostatic controls, examination of the oropharynx for tissue damage, and ascertaining the adaptation times required to mitigate the gag reflex on force feeding.

48

The mortality rate in force fed birds varies from 2% to 4% in the two week force feeding period compared with around 0.2% in comparable ducks.

49