1  Melissa Grant (SBN 205633)
   MGrant@initiativelegal.com
2  Valerie Kincaid (SBN 123728)
   VKincaid@initiativelegal.com
3  Arnab Banerjee (SBN 252618)
   ABanerjee@initiativelegal.com
4  Initiative Legal Group APC
   1800 Century Park East, 2nd Floor
5  Los Angeles, California 90067
   Telephone:     (310) 556-5637
6  Facsimile:     (310) 861-9051

7

8                    UNITED STATES DISTRICT COURT

9          FOR THE CENTRAL DISTRICT OF CALIFORNIA

10

11

12  ASSOCIATION DES ELEVEURS       Case No. CV-12-5735-SVW (RZx)
    DE CANARDS ET D'OIES DU
13  QUÉBEC, a Canadian nonprofit    **DECLARATION OF HOLLY**
    corporation; HVFG LLC, a New York **CHEEVER IN SUPPORT OF**
    limited liability company; and HOT'S **PROPOSED DEFENDANT-**
14  RESTAURANT GROUP, INC., a       **INTERVENORS' OPPOSITION TO**
    California corporation;          **TEMPORARY RESTRAINING**
15                                   **ORDER**

16              Plaintiffs,          Opposition Date: July 11, 2012
                                     Time:   3:00 p.m.
17  v.                               Judge:  Stephen V. Wilson

18  KAMALA D. HARRIS, in her official
    capacity as Attorney General of
19  California; EDMUND G. BROWN, in
    his official capacity as Governor of
20  California; and the STATE OF
    CALIFORNIA;
21
                Defendants.
22

23

24  I, Holly Cheever, declare as follows:

25      1.      I am a Doctor of Veterinary Medicine at The Village Animal Clinic in

26  Voorheesville, New York, licensed in the State of New York. I graduated from

27  Harvard University, summa cum laude, in 1971 and the College of Veterinary

28  Medicine at Cornell University in 1980 ranked first in my class. I have worked as a

1   veterinarian ever since graduating from veterinary school.

2        2.      My veterinary practice includes farm animals and wildlife

3   rehabilitation, including waterfowl (ducks and geese). My work with farm animals

4   has provided me with personal knowledge of animal husbandry practices in the

5   agriculture industry. This knowledge includes providing proper care for farm

6   animals, identifying health problems, and treating diseases and injuries.

7        3.      Additionally, work as a veterinarian has provided me with experience

8   related to wild waterfowl including ducks and geese. This experience gives me

9   personal knowledge of the animals' natural behavior and physiology.

10       4.      The overlap of farm animals and waterfowl in my practice has caused

11  me to become involved in foie gras related issues starting in 1991. Pursuant to my

12  foie gras work, I personally toured Hudson Valley Foie Gras facilities two times

13  and witnessed the condition of ducks there, particularly in the forced feeding

14  process. I also conducted necropsies on Hudson Valley Foie Gras ducks in 1991

15  and 2005. In all, my work has provided me with extensive personal knowledge

16  related to foie gras production and its effect on the birds.

17       5.      In my 32 years of veterinary practice, I have had occasion to do

18  therapeutic "forced feeding" (gavage), in which an anorexic bird is nursed back to

19  health by gently inserting a pliable, small, well-lubricated rubber tube into the

20  esophagus to provide the patient with nutrients to promote healing. This is in no

21  way similar to the rough and rapid insertion of a metal pipe with non-beveled edges

22  into a duck's esophagus with the aim of producing hepatic lipidosis (fatty

23  infiltration of the liver), as is seen in force feeding to create foie gras. Thus, the

24  only two situations in which waterfowl are force fed are (1) the delivery of

25  therapeutic and necessary medical care for an ailing or compromised bird, and (2)

26  the intentional swelling of the liver for the production of foie gras. Force feeding a

27  bird to deliver necessary medical treatment is gentle, therapeutic, and involves

28  modest amounts of food. Force feeding to create foie gras is, in contrast, rough and

DECLARATION OF HOLLY CHEEVER IN SUPPORT OF PROPOSED DEFENDANT-INTERVENORS' OPPOSITION TO TRO

1  produces injuries and illness. In contrast to the natural pre-migratory gorging that

2  migratory ducks and geese undergo annually, foie gras production may swell the

3  livers' size to 10-12 times their normal mass, whereas in natural premigratory

4  gorging, livers will swell to only 2-3 times normal size.

5       6.     Thus, in contrast to the natural process, force feeding a bird to cause

6  liver swelling for foie gras involves large amounts of food poured through a large

7  tube that is inserted into the bird's esophagus. Although wild waterfowl naturally

8  gorge every year before migration, they stop gorging once their livers swell two to

9  three times the normal size. However, foie gras producers continue the force

10  feeding process until the bird's liver swells as much as twelve times the natural

11  size. During this time, the birds commonly exhibit signs of illness including

12  anorexia, fatty infiltration of the liver, difficulty breathing due to displacement of

13  the lungs and air sacs by the massive liver, pneumonia, difficulty in walking due to

14  their swollen and misshapen abdomens, and neurological abnormalities such as

15  seizures, opisthotonos,  and comas due to hepatic encephalopathy—the

16  derangement of the brain due to liver disease that prevents that organ from clearing

17  toxins from the blood stream. Post-mortem necropsies reveal traumatic injuries to

18  the esophagi and often the limbs (including fractures) due to rough handling in the

19  production line.

20       7.     I have studied and compared naturally enlarged livers with livers that

21  are the byproduct of the force feeding process just described. Naturally enlarged

22  livers are two to three times the normal size, reddish-brown in color, and firm. Foie

23  gras livers that are the products of force feeding are easily identifiable because they

24  are a sickly yellow color, soft, and oozing with fat. They may also be identified by

25  their noticeably larger sizes. .

26

27

28

- 3 -        Case No. CV 12-5735-SVW (RZx)

1  Pursuant to 28 U.S.C. § 1746 and the laws of the State of California, I declare under

2  penalty of perjury that the foregoing is true and correct, based on my own personal

3  knowledge, and as to those matters, I believe them to be true.

4

5  Executed this __11th__ day of July, 2012, in __Voorheesville__, New York.

6

7

8  _Holly Cheever, DVM_

9  Holly Cheever, DVM

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. CV 12-5735-SVW (RZx)

DECLARATION OF HOLLY CHEEVER IN SUPPORT OF PROPOSED DEFENDANT-INTERVENORS' OPPOSITION TO TRO