Melissa Grant (SBN 205633)
MGrant@InitiativeLegal.com
Valerie Kincaid (SBN 123728)
VKincaid@InitiativeLegal.com
Arnab Banerjee (SBN 252618)
ABanerjee@InitiativeLegal.com
Initiative Legal Group APC
1800 Century Park East, 2nd Floor
Los Angeles, California 90067
Telephone: (310) 556-5637
Facsimile: (310) 861-9051

*Attorneys for Proposed Defendant-Intervenors*

FILED
2012 JUL 11 PM 3:41
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASSOCIATION DES ELEVEURS DE CANARDS ET D'OIES DU QUÉBEC, a Canadian nonprofit corporation; HVFG LLC, a New York limited liability company; and HOT's RESTAURANT GROUP, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>KAMALA D. HARRIS, in her official capacity as Attorney General of California; EDMUND G. BROWN, in his official capacity as Governor of California; and the STATE OF CALIFORNIA,<br><br>Defendant. | Case No. CV-12-5735-SVW (RZx)<br><br>**DECLARATION OF PAULA KISLAK IN SUPPORT OF MOTION FOR LEAVE TO INTERVENE**<br><br>Date: August 13, 2012<br>Time: 1:30 p.m.<br>Judge: Stephen V. Wilson |

I, Paula Kislak, declare as follows:

1. I am the President of the Board of Directors of the Humane Society Veterinary Medical Association ("HSVMA"). I have personal knowledge of the facts set forth in this declaration. The facts set forth are true to the best of my knowledge and recollection. If called, I could and would testify to these facts in a court of law.

2. HSVMA is a national association of veterinary professionals who engage in direct care programs for animals in need, and education of the public and others in the veterinary profession about animal welfare issues. HSVMA is a New York nonprofit corporation, headquartered in Washington, DC. Its advocacy division is headquartered in Davis, CA. HSVMA was formerly known as the Association of Veterinarians for Animal Rights ("AVAR"). In 2008, AVAR became a controlled affiliate of The Humane Society of the United States ("HSUS"), but remains a separate corporation with its own program identity. The organization's name was officially changed from AVAR to HSVMA in October 2009.

3. HSVMA has members in all 50 states, all of whom are veterinary professionals. HSVMA's mission is to protect and advocate for animals while providing leadership and service opportunities that support a humane veterinary profession. Some of HSVMA's advocacy efforts include promoting shelter adoptions, spay/neuter programs, and stricter regulation of commercial dog and cat breeding operations, increasing access to affordable quality veterinary care in underserved populations, and reducing the amount of harmful and fatal use of animals in veterinary education and training (http://www.hsvma.org/advocacy). One of HSVMA's core programs is its Rural Area Veterinary Services ("RAVS") program, which delivers free services in remote communities that are underserved by veterinarians (http://www.hsvma.org/ravs). HSVMA also produces a monthly newsletter for its members containing articles that address the latest issues on

animal welfare (http://www.hsvma.org/newsletters).

4. Among HSVMA's advocacy efforts is promoting farm animal welfare reforms, including ending the restrictive confinement of breeding pigs, veal calves and egg-laying hens, the slaughter of horses for human consumption, and the cruel practice of force feeding ducks and geese in the production of foie gras.

5. HSVMA's predecessor organization AVAR, submitted resolutions to the American Veterinary Medical Association encouraging the latter organization to oppose the practice of artificially force feeding ducks and geese to produce foie gras. Dr. Holly Cheever, current Chairwoman of HSVMA's Leadership Council (formerly Vice President of AVAR), published a letter in the June 2007 volume of the Journal of the American Veterinary Medical Association ("JAVMA") regarding the production of foie gras. This publication described the veterinarian's role and responsibility to their patients to relieve disease, suffering and disability while minimizing pain, fear and stress, and argued that it is not the veterinarian's role to promote cultural practices over the welfare of animals. Further, AVAR members have testified before state and city legislatures relating to the animal welfare concerns involved in the production of foie gras.

6. It has been widely reported that ducks and geese experience acute and chronic stress from multiple and regular force feeding via 8" – 12" rigid tubes which are forcefully inserted into the esophagus, and that force feeding causes a number of physical injuries, including bruising or perforation of the esophagus, hemorrhaging and inflammation of the throat, and asphyxia caused by food improperly forced into the trachea. It has also been reported that force feeding results in numerous illnesses and diseases, including hepatic lipidosis, bacterial and fungal infections, and malnourishment. Mortality rates for force-fed ducks and geese may be 10 to 20 times higher than those for non-force fed ducks and geese.

7. HSVMA has been active in promoting federal and state animal welfare legislation. As examples, the HSVMA supported Proposition 2 in California

(2008) concerning the restrictive confinement of farm animals, Proposition B in Missouri (2010) concerning the conditions in commercial puppy mill operations, legislation in Massachusetts (2010) banning non-therapeutic devocalization procedures on dogs, and currently pending federal legislation concerning housing and treatment of egg-laying hens nationwide. AVAR was also instrumental in passing the landmark Hayden Animal Shelter Reform Act. HSVMA actively lobbies in California in support of a variety of animal protection legislation.

8. Consistent with promoting its own mission and the interests of its members, HSVMA (then operating as AVAR) was heavily involved in the development of California Senate Bill 1520, passed and enacted as Chapter 13.4 of California's Health and Safety Code ("SB 1520" or the "Foie Gras Law"). AVAR was one of four official sponsors of SB 1520. As an active proponent of the Foie Gras Law, AVAR expended substantial organizational time and financial resources in actively and aggressively lobbying to ensure the law's passage. AVAR provided a unique perspective from practitioners of veterinary medicine that was important in passing the Foie Gras Law.

9. California's Foie Gras Law is important to HSVMA's ongoing advocacy efforts to end unnecessarily abusive treatment of farm animals, and to ensure the continued role of veterinary professionals in crafting sound public policy to protect the welfare of animals. Further, implementation of the Foie Gras Law will help ensure that ducks and geese on farms are not subjected to practices that induce disease and result in physical harms, which can only be ameliorated by significant and intensive veterinary treatment and care.

10. HSVMA first learned that the above-captioned case was pending on or about July 5, 2012 when we learned that the lawsuit had been filed. Immediately thereafter, HSVMA began interviewing and obtaining counsel, and drafting the instant motion and supporting documents in order to protect HSVMA's interests and the interests of its members.

1  I declare under penalty of perjury under the laws of the State of California
2  that the foregoing is true and correct, based on my own personal knowledge, and as
3  to those matters, I believe them to be true.
4  Executed this 9 day of July, 2012, in Santa Barbara, CA.

*Paula Kislak, DVM*
Paula Kislak, DVM