1 | Melissa Grant (SBN 205633)
MGrant@InitiativeLegal.com
2 | Valerie Kincaid (SBN 123728)
VKincaid@InitiativeLegal.com
3 | Arnab Banerjee (SBN 252618)
ABanerjee@InitiativeLegal.com
4 | Initiative Legal Group APC
1800 Century Park East, 2nd Floor
5 | Los Angeles, California 90067
Telephone:  (310) 556-5637
6 | Facsimile:   (310) 861-9051

7 | *Attorneys for Proposed Defendant-Intervenors*

8

9 | UNITED STATES DISTRICT COURT

10 | FOR THE CENTRAL DISTRICT OF CALIFORNIA

11

12 | ASSOCIATION DES ELEVEURS DE CANARDS ET D'OIES DU QUÉBEC, a Canadian nonprofit corporation; HVFG LLC, a New York limited liability company; and HOT's RESTAURANT GROUP, INC., a California corporation,

Plaintiff,

v.

KAMALA D. HARRIS, in her official capacity as Attorney General of California; EDMUND G. BROWN, in his official capacity as Governor of California; and the STATE OF CALIFORNIA,

Defendant.

Case No. CV-12-5735-SVW (RZx)

**DECLARATION OF JENNIFER FEARING IN SUPPORT OF MOTION FOR LEAVE TO INTERVENE**

Date:       August 13, 2012
Time:       1:30 p.m.
Judge:     Stephen V. Wilson

I, Jennifer Fearing, declare as follows:

1.    I am the California senior state director for The Humane Society of the United States ("The HSUS") and work in the State Affairs section. I have personal knowledge of the facts set forth in this declaration. The facts set forth are true to the best of my knowledge and recollection. If called, I could and would testify to these facts in a court of law.

2.    The HSUS is a nonprofit animal protection organization headquartered in Washington, D.C., with over 11 million members and constituents, including over 1,450,000 members and constituents in California.

3.    The HSUS' mission is to reduce animal suffering and create meaningful societal change by actively advocating against animal cruelty, working to enforce existing laws, promoting sensible public policies, and educating the public about animal issues. As part of its mission, The HSUS actively advocates against inhumane practices that harm farm animals, including ducks and geese raised for foie gras.

4.    The HSUS's advocacy to protect farm animals is done on behalf of, and in order to benefit, the organization's members. Many of the HSUS's members consume animal products, and these and other members are frequently concerned about the treatment of animals raised to produce food for human consumption. Further, many of The HSUS's members prefer to patronize only those restaurants, grocery stores, and other food products retailers that do not offer foie gras, because of the manner in which it is typically produced. Thus, The HSUS's members stand to benefit from implementation of a law restricting the force-feeding of birds and the sale of products resulting from this practice.

5.    Foie gras is produced through a process known as "gavage," or force feeding the birds by placing a long tube down the birds' esophagi and pumping an unnatural quantity of food directly into their stomachs (*see* Attachment A).

6.    Leading welfare scientists consider this method of feeding to be one of

- 1 -

the most inhumane practices in food production (*see* Attachment B).

7.    The HSUS's Farm Animal Protection campaign confronts the worst cruelties occurring in industrialized farming today.  This campaign works to inform our members and the public about the threats caused by such practices, including animal welfare and public health risks.  The campaign maintains a webpage that specifically highlights issues raised by the practice of force-feeding animals to produce foie gras (http://www.humanesociety.org/issues/force_fed_animals/).

8.    The HSUS's State Affairs section works closely with the Farm Animal Protection campaign to address inadequate legal protection of farm animals. Significant efforts are directed at state animal protection laws.  The HSUS's legislative work has resulted in the passage of hundreds, if not thousands, of new state laws to protect animals.  We have been the lead organization spearheading many farm animal protection efforts over the last decade, including successful measures to prohibit certain confinement methods and other abusive practices on farms.  I work as a registered lobbyist in Sacramento at the California State Capitol where I have spearheaded successful legislative efforts to protect farmed animals from abusive practices.  I served as the campaign manager for a 2008 statewide ballot campaign aimed at ending the extreme confinement of farm animals in California.

9.    Consistent with promoting its own mission and the interests of its members, The HSUS was involved in the passage of California Senate Bill 1520, passed and enacted as Chapter 13.4 of California's Health and Safety Code ("SB 1520" or the "Foie Gras Law").  The HSUS was a registered supporter of SB 1520 and an active proponent of the law, expending substantial organizational time and financial resources in order to ensure the law's passage.  The HSUS produced and distributed written and visual media to educate the public and state officials about the need for the Foie Gras Law.  The HSUS maintains a web page addressing the Foie Gras Law (http://www.humanesociety.org/CAfoiegras).

- 2 -

10.   The Foie Gras Law was backed by numerous non-governmental organizations and received broad bipartisan support in the California legislature. Even the owner of Sonoma-Artisan Foie Gras – the only foie gras producer in California in 2004 – supported the Foie Gras Law, writing to then Governor Schwarzenegger "I have the moral stature to accept that if within the seven and a half years established by S.B. 1520, science and government don't arrive to the conclusion that the methods used in our foie gras production are acceptable, I will be ready to quit." (http://www.humanesociety.org/assets/pdfs/farm/foie_gras_ 972004_california.pdf).

11.   Since the Foie Gras Law was passed in 2004, The HSUS has continued to expend time and other resources working to preserve this important legislation. This work included lobbying efforts to preserve the Law (*see, e.g.*, Attachment C), authoring an op-ed in support of the Foie Gras Law that was published in the San Francisco Chronicle (*see* Attachment D), and responding to arguments from business owners interested in the continued production and sale of foie gras that force feeding of ducks can be done humanely (*see, e.g.*, Attachment E).  The HSUS has responded to dozens of media inquiries throughout the last year relating to the Foie Gras Law.

12.   The HSUS first learned that the above-captioned case was pending on or about July 3, 2012 when we learned from public sources that the lawsuit had been filed.  Immediately thereafter, The HSUS began collecting relevant documentation, communicating with the named Defendants and the bill's author (former state senator John Burton), interviewing and obtaining counsel, and drafting the instant motion and supporting documents in order to protect HSUS's interests and the interests of its members.

///

///

///

1       I declare under penalty of perjury under the laws of the State of California

2 that the foregoing is true and correct, based on my own personal knowledge, and as

3 to those matters, I believe them to be true.

4       Executed this 9th day of July, 2012, in Sacramento, California.

_____

Jennifer Fearing

DECLARATION OF JENNIFER FEARING IN SUPPORT
OF MOTION FOR LEAVE TO INTERVENE
CV-12-5735-SVW (RZx)

EXHIBIT A

# EXHIBIT A

March 2012



# THE **HUMANE** SOCIETY
OF THE UNITED STATES

# An HSUS Report: The Welfare of Animals in the Foie Gras Industry

## Abstract

The production of *pâté de foie gras* involves force-feeding ducks and geese by placing a long tube down the birds' esophagi and pumping an unnatural quantity of food directly into their stomachs. Force-feeding induces hepatic lipidosis and causes the birds' livers to become diseased and enlarged. Substantial scientific evidence suggests that force-feeding can cause pain and injury from feeding tube insertion, fear and stress during capture and handling, gait abnormality due to distended livers, pathologies in liver function, and increased mortality. Force-feeding birds to produce foie gras is detrimental to their welfare.

## Introduction

Foie gras, French for "fatty liver," is a food item produced from the livers of overfed ducks and geese. The majority of the world's foie gras is now made from ducks, and 75-80% is produced in France.[1,2] Approximately 700,000 geese and 37 million ducks are slaughtered each year in the process of making French foie gras.[3] In the United States, four facilities produce livers for foie gras.[4,5,6,7] The U.S. company with the largest market share slaughters 250,000 ducks annually.[8]

Only male ducks are used in foie gras production. Female ducklings are either raised for meat or killed immediately after hatching.[9]

Birds force-fed for foie gras can suffer from a number of significant welfare problems, including frustration of natural behavior,[10] injury,[11] liver disease, lameness,[12] diseases of the respiratory and digestive tracts,[13] and high rates of mortality.[14]

The European Food Safety Authority's Panel on Animal Health and Welfare, formerly the Scientific Committee on Animal Health and Animal Welfare (SCAHAW), provides scientific opinions and expertise to support the European Commission, European Parliament, and European Union Member States in the development of policies and legislation. Members include more than a dozen professors of veterinary medicine and animal science from across Europe.[15,16] After a thorough investigation, the experts concluded that "force feeding, as currently practised, is detrimental to the welfare of the birds."[17]

## Force-Feeding

Foie gras producers first begin to force feed birds at 10-14 weeks of age,[18] with ducks usually force-fed twice daily for 12-15 days and geese three times daily for 15-21 days.[19] In some instances, geese may be force-fed six times per day for 13-14 days, in order to reduce the total amount of corn that is used.[20]

The force-feeding procedure involves holding a bird by the neck, drawing the animal towards the feeding pipe or tube, which is approximately 20-30 cm (8-12 in) in length, thrusting the pipe down the bird's throat, and initiating the food pumping process.[21] Corn mash is pushed through the pipe and into the bird's esophagus with an auger or, in large facilities, via pneumatic pump. At the first force-feeding, 180 g (0.4 lb) of food is forced

into a duck, and by the last feeding, the amount is increased to 450 g (1 lb), injected in as little as 2 seconds.[22] Reportedly, if the corn mash becomes lodged in the bird's esophagus, a stick is sometimes used to force it down.[23] This quantity of mash, injected twice daily, is much more food than ducks eat voluntarily.[24]

Ducks and geese are natural omnivores.[25] The corn-based feed force-fed to birds in foie gras production is nutritionally incomplete. According to Yvan Beck, an expert on force-feeding in foie gras production: "The food given to palmipeds [waterfowl] does not cover the physiological needs of this species. It is an unbalanced diet, designed to artificially cause hepatic lipidosis." Beck explains that if the feed were given under natural conditions, the birds would refuse it, and that the birds could not survive on this diet alone due to the deficiencies it would lead to in the long term.[26]

A chemical analysis of the corn mash used at Hudson Valley Foie Gras in New York established the feed did not meet the nutrient requirements of ducks, being "too low in protein and too high in trace minerals."[27,28] Ducks reportedly removed from a foie gras farm in California who were presented to a veterinarian for inspection were extremely ill and showed signs of malnutrition.[29]

After the birds' livers have expanded significantly, the animals are slaughtered and the livers are removed and processed.[30]

## Liver Disease

The purpose of pre-force-feeding, where access to food is increased to reach higher than normal *ad libitum* consumption, is in part to cause the "onset of liver steatosis"[31] or fatty degeneration—a pathological condition characterized by the presence of abnormally large quantities of fat within cells. The concentration of fat gives foie gras its distinctive taste. The liver of a healthy duck or goose is approximately 5% fat, while the liver of a force-fed bird is approximately 50-60% fat.[32,33,34]

Force-feeding causes a rapid increase in the size of birds' livers. Estimates of this change in size vary between six and greater than ten times its original, healthy weight.[35,36,37] The force-feeding process changes the biochemical composition of the organ and results in impaired hepatic function.[38,39]

From the SCAHAW report:

> The most obvious change [resulting from force-feeding] is the increase in the number of large fat globules visible in the cells. A limited increase in the presence of fat globules in liver can occur in normal liver in certain conditions but no normal animal has steatosis of the liver to the extent which occurs in all force fed birds. During the force feeding period, liver function is impaired.[40]

In a sworn affidavit before the New York State Department of Agriculture and Markets, veterinarian Bruce Feldmann described the liver disease of three ducks he examined who were reportedly taken from a California foie gras farm: "[T]hese animals suffered from various diseases, including hepatic lipidosis and possibly hepatic encephalopathy, which were brought on directly by the force feeding process they were subjected to."[41]

When functioning normally, the liver processes fats and filters toxins.[42] Hepatic encephalopathy is damage to the brain caused by toxins in the blood that are not filtered as they would normally be by a healthy liver.[43]

Ian Duncan, Emeritus Chair in Animal Welfare at the University of Guelph, states: "Force feeding quickly results in birds that are obese and in a pathological state, called hepatic lipidosis or fatty liver disease. There is no doubt, that in this pathological state, the birds will feel very ill."[44]

In surveys cited in the SCAHAW report, 25 pathologists from various countries were asked their opinions of the condition of force-fed livers. Most stated the condition of foie gras livers was pathological. SCAHAW stated

that "because normal liver function is seriously impaired in birds with the hypertrophied liver which occurs at the end of force feeding this level of steatosis should be considered pathological."[45]

Defenders of foie gras production sometimes argue that force-feeding replicates a natural behavior of wildfowl before migration[46]—i.e., ducks and geese increase their food intake in order to produce fat to fuel their long flights. However, wild ducks and geese undergo a very specific set of annual physiological adaptations triggered by changes in day length in order to adjust for increased fat metabolism at this time. Even if they were to be physiologically prepared for migration during the force-feeding period, birds do not eat larger-than-normal meals as they assimilate energy reserves for migratory flights; rather, they eat many small meals throughout the day.[47] Further, the Muscovy duck, from whom most ducks raised for foie gras are derived, does not migrate.[48] SCAHAW concludes: "Hence, whilst the domestic goose might well be adapted to store food before migration, it is less likely that a cross between the domestic duck and the Muscovy duck, the Mulard, has such a potential for food."[49]

Moreover, normally, fat is not stored in the liver but synthesized in the organ and then stored in adipose tissue and muscles.[50] The livers of migrating birds never more than double in size.[51] Force-feeding is therefore not analogous to the behavioral and physiological process in which pre-migratory birds engage.

