1   Melissa Grant (SBN 205633)
    MGrant@InitiativeLegal.com
2   Valerie Kincaid (SBN 123728)
    VKincaid@InitiativeLegal.com
3   Arnab Banerjee (SBN 252618)
    ABanerjee@InitiativeLegal.com
4   Initiative Legal Group APC
    1800 Century Park East, 2nd Floor
5   Los Angeles, California 90067
    Telephone:  (310) 556-5637
6   Facsimile:   (310) 861-9051

7

8   *Attorneys for Proposed Defendant – Intervenors*

9

10              UNITED STATES DISTRICT COURT

11          FOR THE CENTRAL DISTRICT OF CALIFORNIA

12

| | |
|---|---|
| 13 ASSOCIATION DES ELEVEURS DE | Case No. CV-12-5735-SVW (RZx) |
| 14 CANARDS ET D'OIES DU QUÉBEC, | |
| a Canadian nonprofit corporation; | **DECLARATION OF CINDY** |
| 15 HVFG LLC, a New York limited | **MACHADO IN SUPPORT OF** |
| 16 liability company; and HOT's | **MOTION FOR LEAVE TO** |
| RESTAURANT GROUP, INC., a | **INTERVENE** |
| 17 California corporation, | |
| 18 | Date:     August 13, 2012 |
| Plaintiff, | Time:     1:30 p.m. |
| 19 | Judge:    Stephen V. Wilson |
| 20 v. | |
| 21 KAMALA D. HARRIS, in her official | |
| capacity as Attorney General of | |
| 22 California; EDMUND G. BROWN, in | |
| 23 his official capacity as Governor of | |
| California; and the STATE OF | |
| 24 CALIFORNIA, | |
| 25 | |
| Defendant. | |
| 26 | |

27

28

FILED

2012 JUL 11  PM 3:41

CLERK US DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY _____

I, Cindy Machado, declare as follows:

1.    I am the Director of Animal Services for the Marin Humane Society. I have personal knowledge of the facts set forth in this declaration. The facts set forth are true to the best of my knowledge and recollection. If called, I could and would testify to these facts in a court of law.

2.    The Marin Humane Society ("MHS") offers refuge, rehabilitation, and support services to more than 10,000 animals each year, including domestic, wild, and rescued farm animals. MHS engages in a number of community services and has actively been involved in the provision of sanctuary and then adoption for hundreds of animals used in agricultural production.

3.    MHS also has an active anticruelty and advocacy program and routinely supports legislation directed at reducing cruelty to all animals. MHS supported the passage of the Foie Gras Law when it was passed in 2004.

4.    I have been in my current position for twenty-five years, overseeing the Animal Services Department of MHS, which provides law enforcement, investigation and rescue services for the County of Marin, and is responsible for the enforcement of animal cruelty laws. My Department works in conjunction with the Marin County District Attorney's Office on animal cruelty cases.

5.    I coordinate and supervise statewide training for California Humane Officers through the Basic and Advanced Animal Law Enforcement Academies held at MHS. I also am called on for my expertise with animal issues around the country including animal cruelty/neglect, animal and human violence, animal hoarding, legislation and other serious animal-related investigations

6.    With nine Animal Services Officers and two Field Services Technicians reporting to me, the Animal Services Department is responsible for enforcing laws such as California Senate Bill 1520, passed and enacted as Chapter 13.4 of California's Health and Safety Code ("SB 1520" or the "Foie Gras Law").

DECLARATION OF CINDY MACHADO IN SUPPORT
OF MOTION FOR LEAVE TO INTERVENE
CV-12-5735-SVW (RZx)

1    7.    Because MHS' Animal Services Department is obligated to enforce
2    violations of the Foie Gras law, the current lawsuit could have a significant impact
3    on the Animal Services' Department to enforce that law, and on MHS' interest in
4    doing so.  MHS seeks to intervene to protect that important interest.

5    8.    Given MHS' unique combination of its humane mission and its law
6    enforcement obligations, MHS has interests that could not adequately be
7    represented by the named defendants in this action.  MHS also has a specific focus
8    on Marin County and its residents, a constituency that may have different interests
9    than the State.

10   9.    MHS promotes and supports a mission of anticruelty for all animals,
11   and its mission would be negatively impacted if the Foie Gras Law was overturned.

12   10.   California's Foie Gras Law is important to MHS and its mission and
13   ongoing advocacy efforts to end the cruel practice of force feeding ducks and geese.
14   Implementation of the Foie Gras Law will help MHS promote adoption of more
15   humane practices on farms and for all animals.

16   11.   MHS first learned that the above-captioned case was pending on or
17   about July 6, 2012.  Immediately thereafter, MHS began obtaining counsel and
18   drafting the instant motion and supporting documents in order to protect MHS'
19   interests and the interests of its members.

20   I declare under penalty of perjury under the laws of the State of California
21   that the foregoing is true and correct, based on my own personal knowledge, and as
22   to those matters, I believe them to be true.

23   Executed this 10th day of July, 2012, in Novato, California.

24
25
26                                         _____
27                                         Cindy Machado
28

DECLARATION OF CINDY MACHADO IN SUPPORT
OF MOTION FOR LEAVE TO INTERVENE
CV-12-5735-SVW (RZx)