1  Melissa Grant (SBN 205633)
   MGrant@InitiativeLegal.com
2  Valerie Kincaid (SBN 123728)
   VKincaid@InitiativeLegal.com
3  Arnab Banerjee (SBN 252618)
   ABanerjee@InitiativeLegal.com
4  Initiative Legal Group APC
   1800 Century Park East, 2nd Floor
5  Los Angeles, California 90067
   Telephone:  (310) 556-5637
6  Facsimile:   (310) 861-9051

7  *Attorney for Proposed Defendant-Intervenors*

8

9              UNITED STATES DISTRICT COURT

10           FOR THE CENTRAL DISTRICT OF CALIFORNIA

11 | ASSOCIATION DES ELEVEURS DE        | Case No. CV-12-5735-SVW (RZx)
12 | CANARDS ET D'OIES DU QUÉBEC,       |
   | a Canadian nonprofit corporation;  | **DECLARATION OF BRUCE**
13 | HVFG LLC, a New York limited       | **FRIEDRICH IN SUPPORT OF**
14 | liability company; and HOT'S       | **MOTION FOR LEAVE TO**
   | RESTAURANT GROUP, INC., a          | **INTERVENE**
15 | California corporation,
16 |                                    | Date:   August 13, 2012
   |             Plaintiff,             | Time:   1:30 p.m.
17 |                                    | Judge:  Stephen V. Wilson
   |       v.
18 |
19 | KAMALA D. HARRIS, in her official
   | capacity as Attorney General of
20 | California; EDMUND G. BROWN, in
   | his official capacity as Governor of
21 | California; and the STATE OF
22 | CALIFORNIA,
23 |             Defendant.

(FILED 2012 JUL 11 PM 3:41 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. LOS ANGELES BY ___)

I, Bruce Friedrich, declare as follows:

1. I am the Senior Director for Strategic Initiatives for Farm Sanctuary, Inc. ("Farm Sanctuary"). I have personal knowledge of the facts set forth in this declaration. The facts set forth are true to the best of my knowledge and recollection. If called, I could and would testify to these facts in a court of law.

2. Farm Sanctuary is a national nonprofit animal protection organization founded in 1986, with two large sanctuaries in California, one in Southern California in Acton, and one in Northern California in Orland. Farm Sanctuary's original sanctuary also continues to house rescued farm animals in Watkins Glen, New York. Farm Sanctuary has over 250,000 members and supporters nationwide.

3. As the nation's largest farm animal rescue and protection organization, Farm Sanctuary is dedicated to ending the suffering of animals raised for food. The organization works to combat abuses that occur in factory farming and encourage new awareness and understanding of farm animal welfare issues.

4. Farm Sanctuary has rescued birds that were abused on foie gras farms (http://www.farmsanctuary.org/the-sanctuaries/rescued-animals/featured-past-rescues/the-faces-of-foie-gras-cruelty-kohl-harper-and-burton/). These animals have arrived at our sanctuaries unable to walk or stand normally, and with respiratory distress, difficulty eating, and suffering from other physical ailments.

5. The mistreatment that these animals were subjected to on the foie gras farm will leave them permanently debilitated. Farm Sanctuary has and will continue to provide the ongoing and intensive care these animals need for the remainder of their lives.

6. In addition to rescue and direct care efforts, Farm Sanctuary's work on behalf of farm animals includes educating the organization's members and the public about the cruel and inhumane practice of force feeding ducks and geese to produce foie gras. Farm Sanctuary established a campaign specific to foie gras, "nofoiegras.org", through which the organization provides information about the

production of foie gras, a list of restaurants and other establishments that have pledged not to serve foie gras (including over 350 in California), and ways in which individuals can take action to help end the practice of force feeding ducks and geese, e.g. promoting the sale and consumption of "faux gras" as an alternative to foie gras (http://www.nofoiegras.org/). Farm Sanctuary also produced and distributes a video ("Foie Gras: Culinary Cruelty"), a leaflet ("Say NO to Foie Gras"), and other materials in furtherance of its advocacy efforts.

7. Farm Sanctuary also advocates for the passage of legislation to protect farm animals. The organization has been a lead proponent of several successful efforts to prohibit cruel confinement methods and other abusive practices on farms. Consistent with promoting its own mission and the interests of its members, Farm Sanctuary was one of four official sponsors of California Senate Bill 1520, passed and enacted as Chapter 13.4 of California's Health and Safety Code ("SB 1520" or the "Foie Gras Law").

8. Farm Sanctuary was heavily involved in the development of SB 1520. As an active proponent of the Foie Gras Law, Farm Sanctuary expended substantial organizational time and financial resources in order to ensure the law's passage. Farm Sanctuary produced educational materials to disseminate to California citizens and state officials about the need for the Foie Gras Law.

9. In passing the Foie Gras Law in 2004, California joined a growing trend. In fact, more than a dozen countries – including the United Kingdom, Argentina, Denmark, Finland, Germany, Norway, Poland, Sweden, Switzerland, and Israel (formerly the world's fourth-largest foie gras producer) – have either specifically prohibited the practice of force feeding for foie gras production or have interpreted it as illegal under existing anti-cruelty laws.

10. A January 2004 Zogby International poll found that 77 percent of adults in the United States believe the process of force-feeding ducks and geese to produce foie gras should be banned by law

1  (http://www.nofoiegras.org/FGzogby.html), and a May 2007 Zogby International
2  poll similarly found that 86 percent of adults in San Diego agreed (77 percent
3  strongly agreed) that force-feeding ducks and geese to produce foie gras should be
4  prohibited (http://www.aprl.org/zogbyfoiegras.pdf).

5      11.    California's Foie Gras Law is important to Farm Sanctuary's ongoing
6  advocacy efforts to end the cruel practice of force feeding ducks and geese.
7  Implementation of the Foie Gras Law (and other laws like it) will help Farm
8  Sanctuary promote adoption of more humane practices on farms, and production
9  and consumption of alternatives to food products that result from the cruelest
10 factory farming practices.  Further, the Foie Gras Law is very important to Farm
11 Sanctuary's members in California, who are concerned about the treatment of
12 animals raised to produce food for human consumption, and who benefit from the
13 fact that they will be able to patronize any restaurant or other food sales
14 establishment in California, knowing that none of these businesses will be selling
15 foie gras now that the Foie Gras Law is finally in effect.

16     12.    Farm Sanctuary first learned that the above-captioned case was
17 pending on or about July 3, 2012 when we learned from public sources that the
18 lawsuit had been filed.  Immediately thereafter, Farm Sanctuary began collecting
19 relevant documentation, obtaining counsel, and drafting the instant motion and
20 supporting documents in order to protect Farm Sanctuary's interests and the
21 interests of its members.

22     I declare under penalty of perjury under the laws of the State of California
23 that the foregoing is true and correct, based on my own personal knowledge, and as
24 to those matters, I believe them to be true.

25     Executed this 9th day of July, 2012, in Washington, D.C.

*Bruce Friedrich*

- 3 -

CASE NO. CV-12-5735-SVW (RZx)
DECLARATION OF BRUCE FRIEDRICH IN SUPPORT OF MOTION FOR LEAVE TO INTERVENE