UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:12-cv-05735-SVW-RZ | Date | July 18, 2012 |
|---|---|---|---|
| Title | Association des Eleveurs de Canards et d Oies du Quebec et al v. Kamala J Harris et al | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE |
|---|---|

| Paul M. Cruz | Deborah Gackle | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Michael A. Tenenbaum | Melissa Grant<br>Stephanie F. Zook<br>Susan K. Smith |

**Proceedings:**   [3]   EX PARTE APPLICATION for Temporary Restraining Order and Order to Show Cause re: Preliminary Injunction filed by plaintiffs HVFG LLC, Hots Restaurant Group Inc

Hearing held. The application is denied.

The Court sets the following schedule:

Filing of Plaintiff's Motion for Preliminary Injunction . . . . . . . . . . . . . . . . . . . . . August 1, 2012
Opposition . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . August 8, 2012
Reply . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . August 15, 2012

Hearing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . August 29, 2012 at 1:30 p.m.

|  | : | 20 |
|---|---|---|
| Initials of Preparer | | PMC |