Michael Tenenbaum, Esq. (No. 186850)
mt@post.harvard.edu
THE TENENBAUM LAW FIRM
1431 Ocean Ave., Ste. 400
Santa Monica, CA  90401
Tel (310) 919-3194
Fax (310) 919-3727

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ASSOCIATION DES ÉLEVEURS DE CANARDS ET D'OIES DU QUÉBEC, a Canadian nonprofit corporation; HVFG LLC, a New York limited liability company; and HOT'S RESTAURANT GROUP, INC., a California corporation;<br><br>Plaintiffs,<br><br>– against –<br><br>KAMALA D. HARRIS, in her official capacity as Attorney General of California; EDMUND G. BROWN, in his official capacity as Governor of California; and the STATE OF CALIFORNIA;<br><br>Defendants. | Case No. CV-12-5735-SVW (RZx)<br><br>**REQUEST FOR JUDICIAL NOTICE (IN OPPOSITION TO MOTION TO INTERVENE)**<br><br>Date: August 13, 2012<br>Time: 1:30 p.m.<br>Courtroom: 6<br><br>Hon. Stephen V. Wilson |

1   Pursuant to FRE 201, Plaintiffs Association des Éleveurs de Canards et d'Oies du
2   Québec request that this Court take judicial notice of the *Memorandum and Order* of
3   the United States District Court for the Northern District of Illinois, Eastern Division,
4   filed on February 12, 2007, in the case of *Illinois Restaurant Ass'n v. City of Chicago*
5   (Case No. 06 C 7014) (the "Chicago case"). A true and correct copy of the
6   *Memorandum and Order* is attached hereto as Exhibit A.

7   The *Memorandum and Order* is relevant to Plaintiffs' opposition to the pending
8   motion of five animal rights groups to intervene in this action. In the Chicago case, two
9   of the same Applicants in this case were active supporters of the challenged ordinance,
10  and the district court properly denied their motion for intervention for reasons that are
11  equally applicable here. That court's findings are contained in the attached
12  *Memorandum and Order.*

13  Under FRE 201(c) and the case law of the Ninth Circuit, this Court is required to
14  take judicial notice of the *Memorandum and Order* from the Chicago case. FRE
15  201(c)(2) ("The court . . . must take judicial notice if a party requests it and the court is
16  supplied with the necessary information"); *Mullis v. U.S. Bankruptcy Court for Dist. of*
17  *Nevada*, 828 F.2d 1385, 1388 n.9 (9th Cir. 1987) (finding orders in other case file
18  subject to judicial notice).

20  Dated:      July 23, 2012                    THE TENENBAUM LAW FIRM

                                                 _____
                                                 Michael Tenenbaum, Esq.
                                                 *Counsel for Plaintiffs*