## Fear

Behavioral evidence suggests that force-feeding causes fear.[52] Ducks show signs of aversion to force-feeding[53] and may not voluntarily enter a feeding pen. One study, for example, compared responses of force-fed and non-force-fed ducks to a feeding pen. In general, the non-force-fed ducks went willingly from the home pen into the feeding pen. In contrast, the force-fed ducks had to be driven out of the home pen.[54] SCAHAW concludes: "Since the feeding pen was attractive to the birds which were not force-fed, the results indicate that the force feeding pen was not attractive to the force fed ducks and that the procedure might involve an aversive component."[55]

## Injuries

Force-feeding can cause a number of injuries: pain and injury from handling caused by the tubing of the force-feeding funnel; trauma caused by injecting a high-temperature corn mash; bruising or perforation of the esophagus when the pipe is inserted; hemorrhaging and inflammation of the neck resulting from too forcible an introduction of the pipe to the throat; or asphyxia caused by food improperly forced into the trachea.[56,57] Wounds of the esophagus may subsequently become infected with opportunistic pathogens.[58]

Duncan explains: "[T]he regular insertion of a feeding tube down the esophagus several times a day will inevitably lead to damage of the esophagus. When the esophagus becomes damaged, then the painfulness of every force feeding episode will be exacerbated."[59]

In a declaration submitted to the San Joaquin County District Attorney, veterinarian Laurie Siperstein-Cook states: "It has been shown on necropsy that the esophagus [sic] of force-fed ducks exhibit scarring from the repeated trauma from the wide metal tubes that are pushed down the esophagus during the force-feeding process. Rough handling by the workers doing the force-feeding would exacerbate this trauma to the mucosal surface of the esophagus."[60]

SCAHAW reports:

> Most injuries caused by tissue damage during handling or tube insertion would result in pain. The oropharyngeal area is particularly sensitive and is physiologically adapted to perform a gag reflex in order to prevent fluids entering the trachea. Force feeding will have to overcome this reflex and hence the birds may initially find this distressing and injury may result.[61]

The working group was informed that ducks at the end of the force feeding period can have serious injuries to the oesophagus or, more usually, having [sic] clear evidence of tissue damage in the oesophagus. It seems likely that birds have sufficient damage to oesophagus tissue, caused by the force feeding process to have been painful to the birds.[62]

Ducks used in foie gras production are prone to broken bones. During the force-feeding period, the frequency of fractures to the humeral (wing) bones repeatedly reaches 54%.[63] The SCAHAW report states: "Different lesions can be observed on carcasses. The most frequent are bone fractures. They occur on wing bones, mainly the humerus."[64] The report continues by explaining that the prevalence of bone fractures due to handling at slaughter for Mulard ducks is between 30-70%.[65] Scientists postulate that the problem of broken bones could be due to changes in homeostasis caused by force-feeding of an abnormal diet, which could affect metabolism of calcium and phosphate and subject birds to osteopathy, "making their bones more fragile or even more painful."[66]

Greg Harrison, Diplomate of the American Board of Veterinary Practitioners and the European College of Avian Medicine and Surgery, agrees: "The lack of sufficient protein, vitamins and minerals (calcium) leads the young birds' rapidly growing bones to be structurally flawed (osteodystrophy). This leads to bending and breaking (rickets)."[67]

## Lameness

According to SCAHAW's findings, force-fed birds with "expanded livers had difficulty in standing and their natural gait and ability to walk were severely impaired," ambulatory problems believed to be due to the gross changes in body anatomy caused by the force-feeding. Additionally, SCAHAW reported that the great expansion of the liver seems to force the birds' legs out to the side, placing undue stresses on the birds' leg joints.[68]

Feldmann examined two ducks reportedly from a California foie gras production facility and noted: "The legs of both ducks also appeared swollen, and the bottoms of the feet were encrusted with ulcerated calluses. It appeared that the act of walking (or attempted walking) caused the ducks considerable pain, and they therefore avoided it when possible."[69]

Siperstein-Cook also found foot and leg disorders, and declared that ducks kept on wire surfaces "will develop foot sores that lead to the infection called bumblefoot. This is a painful condition that can progress into the joint of the foot causing pain and difficulty walking."[70] Bumblefoot has also been found in ducks reportedly from New York foie gras operations.[71,72,73]

Bone and skin disorders linked to the nutritional deficiencies in the diet of force-fed birds may exacerbate the problem. Harrison explains:

> [Nutritional] imbalances also lead to a skin disorder known as hyperkeratosis (thinning, flaking, excess callus formation, slow healing). The bone pain combines with the lethargy from the toxins and leads to further immobilization of the bird. This lack of exercise leads to poor circulation in the feet. These factors combine with the hyperkeratosis to allow ulcers to form on the bottom of the feet. These become infected, red and swollen. Pain and bacterial toxins further complicate the situation.[74]

## Other Diseases

Force-fed birds suffer from a variety of diseases. One poultry handbook states:

> Force-fed animals are fragile animals, and the accidents or illnesses during the course of this operation are many and varied: anoxemia, due to insufficient aeration; toxemia, which is an intoxication of the blood; cirrhosis of the liver; candidosis, which is provoked by a yeast which profits from esophageal

inflammations (due to the feeding tube, for example); feeding tube injuries, caused by clumsiness, which can go as far as the bursting of the crop; "blue thigh", due to internal muscular hemorrhages provoked by a deficiency in vitamin K and poor manipulation of the animals.[75]

A guide to diseases of waterfowl notes that the "digestive pathology of the goose and the duck in the midst of force-feeding contains distinct causes linked to the operation of force-feeding, to latent parasitism and to bacterial or fungal infections" and diseases suffered by force-fed ducks and geese include "[i]njuries; bowel obstruction; indigestion; tympanism; parasitism; amidostimosis; epomidiostimosis; spirurosis; enteritis; intestinal indigestion; fibrosis of the liver; hypoglycemic coma; bronchial obstruction."[76]

In the section on enterotoxemias, the guide states: "The determining causes are of nutritional origin. The excess of starch creates a diminishing intestinal pH; it results in an unbalanced microbial intestinal flora favoring the implantation and multiplication of toxin producing germs; clostridia, colibacillus, salmonella...."[77]

Conditions that are rare in healthy birds can become common in force-fed birds: "Mycosis of the digestive tract, caused by *Candida albicans*, can occur frequently in some classes of poultry but not in geese. An exception is force-fed birds, where inflammation of the oesophagus may be caused by the insertion of the corn dispenser. This inflammation can then provide a port of entry for *Candida albicans*."[78] In one study, candidosis was observed in up to 6% of birds.[79] The necropsy of a duck apparently taken from the foie gras facility in California revealed lesions in the esophagus where bacteria and yeast had proliferated.[80]

Thermoregulatory and respiratory disorders are also common. Ducks pant to vent excess heat, and it has been shown that force-fed ducks sometimes exhibit open-beak breathing to thermoregulate—i.e., ducks pant intensely to vent the excess heat generated by their forced over-consumption of grain.[81,82] Although panting is independent of the ambient temperature, when ducks are kept in individual cages in which they cannot spread their wings, they are prevented from cooling themselves and consequently pant more and consumer more water during the force-feeding period.[83,84] Open-beak behavior becomes more frequent as the force-feeding period continues.[85]

Some ducks allegedly from New York's Hudson Valley Foie Gras died of aspiration pneumonia, a painful condition resulting from food being pushed into the birds' lungs during the force-feeding process.[86] Necropsy reports also showed that other ducks reported to be from the same facility were severely congested, demonstrated signs of bronchiolitis and aspiration pneumonia, and had food material in their lungs.[87,88]

Veterinary inspection of force-fed ducks reportedly from a California foie gras facility revealed signs of infection, neurologic damage, and impaction of the crop and esophagus with undigested food.[89]

## Mortality

SCAHAW notes that the "effects of force feeding are lethal when the procedures are continued"[90] and found that "[t]he mortality rate in force fed birds varies from 2% to 4% in the two week force feeding period compared with around 0.2% in non force fed ducks."[91] As force-feeding continues, mortality increases. In one scientific investigation, 9 out of 144 force-fed ducks died and mortality increased with the length of the force-feeding period imposed in the study: 1 death among the animals force-fed for 10 days, 2 deaths for those force-fed for 13 days, and 6 deaths in the group force-fed for 16 days. The researchers attributed the mortality to "mechanical and behavioral" causes, as some of the birds who died had such difficulty walking that they could not access drinking water.[92]

## Housing

While some foie gras facilities provide outdoor access to pasture during part of the birds' lives,[93,94] during the force-feeding stage, the animals are confined indoors typically to small pens. Ducks and geese are web-footed birds who primarily live in water and, in nature, are social animals and spend much of their time foraging and

maintaining their plumage by bathing and preening.[95] In foie gras production, however, the birds are often housed at high densities and prevented from engaging in natural behavior.

Pen systems provide 0.2-0.25 m2 (2.15-2.7 ft2) per duck or 0.33 m2 (3.6 ft2) per goose.[96] Each group pen confines 12-15 ducks or 9 geese, and has wire mesh walls and slatted floors. Drinking water is available from a trough placed inside the pen.[97]

On some production facilities, birds are confined in near darkness, in an attempt to keep them calm. Sonoma Foie Gras in California reportedly keeps birds in darkened sheds for the two-week force-feeding period.[98] Darkness likely impairs normal exploratory behavior and physical exercise.[99]

Confined birds raised for foie gras are unable to forage for food and are denied water in which to swim and clean their plumage.[100] The absence of opportunities to engage in such instinctual behavior is likely to cause frustration and stress.[101] Without access to open water, ducks may display abnormal repetitive behavioral patterns, including head shaking and stereotypic feather preening, and foraging behavior that would normally take place on the water surface may be redirected toward less appropriate substrates such as straw, if present.[102]

Waterfowl are strongly motivated to bathe in and interact with water. In an experiment designed to assess their level of motivation, ducks lifted heavily weighted doors in order to gain access to a pen with bathing water. They performed this behavior at least as often as they lifted the weights in order to access a pen with food,[103] suggesting that the internal drive to swim is as strong as the drive to eat. In another study, ducklings traversed higher barriers to access a drinking trough than they would for access to bell drinkers or drinking nipples. The researchers concluded that "ducklings prefer wider, deeper water channels that allow a greater range of drinker directed activities."[104]

Ducks need water in order to adequately groom and clean their body and plumage. Without open water in which ducks can immerse their heads, the beak, eyes, and nostrils may become dirty.[105,106] In experiments with Muscovy ducks, groups with access to a water "gutter" spent more time preening and had better plumage condition at slaughter than those who had access only to a bell drinker.[107] Clearly, the welfare of ducks is impaired by commercial production conditions that deny birds access to water for swimming and bathing.

## Human Health Implications

In addition to the extensive animal welfare problems associated with the production of foie gras, there are also newly recognized human food safety concerns with foie gras consumption. Amyloidosis is a group of diseases in which accumulated proteins damage body tissues and disrupt their function. It is a serious, often fatal disease when major organs are affected.[108] In a study published in 2007, collaborating researchers in the United States and Sweden found amyloid deposits in commercially available foie gras and discovered that they could induce amyloidosis in animals in a laboratory setting by injecting or feeding them amyloid extracted from foie gras. Given their findings, the researchers cautioned that it would be prudent for certain susceptible human populations to avoid foods, such as foie gras, that may be contaminated with amyloid fibrils.[109] Populations at risk of developing amyloidosis include those who suffer from a long list of chronic infections or inflammatory diseases, such as tuberculosis, osteomyelitis, Crohn's disease, ulcerative colitis, lupus, bronchiectasis, and sarcoidosis. However, 60% of the most common type of systemic amyloidosis cases occur in persons who suffer simply from Rheumatoid Arthritis (RA),[110] suggesting that many otherwise healthy people could potentially be at risk if they consume foie gras.

## Conclusion

Expert opinions and an extensive scientific literature have found that force-feeding ducks and geese for foie gras production causes significant welfare issues, including disease, injury, and increased mortality. Animal welfare scientist Christine Nicol, Professor of Animal Welfare at the School of Veterinary Science at the University of Bristol, states: "My view on the production of foie gras is clear and supported by biological evidence. This

practice causes unacceptable suffering to these animals....It causes pain during and as a consequence of the force feeding, feelings of malaise as the body struggles to cope with extreme nutrient imbalance, and distress due to the forceful handling. The most extreme distress is caused by loss of control of the birds' most basic homeostatic regulation mechanism as their hunger control system is over-ridden."[111] From the SCAHAW review:

> The Scientific Committee on Animal Health and Animal Welfare concludes that force-feeding, as currently practised, is detrimental to the welfare of the birds....[T]he management and housing of the birds used for producing foie gras have a negative impact on their welfare. It should be noted that these are the only farm animal that are force fed and in some countries this procedure is prohibited.[112]

After a comprehensive study, the independent Pew Commission on Industrial Farm Animal Production, a project of The Pew Charitable Trusts and the Johns Hopkins Bloomberg School of Public Health chaired by former Kansas Governor John Carlin and including former U.S. Agriculture Secretary Dan Glickman, came to the conclusion that the practice of force-feeding birds to make foie gras should be ended.[113]

Opinion leaders and the public have reflected these scientific findings. During an interview, Pope Benedict XVI (then Cardinal Joseph Ratzinger) said: "Certainly, a sort of industrial use of creatures, so that geese are fed in such a way as to produce as large a liver as possible, or hens live so packed together that they become just caricatures of birds, this degrading of living creatures to a commodity seems to me in fact to contradict the relationship of mutuality that comes across in the Bible."[114] Social conservative, author, commentator, and political figure Patrick Buchanan said on The McLaughlin Group, "Look, on the foie gras, I think this is manifest cruelty to animals, it seems to me. And it is a brutal thing. And I think I would certainly ban that type of thing being done in this country."[115] A 2004 Zogby poll reportedly found that 77% of U.S. adults believe the process of force-feeding ducks and geese to produce foie gras should be banned.[116]

This reaction has been translated into policy. In 2004, the California legislature banned the production and sale of force-fed *pâté de foie gras* in the state on animal welfare grounds.[117] Though later repealed,[118] the city of Chicago banned the sale of foie gras in restaurants and groceries in 2006.[119] Production has also been banned in more than a dozen countries, where force-feeding has been deemed a violation of national animal welfare laws. These countries include Argentina,[120] Denmark,[121] Finland,[122] Germany,[123] Israel,[124] Italy,[125] Norway,[126] Poland,[127] and the United Kingdom.[128]

---

[1] Guémené D and Guy G. 2004. The past, present and future of force-feeding and "foie gras" production. World's Poultry Science Journal 60:210-22, citing: CIFOG. 2002. Rapport économique. AG du 06/09/2002. Anglet France.

[2] Marie-Etancelin C, Chapuis H, Brun JM, Larzul C, Mialon-Richard MM, and Rouvier R. 2008. Genetics and selection of mule ducks in France: a review. World's Poultry Science Journal 64:187-207.

[3] Willsher K. 2011. French outrage as German food fair bans foie gras. The Guardian, July 19. www.guardian.co.uk/world/2011/jul/19/france-outrage-germany-foie-gras-ban. Accessed March 14, 2012.

[4] Sonoma Foie Gras. 2009. About us. www.artisanfoiegras.com/about/. Accessed February 29, 2012.

[5] Hudson Valley Foie Gras. www.hudsonvalleyfoiegras.com/abouthvfg.html.  Accessed February 29, 2012.

[6] Bella Bella Gourmet Foods. 2007. www.bellabellagourmet.com. Accessed February 29, 2012.

[7] Baier E. 2011. Minn.foie gras producer challenges notion that process is cruel. Minnesota Public Radio, October 10. http://minnesota.publicradio.org/display/web/2011/10/10/foie-gras-producer-minnesota/ . Accessed March 12, 2012.

[8] Letter dated March 23, 2006, from CA Gargano, Hudson Valley Foie Gras, Ferndale, NY, to Public Authorities Control Board, Albany, NY.

[9] Rodenburg TB, Bracke MBM, Berk J, et al. 2005. Welfare of ducks in European duck husbandry systems. World's Poultry Science Journal 61:633-46.

[10] Scientific Committee on Animal Health and Animal Welfare (SCAHAW). 1998. Welfare aspects of the production of foie gras in ducks and geese. For the European Commission (December 16). http://ec.europa.eu/food/animal/welfare/international/out17_en.pdf. Accessed February 29. 2012.

[11] Beck Y. 1994. Force-feeding of palmipeds and foie gras production: the global review of a choice made by society. Licence Interfacultaire en Environnement, Faculty of Sciences, Free University of Brussels, pp. 39-40. Stroud A, trans.

[12] Scientific Committee on Animal Health and Animal Welfare (SCAHAW). 1998. Welfare aspects of the production of foie gras in ducks and geese. For the European Commission (December 16). http://ec.europa.eu/food/animal/welfare/international/out17_en.pdf. Accessed March 1, 2012.

[13] Comiti A. 2006. Rebuttal to the claim that force-feeding is not harmful to the bird's health and liver, citing: Vilate D. 1989. Manuel pratique des maladies des palmipèdes. Nouvelles Editions de Publications Agricoles, pp. 133-9. Comiti A, trans.

[14] Scientific Committee on Animal Health and Animal Welfare (SCAHAW). 1998. Welfare aspects of the production of foie gras in ducks and geese. For the European Commission (December 16). http://ec.europa.eu/food/animal/welfare/international/out17_en.pdf. Accessed March 1, 2012.

[15] European Food Safety Authority. Members of the Panel on Animal Health and Welfare (AHAW). www.efsa.europa.eu/en/ahaw/ahawmembers.htm. Accessed March 14, 2012.

[16] Scientific Committee on Animal Health and Animal Welfare (SCAHAW). Members. http://ec.europa.eu/food/fs/sc/scah/members_en.html. Accessed March 1, 2012.

[17] Scientific Committee on Animal Health and Animal Welfare (SCAHAW). 1998. Welfare aspects of the production of foie gras in ducks and geese. For the European Commission (December 16). http://ec.europa.eu/food/animal/welfare/international/out17_en.pdf. Accessed March 1, 2012.

[18] Guémené D and Guy G. 2004. The past, present and future of force-feeding and "foie gras" production. World's Poultry Science Journal 60:210-22.

[19] Scientific Committee on Animal Health and Animal Welfare (SCAHAW). 1998. Welfare aspects of the production of foie gras in ducks and geese. For the European Commission (December 16, pp. 19-20). http://ec.europa.eu/food/animal/welfare/international/out17_en.pdf. Accessed March 1, 2012.

[20] Food and Agriculture Organization of the United Nations. 2002. Fatty liver or foie gras production. In: Buckland R and Guy G (eds.), Goose Production. FAO Animal Production and Health Paper 154 (Rome, Italy: FAO). www.fao.org/docrep/005/Y4359E/y4359e00.HTM. Accessed March 1, 2012.

[21] Scientific Committee on Animal Health and Animal Welfare (SCAHAW). 1998. Welfare aspects of the production of foie gras in ducks and geese. For the European Commission (December 16, p. 21). http://ec.europa.eu/food/animal/welfare/international/out17_en.pdf. Accessed March 1, 2012.

[22] Scientific Committee on Animal Health and Animal Welfare (SCAHAW). 1998. Welfare aspects of the production of foie gras in ducks and geese. For the European Commission (December 16, p. 20). http://ec.europa.eu/food/animal/welfare/international/out17_en.pdf. Accessed March 5, 2012.

[23] Finn P. 2000. To Hungarian professor, what's good for the goose is good for the goose liver industry. The Washington Post, January 31.

[24] Scientific Committee on Animal Health and Animal Welfare (SCAHAW). 1998. Welfare aspects of the production of foie gras in ducks and geese. For the European Commission (December 16, p. 28). http://ec.europa.eu/food/animal/welfare/international/out17_en.pdf. Accessed March 5, 2012.

[25] Scientific Committee on Animal Health and Animal Welfare (SCAHAW). 1998. Welfare aspects of the production of foie gras in ducks and geese. For the European Commission (December 16). http://ec.europa.eu/food/animal/welfare/international/out17_en.pdf. Accessed March 5, 2012.

[26] Council of Europe. 1996. Report on force-feeding by Belgian experts. Permanent Council of the European Convention for the Protection of Animals Kept for Farming Purposes, 32nd meeting, Strasbourg, France, October 8-11, p. 49. Trevayne K, trans.

[27] Letter dated March 20, 2006 from Paul Sirols of Dairy One Cooperative, Inc., Ithaca, NY, to Holly Cheever, DVM.

[28] Cheever H. 2006. Sworn affidavit by Holly Cheever, DVM, before the New York State Department of Agriculture and Markets (Albany, NY, May 8).

[29] Feldmann BM. 2006. Sworn affidavit by Bruce Feldmann, DVM, before the New York State Department of Agriculture and Markets (Albany, NY, April 8).

[30] Guémené D and Guy G. 2004. The past, present and future of force-feeding and "foie gras" production. World's Poultry Science Journal 60:210-22.

[31] Guémené D and Guy G. 2004. The past, present and future of force-feeding and "foie gras" production. World's Poultry Science Journal 60:210-22.

[32] Scientific Committee on Animal Health and Animal Welfare (SCAHAW). 1998. Welfare aspects of the production of foie gras in ducks and geese. For the European Commission (December 16, pp. 39, 42). http://ec.europa.eu/food/animal/welfare/international/out17_en.pdf. Accessed March 5, 2012.

[33] Molee W, Bouillier-Oudot M, Auvergne A, and Babilé R. 2005. Changes in lipid composition of hepatocyte plasma membrane induced by overfeeding in duck. Comparative Biochemistry and Physiology, Part B 141:437-44.

[34] Gabarrou JF, Salichon MR, Guy G, and Blum JC. 1996. Hybrid ducks overfed with boiled corn develop an acute hepatic steatosis with decreased choline and polyunsaturated fatty acid level in phospholipids. Reproduction Nutrition Development 36:473-84.

[35] Food and Agriculture Organization of the United Nations. 2002. Fatty liver or foie gras production. In: Buckland R and Guy G (eds.), Goose Production. FAO Animal Production and Health Paper 154 (Rome, Italy: FAO). www.fao.org/docrep/005/Y4359E/y4359e00.HTM. Accessed March 5, 2012.

[36] Gabarrou JF, Salichon MR, Guy G, and Blum JC. 1996. Hybrid ducks overfed with boiled corn develop an acute hepatic steatosis with decreased choline and polyunsaturated fatty acid level in phospholipids. Reproduction Nutrition Development 36:473-84.

[37] Scientific Committee on Animal Health and Animal Welfare (SCAHAW). 1998. Welfare aspects of the production of foie gras in ducks and geese. For the European Commission (December 16, pp. 39, 60), citing: Babilé R, Auvergne A, Dubois JP, Bénard G, and Manse H. 1998. Réversibilite de la stéatose hépatique chez l'oie. 3ème Journées de la Recherche sur les Palmipèdes à Foie Gras, October 27-28, Bordeaux, pp. 45-6. http://ec.europa.eu/food/animal/welfare/international/out17_en.pdf. Accessed March 5, 2012.

[38] Scientific Committee on Animal Health and Animal Welfare (SCAHAW). 1998. Welfare aspects of the production of foie gras in ducks and geese. For the European Commission (December 16, p. 40). http://ec.europa.eu/food/animal/welfare/international/out17_en.pdf. Accessed March 5, 2012.

[39] Bogin E, Avidar Y, Merom M, et al. 1984. Biochemical changes associated with fatty liver in geese. Avian Pathology 13:683-701.

[40] Scientific Committee on Animal Health and Animal Welfare (SCAHAW). 1998. Welfare aspects of the production of foie gras in ducks and geese. For the European Commission (December 16, p. 61). http://ec.europa.eu/food/animal/welfare/international/out17_en.pdf. Accessed March 5, 2012.

[41] Feldmann BM. 2006. Sworn affidavit by Bruce Feldmann, DVM, before the New York State Department of Agriculture and Markets (Albany, NY, April 8).

[42] Siperstein-Cook L. 2004. Statement on examination of force-fed ducks. Declaration submitted to San Joaquin County District Attorney dated February 20.

[43] Olsen GH and Orosz SE. 2000. Manual of Avian Medicine (St. Louis, MO: Mosby, Inc., p. 175).

[44] Duncan IJH. 2004. Statement against force-feeding of ducks and geese. February 4.

[45] Scientific Committee on Animal Health and Animal Welfare (SCAHAW). 1998. Welfare aspects of the production of foie gras in ducks and geese. For the European Commission (December 16, p. 41). http://ec.europa.eu/food/animal/welfare/international/out17_en.pdf. Accessed March 5, 2012.

[46] Guémené D and Guy G. 2004. The past, present and future of force-feeding and "foie gras" production. World's Poultry Science Journal 60:211-22.

[47] Berthold P. 1993. Bird Migration: A General Survey (New York, NY: Oxford University Press, p. 93).

[48] Scientific Committee on Animal Health and Animal Welfare (SCAHAW). 1998. Welfare aspects of the production of foie gras in ducks and geese. For the European Commission (December 16, p. 25). http://ec.europa.eu/food/animal/welfare/international/out17_en.pdf. Accessed March 5, 2012.

[49] Scientific Committee on Animal Health and Animal Welfare (SCAHAW). 1998. Welfare aspects of the production of foie gras in ducks and geese. For the European Commission (December 16, p. 26). http://ec.europa.eu/food/animal/welfare/international/out17_en.pdf. Accessed March 5, 2012.

[50] Zanusso J, Rémignon H, Guy G, Manse H, and Babilé R. 2003. The effects of overfeeding on myofibre characteristics and metabolical traits of the breast muscle in Muscovy ducks (*Caïrina moschata*). Reproduction Nutrition Development 43:105-15.

[51] Beck Y. 1994. Force-feeding of palmipeds and foie gras production: the global review of a choice made by society. Licence Interfacultaire en Environnement, Faculty of Sciences, Free University of Brussels, p. 55. Stroud A, trans.

[52] Scientific Committee on Animal Health and Animal Welfare (SCAHAW). 1998. Welfare aspects of the production of foie gras in ducks and geese. For the European Commission (December 16, p. 34). http://ec.europa.eu/food/animal/welfare/international/out17_en.pdf. Accessed March 5, 2012.

[53] Faure JM, Guémené D, and Guy G. 2001. Is there avoidance of the force feeding procedure in ducks and geese? Animal Research 50:157-64.

[54] Scientific Committee on Animal Health and Animal Welfare (SCAHAW). 1998. Welfare aspects of the production of foie gras in ducks and geese. For the European Commission (December 16, p. 33). http://ec.europa.eu/food/animal/welfare/international/out17_en.pdf. Accessed March 5, 2012.

[55] Scientific Committee on Animal Health and Animal Welfare (SCAHAW). 1998. Welfare aspects of the production of foie gras in ducks and geese. For the European Commission (December 16, p. 33). http://ec.europa.eu/food/animal/welfare/international/out17_en.pdf. Accessed March 5, 2012.

[56] Beck Y. 1994. Force-feeding of palmipeds and foie gras production: the global review of a choice made by society. Licence Interfacultaire en Environnement, Faculty of Sciences, Free University of Brussels, pp. 39-40. Stroud A, trans.

[57] Villate D. 1989. Practical Manual of Diseases of Palmipeds. Nouvelles Editions de Publications Agricoles, pp. 133-4. Stroud A, trans.

[58] Villate D. 1989. Practical Manual of Diseases of Palmipeds. Nouvelles Editions de Publications Agricoles, pp. 133-5. Stroud A, trans.

[59] Duncan IJH. 2004. Statement against force-feeding of ducks and geese. February 4.

[60] Siperstein-Cook L. 2004. Statement on examination of force-fed ducks. Declaration submitted to San Joaquin County District Attorney dated February 20.

[61] Scientific Committee on Animal Health and Animal Welfare (SCAHAW). 1998. Welfare aspects of the production of foie gras in ducks and geese. For the European Commission (December 16, p. 35). http://ec.europa.eu/food/animal/welfare/international/out17_en.pdf. Accessed May 1, 2009.

[62] Scientific Committee on Animal Health and Animal Welfare (SCAHAW). 1998. Welfare aspects of the production of foie gras in ducks and geese. For the European Commission (December 16, p. 46). http://ec.europa.eu/food/animal/welfare/international/out17_en.pdf. Accessed March 6, 2012.

[63] Guinotte F and Guy G. 1996. Can the mineralization of the skeleton in the Mulard duck be improved? Actes des 2e Journées de la Recherche sur les Palmipèdes à Foie Gras, March 12-13, pp. 49-52. Stroud A, trans.

[64] Scientific Committee on Animal Health and Animal Welfare (SCAHAW). 1998. Welfare aspects of the production of foie gras in ducks and geese. For the European Commission (December 16, p. 45). http://ec.europa.eu/food/animal/welfare/international/out17_en.pdf. Accessed March 6, 2012.

[65] Scientific Committee on Animal Health and Animal Welfare (SCAHAW). 1998. Welfare aspects of the production of foie gras in ducks and geese. For the European Commission (December 16, p. 45), citing: Bénard P, Bengone T, Bénard G, Prehn D, Tanguy J, Babile R, Grimm F. 1996. Démonstration de la réversibilité du gavage chez le canard à l'aide de tests d'exploration fonctionnelle hépatique. Deuxièmes Journées de la Recherche sur les Palmipèdes à Foie Gras, pp. 45-8. http://ec.europa.eu/food/animal/welfare/international/out17_en.pdf. Accessed March 6, 2012.

[66] Scientific Committee on Animal Health and Animal Welfare (SCAHAW). 1998. Welfare aspects of the production of foie gras in ducks and geese. For the European Commission (December 16, p. 44). http://ec.europa.eu/food/animal/welfare/international/out17_en.pdf. Accessed March 6, 2012.

[67] Harrison GJ. 2006. Sworn affidavit by Greg Harrison, DVM, before the New York State Department of Agriculture and Markets (Albany, NY, May 25).

[68] Scientific Committee on Animal Health and Animal Welfare (SCAHAW). 1998. Welfare aspects of the production of foie gras in ducks and geese. For the European Commission (December 16, p. 34). http://ec.europa.eu/food/animal/welfare/international/out17_en.pdf. Accessed March 6, 2012.

[69] Letter dated September 26, 2003, from B. M. Feldmann to San Joaquin County District Attorney.

[70] Siperstein-Cook L. 2004. Statement on examination of force-fed ducks. Declaration submitted to San Joaquin County District Attorney dated February 20.

[71] Stone W. 2005. Progress report on Mulard ducks (2), WPU Case #05-38-07A&B. Memo to New York State Department of Environmental Conservation, Delmar, NY, December 2.

[72] Kincaid AL. 2003. Necropsy report by Anne Kincaid, DVM, of Antech Diagnostics (Lake Success, NY, January 24).

[73] Schlafer DH. 2005. Necropsy report by Donald Schlafer, DVM, of Cornell University College of Veterinary Medicine, Veterinary Medical Teaching Hospital (Ithaca, NY, October 4).

[74] Harrison GJ. 2006. Sworn affidavit by Greg Harrison, DVM, before the New York State Department of Agriculture and Markets (Albany, NY, May 25).

[75] Comiti A. 2006. Rebuttal to the claim by INRA researchers that force-feeding is not harmful to the bird's health and liver, citing: Periquet JC. 1999. Les oies et les canards. Editions Rustica, p. 105. Comiti A, trans.

[76] Comiti A. 2006. Rebuttal to the claim by INRA researchers that force-feeding is not harmful to the bird's health and liver, citing: Vilate D. 1989. Manuel pratique des maladies des palmipèdes. Nouvelles Editions de Publications Agricoles, pp. 133-9. Comiti A, trans.

[77] Comiti A. 2006. Rebuttal to the claim by INRA researchers that force-feeding is not harmful to the bird's health and liver, citing: Vilate D. 1989. Manuel pratique des maladies des palmipèdes. Nouvelles Editions de Publications Agricoles, pp. 133-9. Comiti A, trans.

[78] Food and Agriculture Organization of the United Nations. 2002. Goose diseases. In: Buckland R and Guy G (eds.), Goose Production. FAO Animal Production and Health Paper 154 (Rome, Italy: FAO). www.fao.org/DOCREP/005/Y4359E/Y4359E00.HTM. Accessed March 14, 2012.

[79] Scientific Committee on Animal Health and Animal Welfare (SCAHAW). 1998. Welfare aspects of the production of foie gras in ducks and geese. For the European Commission (December 16, p. 46). http://ec.europa.eu/food/animal/welfare/international/out17_en.pdf. Accessed March 6, 2012.

[80] Feldmann BM. 2006. Sworn affidavit by Bruce Feldmann, DVM, before the New York State Department of Agriculture and Markets (Albany, NY, April 8).

[81] Comiti A. 2006. Rebuttal to the claim by INRA researchers that force-feeding is not harmful to the bird's health and liver, citing: Faure JM, Guy G, and Guémené D. 2000. Comportement exprime par le canard mulard en fonction du mode de logement pendant la periode de gavage. Actes des 4e Journées de la Recherche sur les Palmipèdes à Foie Gras, Arcachon, October 4-5, p. 29. Comiti A, trans.

[82] Faure JM, Guy G, and Guémené D. 2000. Behavior expressed by the Mulard duck based on the lodging conditions during the force-feeding period. Actes des 4e Journées de la Recherche sur les Palmipèdes à Foie Gras, Arcachon, Octobre 4-5, pp. 42-5. Stroud A, trans.

[83] Guémené D, Guy G, Noirault J, Destombes N, and Faure JM. 2006. Rearing conditions during the force-feeding period in male mule ducks and their impact upon stress and welfare. Animal Research 55:443-58.

[84] Guémené D, Guy G, Noirault J, Destombes N, and Faure JM. 2006. Rearing conditions during the force-feeding period in male mule ducks and their impact upon stress and welfare. Animal Research 55:443-58.

[85] Faure JM, Guy G, and Guémené D. 2000. Behavior expressed by the Mulard duck based on the lodging conditions during the force-feeding period. Actes des 4e Journées de la Recherche sur les Palmipèdes à Foie Gras, Arcachon, Octobre 4-5, pp. 42-5. Stroud A, trans.

[86] Stone W. 2005. Progress report on Mulard ducks (2), WPU Case #05-38-07A&B. Memo to New York State Department of Environmental Conservation, Delmar, NY, December 2.

[87] Kincaid AL. 2003. Necropsy report by Anne Kincaid, DVM, of Antech Diagnostics (Lake Success, NY, January 24).

[88] Kincaid AL. 2002. Necropsy report by Anne Kincaid, DVM, of Antech Diagnostics (Lake Success, NY, December 27).

[89] Feldmann BM. 2006. Sworn affidavit by Bruce Feldmann, DVM, before the New York State Department of Agriculture and Markets (Albany, NY, April 8).

[90] Scientific Committee on Animal Health and Animal Welfare (SCAHAW). 1998. Welfare aspects of the production of foie gras in ducks and geese. For the European Commission (December 16, p. 62). http://ec.europa.eu/food/animal/welfare/international/out17_en.pdf. Accessed March 7, 2012.

[91] Scientific Committee on Animal Health and Animal Welfare (SCAHAW). 1998. Welfare aspects of the production of foie gras in ducks and geese. For the European Commission (December 16, p. 49). http://ec.europa.eu/food/animal/welfare/international/out17_en.pdf. Accessed March 7, 2012.

[92] Babilé R, Auvergne A, Andrade V, et al. 1996. Reversibility of hepatic steatosis in the Mulard duck. Actes des 2e Journées de la Recherche sur les Palmipèdes à Foie Gras, March 12-13, pp. 107-10. Stroud A, trans.

[93] Baier E. 2011. Minn.foie gras producer challenges notion that process is cruel. Minnesota Public Radio, October 10. http://minnesota.publicradio.org/display/web/2011/10/10/foie-gras-producer-minnesota/ . Accessed March 12, 2012.

[94] Sonoma Foie Gras. 2009. About us. www.artisanfoiegras.com/about/. Accessed March 7, 2012.

[95] Scientific Committee on Animal Health and Animal Welfare (SCAHAW). 1998. Welfare aspects of the production of foie gras in ducks and geese. For the European Commission (December 16, p. 27). http://ec.europa.eu/food/animal/welfare/international/out17_en.pdf. Accessed March 7, 2012.

[96] Scientific Committee on Animal Health and Animal Welfare (SCAHAW). 1998. Welfare aspects of the production of foie gras in ducks and geese. For the European Commission (December 16, p. 21). http://ec.europa.eu/food/animal/welfare/international/out17_en.pdf. Accessed March 7, 2012.

[97] Scientific Committee on Animal Health and Animal Welfare (SCAHAW). 1998. Welfare aspects of the production of foie gras in ducks and geese. For the European Commission (December 16, pp. 21-3). http://ec.europa.eu/food/animal/welfare/international/out17_en.pdf. Accessed March 7, 2012.

[98] Brown PL. 2003. Foie gras fracas: haute cuisine meets the duck liberators. The New York Times, September 24.

[99] Scientific Committee on Animal Health and Animal Welfare (SCAHAW). 1998. Welfare aspects of the production of foie gras in ducks and geese. For the European Commission (December 16, p. 35). http://ec.europa.eu/food/animal/welfare/international/out17_en.pdf. Accessed March 7, 2012.

[100] Scientific Committee on Animal Health and Animal Welfare (SCAHAW). 1998. Welfare aspects of the production of foie gras in ducks and geese. For the European Commission (December 16). http://ec.europa.eu/food/animal/welfare/international/out17_en.pdf. Accessed March 7, 2012.

[101] Scientific Committee on Animal Health and Animal Welfare (SCAHAW). 1998. Welfare aspects of the production of foie gras in ducks and geese. For the European Commission (December 16, p. 27). http://ec.europa.eu/food/animal/welfare/international/out17_en.pdf. Accessed March 7, 2012.

[102] Rodenburg TB, Bracke MBM, Berk J, et al. 2005. Welfare of ducks in European duck husbandry systems. World's Poultry Science Journal 61:633-46, citing: Simantke C. 2002. Ethologische Begründung des Wasserbedarfes von Pekingenten bei der Stallmast. Expert opinion, University of Kassel, Germany, p. 20.

[103] Scientific Committee on Animal Health and Animal Welfare (SCAHAW). 1998. Welfare aspects of the production of foie gras in ducks and geese. For the European Commission (December 16, p. 31). http://ec.europa.eu/food/animal/welfare/international/out17_en.pdf. Accessed March 7, 2012.

[104] Cooper JJ, McAfee L, and Skinn H. 2002. Behavioural responses of domestic ducks to nipple drinkers, bell drinkers and water troughs. British Poultry Science 43:S17-8.

[105] Rodenburg TB, Bracke MBM, Berk J, et al. 2005. Welfare of ducks in European duck husbandry systems. World's Poultry Science Journal 61:633-46, citing: Knierim U, Bulheller MA, Kuhnt K, Briese A, and Hartung J. 2004. Wasserangebot für Enten bei Stallhaltung ein Überblick aufgrund der Literatur und eigener Erfahrung. Deutsche Tierärztliche Wochenschrift 111:115-8.

[106] Rodenburg TB, Bracke MBM, Berk J, et al. 2005. Welfare of ducks in European duck husbandry systems. World's Poultry Science Journal 61:633-46, citing: Simantke C. 2002. Ethologische Begründung des Wasserbedarfes von Pekingenten bei der Stallmast. Expert opinion, University of Kassel, Germany, p. 20.

[107] Bulheller M, Kuhnt K, Hartung J, and Knierim U. 2004. Effects of different types of water provision on the behaviour and cleanliness of the plumage of Muscovy ducks (Cairina moschata). Proceedings of the 38th International Congress of the ISAE (Helsinki, Finland: University of Kuopio and MTT Agri-Food Research Finland, p. 212).

[108] Amyloidosis Foundation. 2005. Amyloidosis info. www.amyloidosis.org/. Accessed March 14, 2012.

[109] Solomon A, Richey T, Murphy CL, et al. 2007. Amyloidogenic potential of foie gras. Proceedings of the National Academy of Sciences of the United States of America 104:10998-1001.

[110] Greger M. 2008. Amyloid fibrils: potential food safety implications. International Journal of Food Safety, Nutrition and Public Health 1(2):103-15.

[111] Letter dated February 3, 2004, from C. Nicol to Lauren Ornelas, Viva USA, opposing foie gras production methods.

[112] Scientific Committee on Animal Health and Animal Welfare (SCAHAW). 1998. Welfare aspects of the production of foie gras in ducks and geese. For the European Commission (December 16, pp. 65-6). http://ec.europa.eu/food/animal/welfare/international/out17_en.pdf. Accessed March 14, 2012.

[113] Pew Commission on Industrial Farm Animal Production. 2008. Putting meat on the table: industrial farm animal production in America. www.ncifap.org/_images/PCIFAPFin.pdf. Accessed March 8, 2012.

[114] Ratzinger J (Pope Benedict XVI). 2002. God and the World: Believing and Living in Our Time. A Conversation with Peter Seewald (San Francisco, CA: Ignatius Press, p. 78).

[115] Patrick Buchanan on The McLaughlin Group. Taped October 7, 2005; broadcast October 8-9, 2005. www.mclaughlin.com/library/transcript.htm?id=487. Accessed March 8, 2012.

[116] California Senate Rules Committee. 2004. SB 1520 bill analysis, May 6. http://info.sen.ca.gov/pub/03-04/bill/sen/sb_1501-1550/sb_1520_cfa_20040506_152512_sen_floor.html. Accessed March 8, 2012.

[117] California Senate. 2008. Senate Bill No. 1520, January 10. http://info.sen.ca.gov/pub/03-04/bill/sen/sb_1501-1550/sb_1520_bill_20040929_chaptered.pdf. Accessed March 8, 2012.

[118] Davey M. 2008. Ban lifted, foie gras is back on the menu in Chicago. The New York Times, May 15. www.nytimes.com/2008/05/15/us/15liver.html. Accessed March 8, 2012.

[119] Committee on Health, City Council of Chicago. 2005. Amendment of Title 7, Chapter 39 of municipal code of Chicago by addition of new sections 001 and 005 prohibiting sale of foie gras by food establishments, October 25. www.ward49.com/site/files/322/35116/155427/214511/foie_gras.pdf. Accessed March 12, 2012.

[120] Argentina. 2003. Resolution 413/2003, August 20. www.senasa.gov.ar/contenido.php?to=n&in=1033&ino=1033&io=5369. Accessed March 12, 2012.

[121] Denmark. 1991. Act on the Protection of Animals, June 6. http://faolex.fao.org/docs/texts/den64193.doc. Accessed March 12, 2012.

[122] Finland. 1996. Animal Protection Act, April 4. http://faolex.fao.org/docs/texts/fin11662.doc. Accessed March 12, 2012.

[123] Germany. 1972. Animal Protection Law, July 24. http://bundesrecht.juris.de/tierschg/__3.html. Accessed March 12, 2012.

[124] Supreme Court of Israel. 2003. Foie gras verdict, August. Shalev N and Wolfson Y, trans. http://chai-online.org/en/compassion/foiegras/foiegras.pdf. Accessed March 12, 2012.

[125] Italy. 2001. Legislative Decree, March 26. www.ambiente.it/impresa/legislazione/leggi/2001/dlgs146-2001.htm. Accessed March 12, 2012.

[126] Norway. 1974. Animal Welfare Act, December 20. www.regjeringen.no/en/doc/laws/Acts/animal-welfare-act.html?id=571188. March 14, 2012.

[127] Poland. 1997. Animal Protection Act, August 21. www.internationalwildlifelaw.org/PolandAnimalProtectionAct.html. Accessed March 12, 2012.

[128] England. 2000. The Welfare of Farmed Animals Regulations, August 14. http://faolex.fao.org/docs/html/uk20834.htm. Accessed March 12, 2012.

The Humane Society of the United States is the nation's largest animal protection organization—backed by 10 million Americans, or one of every 30. For more than a half-century, The HSUS has been fighting for the protection of all animals through advocacy, education, and hands-on programs. Celebrating animals and confronting cruelty. On the Web at humanesociety.org.

**EXHIBIT B**

# EXHIBIT B



**THE HUMANE SOCIETY**
OF THE UNITED STATES

# Scientists and Experts on Force-Feeding for
# Foie Gras Production and Duck and Goose Welfare

## Abstract

The force-feeding of ducks and geese for the production of *pâté de foie gras* causes the birds' livers to become diseased and swollen, inducing hepatic lipidosis; pain and injury from feeding tube insertion; fear and stress during capture and handling; gait abnormality due to distended livers; pathologies in liver function; and increased mortality. An extensive body of scientific evidence confirms that the practice of force-feeding for foie gras is detrimental to animal welfare. Compiled below are statements by leading welfare scientists and experts, including veterinarians who have personally examined force-fed birds or reviewed necropsies.

### Yvan Beck, Veterinarian, Brussels, Belgium

- "Generally speaking, foie gras production is directly or indirectly the source of several problems affecting animal welfare and health. These problems could be grouped as follows: 1. Problems directly linked to force-feeding: 1.1. The intentional hepatic steatosis causes pathology of the liver, and 1.2. The technique of force-feeding is the source of pathological complications; and, 2. Problems indirectly linked to force-feeding: 2.1. Extra-hepatic conditions linked to force-feeding, 2.2. Problems linked to the industrialization of production."[1]

- "The ability for lesions to be reversed in situations of hepatic steatosis is a question of threshold. Nutritional hepatic steatosis is a process which, at a certain level, cannot be reversed and will condemn animals to death. The lesions' ability to reverse below this threshold can not in any way be used as an argument to deny the underlying pathological condition.
    Thus, the hepatic lipidosis/steatosis induced as a finality of the force-feeding process is a pathological condition."[2]

- "Another source for my conclusions is the mortality rates of birds used in foie gras production. If animals die during force-feeding, there is a reason for it, even if we ignore the statistical distribution of the correct pathological causes of each death. In fact, they die in large numbers and/or in proportions different from the proportions encountered when other breeding practices are applied to geese and ducks for human consumption. Force-feeding is recognized as the source of these mortality rates, which are 10 to 20 times higher than normal when force-feeding occurs. The induced disease of the liver explains why animals die at the end of the human-induced process, and the hepatic steatosis present in a fatty liver is a pathology that is also a source of direct or indirect complications (diseases) contributing to these mortality rates in breeding operations."[3]

- "With force feeding, there are various diseases directly affecting the liver. Steatosis/lipidosis belongs to a progressive degeneration process, followed by a necrosis and a hepatic fibrosis. As shown in previous scientific elements, the repercussions of steatosis on the physiological functions of the liver increase as the steatosis develops by affecting with more or less intensity animal health and welfare. Passed [*sic*] a certain threshold, the structural problems—degeneration, sclerosis, vascular problems and necrosis—directly affect the anatomy of the liver and its quality as a finalized product for human consumption."[3]

- "In addition, this degenerative process indirectly causes several other complications external to the liver for the animals, including secondary infections (exit germs). Deterioration of the musculoskeletal system resulting in fractures of bones is common, in part because immobilization of animals in cages, nutritional imbalance of portions (deficiency in proteins and in minerals), hormonal disturbance and excessive weight which all affect bone growth. Ultimately they cause fractures, as seen in breeding facilities and in slaughterhouses. There are also various respiratory problems which appear during force-feeding and are caused by the physiological reactions caused by the forced ingestion of a big quantity of neuron-vegetative reflex food. Furthermore, without a diaphragm to separate the thorax from the abdomen, the hypertrophied and voluminous liver compresses more and more the air sacs and affects respiration. At the end of force-feeding, the animals are most often panting and incapable of any effort."[4]

- "Self-imposed force-feeding does not exist under breeding conditions where it always reflects a pathologic situation (physical or social stress). Food itself and its presentation do not correspond to prehension criteria under natural conditions: birds would refuse to eat it or would certainly not eat it in such quantities…The storage of supplies resulting from natural predispositions is thus hardly comparable to the results of force-feeding domestic species."[5]

- "In conclusion, at a certain stage, the functional hepatic deficiency is considered as the unavoidable outcome of the hepatic steatosis (chap. 4.1.3.): fatty overload, steatosis, steatonecrosis are all steps of the same deleterious process. At the end of force-feeding, the liver is indeed a diseased organ. The bird is killed before collapsing on its own. To present the reversibility of the process as an argument proving the occurrence of a normal physiological process is, once again, tendentious. Indeed, the inherent characteristics of the hepatic parenchyma contribute to this reversibility regardless of the source of the disease and as long as we intervene early enough."[6]

- "From the point of view of the veterinarian and…of his patient, the debate focuses on three questions of substance:

    First question: is it possible to consider that the nutritional hepatic steatosis is a phenomenon similar to the natural accumulation of fats supplies by palmipeds before migration?

    The answer is no.

    By controlling breeding techniques, man tends to produce foie gras, a quality product made under the 'best conditions'. He uses natural predispositions present in some species. There is however no comparison between what nature planned (an hepatic synthesis followed by a peripheral accumulation of fats which respects the functioning of the hepatocyte) and the extreme result which is imposed by force-feeding on the organism. Birds at the end of this process are not able to make any exertions which is in total contradiction with the aim of this activity in natural conditions.

    Second question: is the nutritional hepatic steatosis a pathology of the liver?

    The answer is yes: the fatty liver (foie gras) is a diseased liver.

    Force-feeding causes structural modifications qualified as "nutritional steatosis" in all the veterinary literature. Hepatic steatosis is, regardless of its origin, a morbid process which perturbs the good functioning of the hepatic cell. The clinical table and the prognostic of this affection are directly linked to its degree of evolution at the time of the beginning of treatment.

    Would it then be necessary to distinguish between two types of steatosis: the steatosis of the medicine which we try to heal and the steatosis of force-feeding which we encourage?

    If fluctuations of intrahepatocytic and hepatic biochemical parameters are observed during force-feeding, the progressive introduction into the blood of several objective 'markers' indicating suffering or cellular necrosis is indubitable. The sequential anatomo-pathological connections established during force-feeding on sacrificed animals also demonstrate the introduction of a pathological process which causes an overload, a distension and finally a degeneration of the hepatic parenchyma.

    The argument presenting the foie gras as a 'sane organ' because of the reversibility of the process is partial and must be rejected as such. The reversibility of an hepatic lesion process is based on its degree of extension. Beyond a certain threshold, the animal is condemned. Below a certain threshold, reversibility depends on two essential characteristics of the organ: the functional supplies and the ability to regenerate

which both interfere with the delays in the appearance of an hepatic symptomatology. In the case of geese force-feeding, modifications of the hepatic parameters appear in the majority of cases on the 18th day and mark at this moment the presence of tissue necrosis. It is only at this stage the clinical symptoms appear (icterus, weight loss, digestive troubles…) revealing a very advanced pathology.

Third question: does nutritional hepatic steatosis cause suffering?

The answer is yes.

Ethological expertise is compelling at this level: breeding conditions (particularly for intensive breeding) are completely incompatible with meeting the physiological and ethological needs of normal palmipeds. Veterinary expert opinion also highlights the structural and functional suffering which is caused by the manipulations associated with force-feeding and by the steatosis, the goal of this process."[7]

- "Force-feeding of palmipeds or nutritional hepatic steatosis provokes a pathological transformation of the liver which causes undeniable animal suffering. The economical goal of the process is to push the transformation of this organ to the maximum in the shortest amount of time in order to maximize profit. However, this must be stopped before the degenerative phenomena, unavoidable beyond a certain level, start affecting the quality (friability) of the product or damaging excessively the health of birds. The topic of this discussion is indeed a choice made by society: some communities consume dog meat, others eat whales or monkey brains…Are we ready to support a practice which scientifically transforms an organ on a living being by making it sick, to satisfy the gustatory pleasure of a few gourmets? And if yes, under what conditions?

  I personally think that measures should be taken internationally and by the European Community to forbid this type of production in intensive breeding, regardless of the economic justifications and of the laws of the market in place today. These justifications and laws are not and will never be able to justify a practice which, with a little bit of reflection, can only be considered by civilized beings as a barbaric practice unworthy of the role of man as a guarantor of humanist ethics."[8]

- "It has been noted that, as well as the pathologies normally attributed to palmipeds (not pursued in this account), force-feeding is the cause of a number of maladies."[9]

- "Force-feeding to fatten palmipeds is an ethically unacceptable practice, and is in total contradiction to the recommendations concerning Barbary and Mallard ducks, issued by the Permanent Council of the European convention on the protection of farmed animals."[10]

- "The end result of force-feeding is—hepatic steatosis—which is a liver disease. This causes—at different degrees during its development—physiological and physical problems which are detrimental to the state of health and well-being of birds. Eventually the hepatic steatosis will lead to the death of the birds."[11]

- "Force-feeding is finally, a practice against nature, which violates the natural prehension of food. Therefore the contention [is] that the introduction of such equipment reduces the well-being of the birds subjected to it."[11]

**W. Molee**, National School of Agronomics at Toulouse, Castanet-Tolosan Cedex, France

**Marie-Hélène Bouillier-Oudot**, National School of Agronomics at Toulouse, Castanet-Tolosan Cedex, France

**Alain Auvergne**, National School of Agronomics at Toulouse, Castanet-Tolosan Cedex, France

**R. Babilé**, National School of Agronomics at Toulouse, Castanet-Tolosan Cedex, France

- "This study provides evidence that overfeeding with a carbohydrate-rich corn-based diet induces a de novo hepatic lipogenesis in Mule duck which predominates over dietary lipid intake to change the lipid composition of the hepatocyte plasma membrane."[12]

**Ian J.H. Duncan**, Emeritus Chair in Animal Welfare, University of Guelph, Ontario, Canada

- "In my opinion, the force feeding of ducks and geese, for the production of foie gras is a cruel and inhumane practice that should be banned. There are two aspects to the cruelty:

  1. Forcing food down a bird's gullet beyond the limits of its appetite will cause pain and suffering. Also, the regular insertion of a feeding tube down the esophagus several times a day will inevitably lead to damage of the esophagus. When the esophagus becomes damaged, then the painfulness of every force feeding episode will be exacerbated.

  2. Force feeding quickly results in birds that are obese and in a pathological state, called hepatic lipidosis of [sic] fatty liver disease. There is no doubt, that in this pathological state, the birds will feel very ill. In my view it is completely unethical to deliberately promote a diseased state in an animal. The birds' obesity will lead to a myriad of other problems from skeletal disorders to difficulties in coping with heat stress and all of which are accompanied by feelings of malaise.

  In my view, no civilized country would allow this barbaric practice to continue."[13]

**Lynn R. Dustin**, Veterinarian, Bay Area Bird Hospital, San Francisco, California, USA

- "Numerous injuries can occur from the process of force feeding. Because a gavage tube is inserted down the esophagus, scalding can occur from food that is too hot, and the tube can cause inflammation of the throat, bruising or perforation of the esophagus, asphyxia, over expansion of the esophagus and lesions of the neck, throat or chest.

  Some duck species gorge prior to migration. However, they do not gorge to the extent of causing illness or making themselves incapable of breathing or walking, which results from force feeding. Nor do they suffer the repeated trauma of gavage tube insertion."[14]

- "There is nothing natural about the production of foie gras."[14]

- "The practice of force feeding a duck to produce a fatty liver is inherently cruel and should be banned by law."[14]

## Scientific Committee on Animal Health and Animal Welfare of the European Commission

- "Ducks are fed considerably more during the force feeding period than they would eat voluntarily, and they receive this food without having the possibility to forage in a species-specific manner."[15]

- "The avoidance behaviour by most ducks and geese in pens during force feeding observed by members of the working group indicates aversion to the force feeding procedure."[16]

- "Daily hand-feeding of ducks and geese is normally associated with a positive response by the animals towards the person feeding them. In the preparation of this report, members of the Committee visited a number of farms practising force feeding but this behaviour was not observed by the visitors on these occasions. When ducks or geese were in a pen during the force feeding procedure, they kept away from the person who would force feed them even though that person normally supplied them with food. At the end of the force feeding procedure, the birds were less well able to move and were usually panting but they still moved away from or tried to move away from the person who had force fed them."[17]

- "However, some experts of the working group observed on visits to fattening units that the legs of the force fed animals were pushed outwards, away from the mid-line of the body so that they met the ground considerably further apart than is normal and so that the leg could not be held vertically when the bird was standing or walking and they conclude that it was caused by the great expansion of the liver. They observed

that the consequence of this was that birds with expanded livers had difficulty in standing and their natural gait and ability to walk were severely impaired."[16]

- "Birds, including ducks and geese, have a wide range of pain receptors and an elaborate pain recognition system. Most injuries caused by tissue damage during handling or tube insertion would result in pain. The oropharyngeal area is particularly sensitive and is physiologically adapted to perform a gag reflex in order to prevent fluids entering the trachea. Force feeding will have to overcome this reflex and hence the birds may initially find this distressing and injury may result.

     The beak of a duck is richly innervated and the insertion of a ring through the beak would cause pain during the operation and might cause neuroma formation, and hence prolonged pain, thereafter. Similarly, most injuries to the feet caused by inadequate flooring would be painful."[18]

- "Hence it appears that the level of steatosis normally found at the end of force feeding would not be sustainable for many of the birds. For this reason, and because normal liver function is seriously impaired in birds with the hypertrophied liver which occurs at the end of force feeding this level of steatosis should be considered pathological."[19]

- "A further source of information concerning whether the liver is in a pathological condition at the end of gavage is to ask qualified pathologists for their opinion on the histology of such liver. In non-statistical surveys (Beck; 1994, 1996 unpublished) the opinions of 25 pathologists from various countries were sought on this point. Most of these considered that the liver condition was pathological. Several of them pointed out that some degree of steatosis can occur in healthy animals at certain times of life but they considered that the degree of steatosis at the end of force feeding was much more severe than any naturally occurring steatosis."[20]

- "In conclusion, there is good evidence that liver structure and function that would be classified as normal is severely altered and compromised in force fed ducks and geese, but that lipid metabolism biochemical pathways are still functioning normally, albeit at an increased rate. Other clinical signs that force fed birds exhibit which are not seen in age matched birds fed ad libitum on a 'natural' diet include: loose faeces, wet neck, increased time spent sitting and less time carrying out active behaviours, some aversion to the feeding process, increased incidence of bone fractures and liver lesions at the abattoir. Continued feeding would almost certainly result in an earlier death."[21]

- "The changes in hepatocytes and other cells in the liver of force fed ducks and geese are substantial. The most obvious change is the increase in the number of large fat globules visible in the cells. A limited increase in the presence of fat globules in liver can occur in normal liver in certain conditions but no normal animal has steatosis of the liver to the extent which occurs in all force fed birds. During the force feeding period, liver function is impaired."[22]

- "Force feeding results in an increase in liver size to the extent that the abdomen expands. Logically this should result in the legs being held further away from the midline of the body, making locomotion more difficult. Panting occurs more often than in ducks or geese which are not force fed. Some members of the working group have observed this displacement of the legs and panting."[22]

- "Hypertrophied livers can cause discomfort in a variety of other species. Hence it may be that some discomfort results directly from the hypertrophied liver in force fed ducks and geese."[22]

- "The force feeding procedure deprives the bird of an important behaviour which is normal feeding."[23]

- "The problems of the force feeding procedure itself are: (1) handling by humans which, in the commercial force feeding situation, can cause aversion and discomfort for ducks and geese, (2) the potentially damaging

and distressing effects of the tube which is inserted into the oesophagus, (3) the rapid intubation of a large volume of food."[23]

- "The Scientific Committee on Animal Health and Animal Welfare concludes that force feeding, as currently practised, is detrimental to the welfare of the birds."[24]

- "The working group was informed that ducks at the end of the force feeding period can have serious injuries to the oesophagus or, more usually, having [sic] clear evidence of tissue damage in the oesophagus. It seems likely that birds have sufficient damage to oesophagus tissue, caused by the force feeding process to have been painful to the birds."[25]

**Jean-François Gabarrou**, National Institute for Agronomical Research, Nouzilly, France
**Marie-Rose Salichon**, National Institute for Agronomical Research, Nouzilly, France
**Gérard Guy**, Head of Experimental Unit, National Institute for Agronomical Research, Artiguères, France
**Jean-Claude Blum**, National Institute for Agronomical Research, Nouzilly, France

- "The liver of the overfed ducks weighed ten times more than that of controls (695 vs 69 g [24.5 vs 2.4 oz]). The phospholipid, ash, water, and protein content of the liver were only slightly higher (2.6-, 3.6-, 4.4- and 3.2-fold, respectively) but the liver lipid concentration was 16.5 times higher after than before overfeeding (56.1 vs 3.4 g/100 g [1.98 vs 0.12 oz/3.53 oz] liver, respectively). Liver phosphatidylcholine concentration was higher in the control group (32.4 vs 22.9 mol/100 mol phospholipid) revealing a choline deficiency that could contribute to the development of liver steatosis. In liver phospholipid, the level of linoleic and arachidonic acids were markedly decreased in the overfed ducks, from 5 and 18.1 to 3.7 and 7.1 mol/100 mol fatty acids, respectively, and were mainly replaced by oleic acid. Plasma triacylglycerols increased 5.9-fold, cholesterol 2.2-fold and phospholipids 1.6-fold. Heat-induced (50 min at 105 °C [221 °F]) fat release, an index of poor liver integrity, was particularly high for the large, fat livers which contained low levels of phospholipids and phosphatidylcholine."[26]

**Marianne Heimann**, Institut de Pathologie et de Génétique, Loverval, Belgium
**Annick Delire**

- "The excessive lipid load observed in the livers of ducks and geese at the end of force-feeding is, from the anatomopathological point of view, a lesion, and not part of the normal physiological process. The lesional character of these alterations is also confirmed by the changes in clinical biology (increase of hepatic enzymes in the blood etc). In no instance, can this increase be considered normal. It is a categoric sign of a diseased state and a clinical symptom (difficulty in breathing, difficulties in regulating temperature, exhaustion, difficulties in making an effort etc.)[.] Therefore one is not making use of a natural physiological process in palmipeds to produce a delicacy but rather a pathological process which can be reproduced in certain species. If the liver of a goose or a duck is used, it is because the pathology is easier to reproduce.
   In addition to the lesions caused directly by force-feeding, the immune system as well as the liver is rendered frail to cope with any stress to which the animal is subjected.
   The animal therefore often develops infections, which can be combated by the use of antibiotics. This however, poses the very serious problem of having residues of antibiotics within food destined for human consumption."[27]

- "[T]he means of obtaining this delicacy, and the money which it fetches, above all for a minority, does not justify the extremely painful conditions in which this food is produced."[27]

- "In the force-feeding of geese, the liver reaches a very large size, distends the peritoneum and occupies a place normally reserved for other organs, notably air sacs. This leads to respiratory difficulties, which have

still not yet been detected because the animals, shut into narrow cages, cannot make any muscular effort, and above all have enormous difficulties in controlling their temperature. There is also vessel compression which develops into circulatory problems.

Apart from these facts, we are in the presence of animals which have been made extremely fragile, very sensitive to stress, changes in the environment, and to infections."[28]

**Dominique Hermier**, National Institute for Agronomical Research, Orsay, France
**Gérard Guy**, Head of Experimental Unit, National Institute for Agronomical Research, Benquet, France
**Solange Guillaumin**, National Institute for Agronomical Research, Nouzilly, France
**Stéphane Davail**, University Institute of Technology, Mont-de-Marsan, France
**Jean-Marc André**, University Institute of Technology, Mont-de-Marsan, France
**Robert Hoo-Paris**, University Institute of Technology, Mont-de-Marsan, France

- "In response to overfeeding, de novo hepatic lipogenesis from dietary carbohydrates is dramatically enhanced in the goose (Mourot et al., 2000). Despite that the concentration of Very low density lipoproteins (VLDL) and High density lipoproteins (HDL) is also increased (Fournier et al., 1997), the lipoprotein secretion pathway appears to be overwhelmed, and a large proportion of triglycerides remains stored in the liver, which results in in situ steatosis (Hermier et al., 1991a). Such an imbalance between triglyceride synthesis and secretion is a feature of both NASH [Non-alcoholic steatohepatitis] and alcoholic intoxication, whereas an increased HDL concentration resembles the modifications induced by moderate alcohol consumption in human (Sabesin, 1981; Baraona and Lieber, 1998; Mensenkamp et al., 2001)."[29]

**Tatty M. Hodge**, Veterinarian, East Greenbush, New York, USA

- "Animals in this condition would experience constant pain…I consider the production of foie gras to be inhumane as it deliberately harms the duck…"[30]

**Wendy Jensen**, Veterinarian, Concord, New Hampshire, USA

- "Having seen firsthand the terrible suffering of ducks…confirmed by autopsy reports…I am forced to conclude that foie gras is produced at a terrible cost to the birds themselves. Foie gras, touted as a gourmet delicacy to entice the palate, is really only the diseased tissue of a tortured sick animal."[31]

**Mark Lerman**, Veterinarian, Monsey, New York, USA

- "[T]he oesophagus is so thickened and inflamed and infected from the force 'feeding' that he could never eat on his own....The lesions seen in this duck and others like him, are unique. They are the result of a continuous, perverse and concerted effort to physically force these poor creatures to do something they weren't designed to do."[32]

**Christine Nicol**, Professor of Animal Welfare, School of Veterinary Science, University of Bristol, UK

- "My view on the production of foie gras is clear and supported by biological evidence. This practice causes unacceptable suffering to these animals. The primary issue is the use of force….Foie gras production takes no account of the physiological state of the bird, but involves force feeding far beyond the point at which the bird would naturally stop. This practice is repeated daily for a number of weeks, causing lesions to the throat, pathological changes to the liver and painful distension of the abdomen, limiting movement."[33]

- "Foie gras production significantly reduces welfare….It causes pain during and as a consequence of the force feeding, feelings of malaise as the body struggles to cope with extreme nutrient imbalance, and

distress due to the forceful handling. The most extreme distress is caused by loss of control of the birds' most basic homeostatic regulation mechanism as their hunger control system is over-ridden."[33]

### Laurie Siperstein-Cook, Mobile Avian Veterinarian, Davis, California, USA

- "[T]he esophagus of force-fed ducks exhibit[s] scarring from the repeated trauma from the wide metal tubes that are pushed down the esophagus during the force-feeding process. Rough handling by the workers doing the force-feeding would exacerbate this trauma to the mucosal surface of the esophagus.
  Excess weight at fast growth rates causes pressure on the legs and joints, also making it difficult and painful to walk. Ducks in foie gras factories have been shown to suffer from a much higher rate of long bone fractures at the time of slaughter than ducks raised for meat and not force-fed."[34]

### Ward B. Stone, Wildlife Pathologist, New York State Department of Environmental Conservation, Wildlife Pathology Unit, Delmar, New York, USA

- "The overloading of the liver with lipid (lipidosis) is a pathological process and I have never seen extensive lipidosis in waterfowl except for the cases involving overfeeding for liver pate."[35]

- "[T]he short tortured lives of ducks raised for Foie Gras is well outside the norm of farm practice. Having seen the pathology that occurs from Foie Gras production, I strongly recommend that this practice be outlawed."[35]

### Christine Van Berchem, Veterinarian, Brussels, Belgium
### René Zayan, Professor of Ethology, Université Catholique de Louvain, Louvain-la-Neuve, Belgium

- "[T]here is absolutely no doubt, that force-feeding subjects them to physiological and behavioural suffering which dramatically reduces their well-being....[F]orce-feeding constitutes a reprehensible practice from an ethical point of view."[36]

### René Zayan, Professor of Ethology, Université Catholique de Louvain, Louvain-la-Neuve, Belgium

- "In short, autoforce-feeding does not exist in ducks in their natural state and, if hyperplaegia is observed in a duck in daily life, it is always pathological behaviour, symptomatic of physical and social stress. In no case no-one can affirm that force-feeding satisfied in a maximum way a visceral or basic physiological need, in as much as the need for food in an animal is accompanied by a choice, spontaneous or learned, and an active search of adequate food for the maintenance of health."[37]

### Pew Commission on Industrial Farm Animal Production

- "[T]he Commission recommends the end to force-feeding of fowl to produce foie gras...."[38]

### References

1. Beck Y. 1996. Affidavit before the New York State Department of Agriculture and Markets, in the matter of the petition of The Humane Society of the United States, et al. for a declaratory ruling. May 10, p. 2. Stroud A, trans.
2. Beck Y. 1996. Affidavit before the New York State Department of Agriculture and Markets, in the matter of the petition of The Humane Society of the United States, et al. for a declaratory ruling. May 10, p. 3. Stroud A, trans.
3. Beck Y. 1996. Affidavit before the New York State Department of Agriculture and Markets, in the matter of the petition of The Humane Society of the United States, et al. for a declaratory ruling. May 10, p. 5.

Stroud A, trans.

4.  Beck Y. 1996. Affidavit before the New York State Department of Agriculture and Markets, in the matter of the petition of The Humane Society of the United States, et al. for a declaratory ruling. May 10, p. 6. Stroud A, trans.

5.  Beck Y. 1994. Force-feeding of palmipeds and foie gras production: the global review of a choice made by society. Licence Interfacultaire en Environnement, Faculty of Sciences, Free University of Brussels, p. 52. Stroud A, trans.

6.  Beck Y. 1994. Force-feeding of palmipeds and foie gras production: the global review of a choice made by society. Licence Interfacultaire en Environnement, Faculty of Sciences, Free University of Brussels, p. 55. Stroud A, trans.

7.  Beck Y. 1994. Force-feeding of palmipeds and foie gras production: the global review of a choice made by society. Licence Interfacultaire en Environnement, Faculty of Sciences, Free University of Brussels, pp. 60-61. Stroud A, trans.

8.  Beck Y. 1994. Force-feeding of palmipeds and foie gras production: the global review of a choice made by society. Licence Interfacultaire en Environnement, Faculty of Sciences, Free University of Brussels, p. 62. Stroud A, trans.

9.  Beck Y. 1996. Report on force-feeding by Belgian experts. Council of Europe, Permanent Council of the European Convention on the protection of farmed animals (T-AP), 32nd Meeting, Strasbourg, October 8-11, p. 6. Trevayne K, trans.

10. Beck Y. 1996. Report on force-feeding by Belgian experts. Council of Europe, Permanent Council of the European Convention on the protection of farmed animals (T-AP), 32nd Meeting, Strasbourg, October 8-11, p. 2. Trevayne K, trans.

11. Beck Y. 1996. Report on force-feeding by Belgian experts. Council of Europe, Permanent Council of the European Convention on the protection of farmed animals (T-AP), 32nd Meeting, Strasbourg, October 8-11, p. 3. Trevayne K, trans.

12. Molee W, Bouillier-Oudot M, Auvergne A, and Babile R. 2005. Changes in lipid composition of hepatocyte plasma membrane induced by overfeeding in duck. Comparative Biochemistry and Physiology, Part B 141:437-44.

13. Duncan IJH. 2004. Statement against force-feeding of ducks and geese. February 4.

14. Dustin LR. 2004. Statement against force-feeding of ducks. February 24.

15. European Commission, Scientific Committee on Animal Health and Animal Welfare (SCAHAW). 1998. Welfare aspects of the production of foie gras in ducks and geese (December 16), p. 28.

16. European Commission, Scientific Committee on Animal Health and Animal Welfare (SCAHAW). 1998. Welfare aspects of the production of foie gras in ducks and geese (December 16), p. 34.

17. European Commission, Scientific Committee on Animal Health and Animal Welfare (SCAHAW). 1998. Welfare aspects of the production of foie gras in ducks and geese (December 16), p. 33.

18. European Commission, Scientific Committee on Animal Health and Animal Welfare (SCAHAW). 1998. Welfare aspects of the production of foie gras in ducks and geese (December 16), p. 35.

19. European Commission, Scientific Committee on Animal Health and Animal Welfare (SCAHAW). 1998. Welfare aspects of the production of foie gras in ducks and geese (December 16), p. 41.

20. European Commission, Scientific Committee on Animal Health and Animal Welfare (SCAHAW). 1998. Welfare aspects of the production of foie gras in ducks and geese (December 16), pp. 41-2.

21. European Commission, Scientific Committee on Animal Health and Animal Welfare (SCAHAW). 1998. Welfare aspects of the production of foie gras in ducks and geese (December 16), p. 48.

22. European Commission, Scientific Committee on Animal Health and Animal Welfare (SCAHAW). 1998. Welfare aspects of the production of foie gras in ducks and geese (December 16), p. 61.

23. European Commission, Scientific Committee on Animal Health and Animal Welfare (SCAHAW). 1998. Welfare aspects of the production of foie gras in ducks and geese (December 16), p. 62.

24. European Commission, Scientific Committee on Animal Health and Animal Welfare (SCAHAW). 1998. Welfare aspects of the production of foie gras in ducks and geese (December 16), p. 65.

25. European Commission, Scientific Committee on Animal Health and Animal Welfare (SCAHAW). 1998. Welfare aspects of the production of foie gras in ducks and geese (December 16), p. 46.

26. Gabarrou JF, Salichon MR, Guy G, and Blum JC. 1996. Hybrid ducks overfed with boiled corn develop

an acute hepatic steatosis with decreased choline and polyunsaturated fatty acid level in phospholipids. Reproduction Nutrition Development 36:473-84.

27. Heimann M and Delire A. 1996. Report on force-feeding by Belgian experts. Council of Europe, Permanent Council of the European Convention on the protection of farmed animals (T-AP), 32nd Meeting, Strasbourg, October 8-11, p. 25. Trevayne K, trans.

28. Heimann M and Delire A. 1996. Report on force-feeding by Belgian experts. Council of Europe, Permanent Council of the European Convention on the protection of farmed animals (T-AP), 32nd Meeting, Strasbourg, October 8-11, pp. 24-25. Trevayne K, trans.

29. Hermier D, Guy G, Guillaumin S, Davail S, Andre J-M, and Hoo-Paris R. 2003. Differential channelling of liver lipids in relation to susceptibility to hepatic steatosis in two species of ducks. Comparative Biochemistry and Physiology Part B 135:663-75.

30. Hodge TM. Letter dated August 14, 1995, as quoted in McKenna C. 2000. Forced feeding: an inquiry into the welfare of ducks and geese kept for the production of foie gras. A report produced by Advocates for Animals and World Society for the Protection of Animals.

31. Jensen W. Letter dated June 13, 1995, as quoted in McKenna C. 2000. Forced feeding: an inquiry into the welfare of ducks and geese kept for the production of foie gras. A report produced by Advocates for Animals and World Society for the Protection of Animals.

32. Lerman M. Letter dated June 19, 1995, as quoted in McKenna C. 2000. Forced feeding: an inquiry into the welfare of ducks and geese kept for the production of foie gras. A report produced by Advocates for Animals and World Society for the Protection of Animals.

33. Nicol C. Letter dated February 3, 2004, to Lauren Ornelas, Viva! USA.

34. Siperstein-Cook L. 2004. Statement on examination of force-fed ducks. February 20.

35. Stone WB. 2005. Statement against force-feeding of ducks. September.

36. Van Berchem C and Zayan R. 1996. Report on force-feeding by Belgian experts. Council of Europe, Permanent Council of the European Convention on the protection of farmed animals (T-AP), 32nd Meeting, Strasbourg, October 8-11, pp. 42-3. Trevayne K, trans.

37. Zayan R. 1996. Report on force-feeding by Belgian experts. Council of Europe, Permanent Council of the European Convention on the protection of farmed animals (T-AP), 32nd Meeting, Strasbourg, October 8-11, p. 45. Trevayne K, trans.

38. Pew Commission on Industrial Farm Animal Production. 2008. Putting meat on the table: industrial farm animal production in America. www.ncifap.org/_images/PCIFAPFin.pdf. Accessed May 19, 2008.

The Humane Society of the United States is the nation's largest animal protection organization—backed by 10 million Americans, or one of every 30. For more than a half-century, The HSUS has been fighting for the protection of all animals through advocacy, education, and hands-on programs. Celebrating animals and confronting cruelty. On the Web at humanesociety.org.

**EXHIBIT C**

# EXHIBIT C



**THE HUMANE SOCIETY**
OF THE UNITED STATES

Anita W. Coupe, Esq.
*Chair of the Board*

Jennifer Leaning, M.D., S.M.H.
*Vice Chair of the Board*

Eric L. Bernthal, Esq.
*Second Vice Chair of the Board*

Walter J. Stewart, Esq.
*Board Treasurer*

Wayne Pacelle
*President & CEO*

Michael Markarian
*Executive Vice President & COO*

G. Thomas Waite III
*Treasurer & CFO*

Andrew N. Rowan, Ph.D.
*Chief International Officer
& Chief Scientific Officer*

Roger A. Kindler, Esq.
*General Counsel & CLO*

Janet D. Frake
*Secretary*

Holly Hazard, Esq.
*Chief Innovations Officer*

Laura Maloney
*Chief of Staff*

**DIRECTORS**

Jeffrey J. Arciniaco
Eric L. Bernthal, Esq.
Barbara S. Brack
Jerry Cesak
Anita W. Coupe, Esq.
Neil B. Fang, Esq., C.P.A.
Jane Greenspun Gale
Jonathan D. Kaufelt, Esq.
Paula A. Kislak, D.V.M.
Jennifer Leaning, M.D., S.M.H.
Kathleen M. Linehan, Esq.
John Mackey
William F. Mancuso
Mary I. Max
Patrick L. McDonnell
Judy Ney
Sharon Lee Patrick
Judy J. Peil
Marian G. Probst
Jonathan M. Ratner
Joshua S. Reichert, Ph.D.
Walter J. Stewart, Esq.
Andrew Weinstein
Jason Weiss
Persia White
David O. Wiebers, M.D.
Lona Williams

October 24, 2011

Assemblymember Toni Atkins
State Capitol
Sacramento, CA 95814

RE: SUPPORT FOR HUMANE LAW AGAINST FORCE FEEDING

Dear Assemblymember Atkins,

Thank you again for your humane leadership as part of the legislative animal protection caucus. We were so pleased that Governor Brown saw fit to sign into law seven bills that The Humane Society of the United States supported, including the landmark ban on the possession and sale of shark fin. In his signing message he highlighted the cruelty endured by sharks whose fins end up in the global trade.

Over the years, California lawmakers and voters have seen fit to prohibit cruelty to animals in many forms including, but not limited to animal fighting, neglect, and extreme confinement. Similarly, in 2004, California banned sale of products of "force feeding a bird for the purpose of enlarging the bird's liver beyond normal size," a cruel practice used to produce *foie gras*. Then-Senator John Burton—now chairman of the California Democratic Party—championed the law (Senate Bill 1520 creating Health & Safety Code Secs 25980–25984), signed by Governor Arnold Schwarzenegger, which will take effect July 1, 2012.

In case you're not familiar with *foie gras*, the phrase is French for "fatty liver," and it is the diseased and enlarged liver of a duck or goose, produced through force-feeding. Each day for several weeks, a pipe is shoved down the birds' throats to force-feed them. As a result, the birds' livers, diseased with hepatic lipidosis, grow to over ten times their normal size. The livers are then sold as *foie gras*, a pricy delicacy.

With the effective date pending, we wanted to update you on the status of *foie gras* production methods. Sonoma Foie Gras—the only *foie gras* producer in the state—ultimately supported S.B. 1520 because the law allowed for ample time to find an alternative to force-feeding. Company owner Guillermo Gonzalez wrote in 2004, "I have the moral stature to accept that if within the seven and a half years established by S.B. 1520, science and government don't arrive to the conclusion that the methods used in our *foie gras* production are acceptable...I will be ready to quit."

Since enactment of the bill, cities like Los Angeles, San Diego, and San Francisco have passed resolutions condemning *foie gras*. Retailers like Safeway, Costco, Target and Whole Foods Market refuse to sell it on principle. And according to a 2004 Zogby poll, 77 percent of US adults believe the process of force-feeding ducks or geese to produce *foie gras* should be banned.

During the past seven years, producers have hired researchers to try to develop an alternative production method but have determined livers cannot be made this large without the cruel force-feeding practices outlawed by the 2004 bill. As a result, California producers, retailers and restaurants will be required to comply with the law by July of next year. The law is narrowly tailored to define force feeding as causing a bird to eat more than is voluntary, for purposes of enlarging the bird's liver.

More than a hundred California restaurateurs have already dropped *foie gras* from their menus, including Wolfgang Puck, who now refuses to use the item and supports the law as humane and socially responsible.  Of the few hundred restaurants still serving this item, most have said they will comply with the law once everyone is required to do so.

Despite the overwhelming momentum in favor of eliminating this cruel delicacy, a small handful of chefs are complaining and have indicated in recent media the possibility of pursuing a repeal effort. With this letter, we – on behalf of a coalition of local, state and national animal protection organizations – wanted to get out in front with you and other legislators on this issue to let you know that we will vigorously fight such efforts. This is a law Californians strongly support and that well over 95 percent of restaurants already comply with.

Please do not hesitate to contact me with any questions you may have. I've attached a fact sheet and a couple news articles for your review.

Sincerely,

Jennifer Fearing
California Senior State Director

attachments

# CALIFORNIA'S 2012 BAN ON FORCE-FEEDING FOR *FOIE GRAS*

*Foie gras*, which is French for "fatty liver," is the diseased and enlarged liver of a duck or goose, produced through force-feeding. Each day for several weeks, a pipe is shoved down the birds' throats to force-feed them. As a result, the birds' livers, diseased with hepatic lipidosis, grow up to ten or more times its original, healthy weight. The livers are then sold as *foie gras*.

## HISTORY OF FORCE-FEEDING IN CALIFORNIA

In 2004, California banned the "force feed[ing of] a bird for the purpose of enlarging the bird's liver beyond normal size." Then-Senator John Burton—now chairman of California Democratic Party—championed the law, which will take effect July 1, 2012. Sonoma-Artisan Foie Gras—the only *foie gras* producer in the state—supported the prohibition because the law allowed for ample time to find an alternative to force-feeding. Company owner Guillermo Gonzalez wrote in 2004, "I have the moral stature to accept that if within the seven and a half years established by SB 1520, science and government don't arrive to the conclusion that the methods used in our *foie gras* production are acceptable...I will be ready to quit."



Sonoma Foie Gras

## DISEASE, STRESS, PAIN & MORTALITY

Behavioral evidence suggests ducks and geese experience fear, as well as acute and chronic stress from the multiple daily force-feedings and the pain associated with them. Force-feeding causes a number of injuries: bruising or perforation of the esophagus; hemorrhaging and inflammation of the neck resulting from the repeated insertion of the pipe to the throat; and asphyxia caused by food improperly forced into the trachea. Wounds of the esophagus may subsequently become infected. Force-feeding also results in numerous illnesses and disease, including hepatic lipidosis, bacterial and fungal infections, malnourishment, and lameness. For these reasons, mortality rates for force-fed ducks are 10 to 20 times higher than those for non-force fed ducks.

> "We asked the governor to sign the bill."
>
> Guillermo Gonzalez, owner of Sonoma-Artisan Foie Gras, in his 2004 letter supporting CA's force-feeding ban.

*"The force feeding of ducks and geese for the production of* foie gras *is a cruel and inhumane practice that should be banned."*
— **Dr. Ian J.H. Duncan, Emeritus Chair in Animal Welfare, University of Guelph**

## FORCE-FEEDING BANNED

Due to the animal cruelty involved, more than a dozen countries—including the United Kingdom, Denmark, Finland, Germany, Israel (formerly the world's fourth-largest *foie gras* producer), Norway, Poland, Sweden, Switzerland, and Argentina—have either outright prohibited force feeding for *foie gras* production or have interpreted it as illegal under existing anti-cruelty laws.

## PUBLIC SENTIMENT

According to a 2004 Zogby poll, 77 percent of US adults believe the process of force-feeding ducks or geese to produce *foie gras* should be banned. In California, well over 95% of restaurants do not serve *foie gras*. Several cities throughout California have passed resolutions condemning *foie gras*, including: Los Angeles, San Diego, San Francisco, Berkeley, West Hollywood, Carlsbad, Solana Beach, and Laguna Woods. Additionally, several restaurants and retailers—such as Costco, Safeway, Target, Giant Eagle, Whole Foods Market and Wolfgang Puck—refuse to sell *foie gras*.

**FOR MORE INFORMATION AND FORCE-FEEDING VIDEO FOOTAGE PLEASE VISIT:**
**www.humanesociety.org/CAfoiegras**








# The New York Times

## Celebrity Chef Announces Strict Animal-Welfare Policy

By KIM SEVERSON, March 22, 2007



Wolfgang Puck, the Los Angeles chef whose culinary empire ranges from celebrity dinners at Spago to a line of canned soups, said yesterday that he would use eggs and meat only from animals raised under strict humane standards.

With the announcement, Mr. Puck has joined a small group of top chefs around the country who refuse to serve foie gras, the fattened liver of ducks and geese. But Mr. Puck, working with the Humane Society of the United States, has taken his interest in animal welfare beyond ducks.

He has directed his three companies, which together fed more than 10 million people in 2006, to buy eggs only from chickens not confined to small cages. Veal and pork will come from farms where animals are not confined in crates, and poultry meat will be bought from farmers using animal welfare standards higher than those put forth by the nation's largest chicken and turkey producers. Mr. Puck has also vowed to use only seafood whose harvest does not endanger the environment or deplete stocks.

"We decided about three months ago to be really much more socially responsible," he said in a telephone interview from Los Angeles. "We feel the quality of the food is better, and our conscience feels better."

Many chefs at high-end restaurants, some smaller food-service chains and grocery chains like Whole Foods have refused to buy meat and eggs unless animals are raised under certain conditions. In 2000, McDonald's became the first American food company to impose minimum animal-welfare standards, like increasing cage size, on its egg producers. But Mr. Puck's program goes much further than most corporate animal-welfare policies, and he is the flashiest culinary name yet to join with animal rights groups in the movement to change farming practices.

Mr. Puck's ventures include 14 fine-dining restaurants mostly on the West Coast. The flagship is Spago in Los Angeles, which helped him become the nation's first celebrity chef. He also runs more than 80 Gourmet Express restaurants, many of which are in airports, and sells frozen pizza, soups, kitchen cookware and cookbooks. Mr. Puck estimated his companies' value at $360 million.

Since 2002, at least one animal-rights activist group has tried to persuade Mr. Puck to stop using foie gras from ducks that are force fed extra amounts of grain to fatten their livers and veal from calves chained to small crates and fed a liquid diet to keep their flesh white and tender.

The group, Farm Sanctuary, protested in front of Spago and started a Web site called wolfgangpuckcruelty.org, which has since been taken down. Mr. Puck dismissed those efforts and said he decided to make the change as a result of a few trips to large-scale farms, discussions with the Humane Society and a desire to mark his 25 years in the business with something more significant than the kinds of big parties he is used to holding for the Oscars.

"I have been telling people we have to stand for something for the next 25 years," he said. "It's time for us to make a statement and a time for us to see how we treat what we eat."

Mr. Puck said prices would increase only a few percentage points on some items.

As many as 98 percent of eggs come from chickens kept in banks of small cages to facilitate mass production, said Diane Storey, a spokeswoman for United Egg, which represents most major egg producers. She and Richard Lobb, a spokesman for the National Chicken Council, which represents major producers of chickens for meat, said their groups had science-based animal welfare certification programs that used humane and ethical guidelines.

"We applaud the fact that he sells a whole lot of chickens," Mr. Lobb said. "But we think our program is very progressive and he should look at ours before he goes off with the Humane Society."

# Chicago Tribune

## Puck ducks foie gras--and why it matters

Posted by Phil Vettel
Tribune restaurant critic
Published March 22, 2007, 4:11 PM CDT

So Wolfgang Puck announced he's quitting foie gras. Didn't Charlie Trotter do the same thing two years ago?

Yes, he did. And scores of other fine-dining chefs have been quietly adhering to a humanely-raised-meats dictum for years. Puck isn't breaking new ground by any means.

Nevertheless, Puck's epiphany is more significant than any previous chef's policy reversal, because more so than Trotter, more so than Rick Bayless, more so than any other top chef, Puck feeds the masses.

In addition to the high-end Spago and Postrio restaurants that made Puck famous, the chef has his name on airport restaurants, inexpensive cafes and art-museum restaurants from Hollywood to Orlando and points in between. And henceforth, says Puck, those operations will only use meats and fish from properly raised and harvested animals. Eggs from chickens not confined to overheated, cramped cages. Veal from calves not raised in tiny pens. Sustainable seafood varieties only, caught by environmentally-responsible means.

The standard response to demands for better treatment of animals raised for food has been an economic one. Yes, we can let all the chickens run free, but guess what that will do to the price of omelets and fried chicken?

Puck's new policy, if he can make it stick throughout his food empire, could punch a big, fat hole through that theory. If Puck can make money with a humane-treatment policy---if customers happily pay a little more for food with a social conscience---dozens of other mid-priced chain restaurants might follow. And if more and more restaurant chains (the ones that feed people coast to coast) demand accountability in the way their meats and fish are raised and harvested, that's the kind of financial pressure that could force sweeping changes in agribusiness.

Puck isn't the first chef to hop on the humanely-raised-animals train, but it may go a lot farther, a lot faster, with him aboard.

EXHIBIT D

Inside Scoop SF » Presidio Social Club, located on federal land in the...     http://insidescoopsf.sfgate.com/blog/2012/07/09/presidio-social-club...

Follow Us:


# INSIDE SCOOP SF
### THE BAY AREA SOURCE FOR BREAKING RESTAURANT NEWS



## Presidio Social Club, located on federal land in the Presidio, starts serving foie gras

Posted on 07/09/2012 at 2:22 pm by Paolo Lucchesi in Foie gras

Tweet 255    Like 902    24    More    E-mail



Presidio Social Club. Photo: The Chronicle

Starting later this week, foie gras will be openly — and apparently legally — available at one San Francisco restaurant. Along with nearby newly opened Dixie, Presidio Social Club is located in the Presidio, which is federal land and according to the restaurant, hence exempt from the California foie gras ban.

As of Saturday July 14, Presidio Social Club will begin to take advantage of its location and do what most other restaurants cannot do at this point: it will introduce foie gras as a menu staple, offering a foie gras slider indefinitely. They're also including foie gras as a supplement in their Bastille Day prix fixe menu all weekend. Get ready for those protesters?

Here's the announcement, with all the foie gras details, straight from the restaurant:

> **Presidio Social Club Celebrates Its Exemption From the Foie Gras Ban**
>
> *Iconic Restaurant on Federal Land Exercises Its Right of Independence by Serving Foie Gras*
>
> **What:** As a result of being on federal land, the Presidio Social Club (PSC) is exempt from the state-wide ban on heavenly Foie Gras. Therefore, PSC will be celebrating two important independences this July: Bastille Day for the French, and the freedom to enjoy Foie Gras for Californians.
>
> Beginning at 4 p.m. on Bastille Day, PSC will continually feature Foie Gras as a staple on its menu. The star of the show is an American twist on a French tradition: a Foie Gras Slider on a house-made, toasted Brioche bun paired with a PSC style Sauternes Cocktail for $20.
>
> Celebrating French independence, Presidio Social Club will be serving a complete dinner-for-two including a bottle of Chateau Dom. Du Dragon Grenache Rosé. The meal includes a Butter Lettuce Salad with champagne vinaigrette and fine herbs, Wood Oven Roasted Cotes du Boeuf with frites, and Profiteroles to finish. This prix fixe meal is available on July 14 and 15, 2012, starting at 5 p.m. for $48 per person. Guests may add seared Foie Gras for $18.

Will this start a pattern for other restaurants located on federal land, like the Cliff House, Murray Circle, the aforementioned Dixie, and so on? Will there soon be foie gras at the Presidio bowling alley? Stay tuned.

*Presidio Social Club: 563 Ruger Street, near the Lombard Gate, San Francisco; (415) 885-1888 or presidiosocialclub.com*

· Previously: All foie gras coverage [Inside Scoop]

174    Tweet 255    902    24    More    E-mail

Tags: foie gras, Presidio, Presidio Social Club

Previous Post    Next Post

 Paolo Lucchesi

PLEASE TIP
Got a tip? Email us at insidescoops@sfgate.com »


20TH ANNUAL
CATALAN FESTIVAL
Sonoma, CA · July 21 & 22, 2012
BUY TICKETS
GLORIA FERRER

RECENT SCOOP POSTS
Pinkberry opens its first San Francisco shop this week
Show Dogs outgrowth Machine Coffee is now open on Market
Rich Table is set: Sarah and Evan Rich's Hayes Valley restaurant ready to roll
Blackhawk Grille reopens in Danville
Eye-Openers: Cat Cora got cited for a DUI, was reportedly driving over twice the limit


Today's Deal
Over 50% Off at the Pacific Pinball Museum ($7 Reg: $15)
SALE ENDS IN
19d:09h:02m
PRICE
$7
buy now!
sfgatedailydeals.com


SAVE 30% ON FOOD AND DRINKS AT SAN FRANCISCO'S BEST RESTAURANTS
savored
JOIN NOW
San Francisco

LATEST CHRONICLE REVIEWS
Gioia review: S.F. place draws varied crowd
Sweetwater Cafe review: Impressive food