Michael Tenenbaum, Esq. (No. 186850)
mt@post.harvard.edu
THE TENENBAUM LAW FIRM
1431 Ocean Ave., Ste. 400
Santa Monica, CA  90401
Tel (310) 919-3194
Fax (310) 919-3727

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ASSOCIATION DES ÉLEVEURS DE CANARDS ET D'OIES DU QUÉBEC, a Canadian nonprofit corporation; HVFG LLC, a New York limited liability company; and HOT'S RESTAURANT GROUP, INC., a California corporation;<br><br>Plaintiffs,<br><br>– against –<br><br>KAMALA D. HARRIS, in her official capacity as Attorney General of California; EDMUND G. BROWN, in his official capacity as Governor of California; and the STATE OF CALIFORNIA;<br><br>Defendants. | Case No. CV-12-5735-SVW (RZx)<br><br>**STIPULATION TO CONTINUE HEARING ON PRELIMINARY INJUNCTION BY ONE WEEK**<br><br>Current hearing: August 29, 2012<br>1:30 p.m.<br><br>New hearing: September 6, 2012<br>1:30 p.m.<br><br>Action filed: July 2, 2012<br>Trial date: None<br><br>Hon. Stephen V. Wilson |

1     WHEREAS, at the hearing on Plaintiffs' *Application for Temporary Restraining Order and Order to Show Cause Re Preliminary Injunction* on July 18, 2012, the Court inquired of Plaintiffs' counsel as to when he would file Plaintiffs' motion for a preliminary injunction;

5     WHEREAS Plaintiffs' counsel indicated he believed the moving papers could be ready by August 1, 2012, and a hearing date of August 29, 2012, was set based on that expected filing date;

8     WHEREAS, as stated in his accompanying declaration submitted pursuant to the *Procedures and Schedules* of the Hon. Stephen V. Wilson, despite his diligence in preparing the moving papers, Plaintiffs' counsel is still awaiting critical information from third parties to be integrated into Plaintiffs' moving papers, the absence of which will result in prejudice to Plaintiffs' ability to show irreparable harm;

13     WHEREAS, the current hearing date would require Plaintiffs' moving papers to be filed by tomorrow, August 1, 2012;

15     WHEREAS a brief continuance of the August 29, 2012, hearing date by one week will allow enough time for Plaintiffs' counsel to receive and integrate the information he is awaiting and will result in no prejudice to Defendants; and

18     WHEREAS the parties have agreed to briefly continue the preliminary injunction hearing date by one week, to **September 6, 2012**, at 1:30 p.m., or as soon thereafter as the matter may by heard, with Plaintiffs' moving papers to be filed by August 8, 2012, Defendants' opposing papers to be filed by August 20, 2012, and Plaintiffs' reply papers due on August 27, 2012;

23 //
24 //
25 //
26 //
27 //
28

STIPULATION TO CONTINUE HEARING ON PRELIMINARY INJUNCTION BY ONE WEEK

IT IS HEREBY STIPULATED THAT:

1. The hearing on Plaintiffs' motion for a preliminary injunction may be continued to **September 6, 2012**, at 1:30 p.m., or as soon thereafter as the matter may be heard; and

2. Plaintiffs' moving papers shall be due by August 8, 2012, Defendants' opposing papers shall be due by August 20, 2012, and Plaintiffs' reply papers shall be due by August 27, 2012.

IT IS SO STIPULATED.

Dated:  July 31, 2012          THE TENENBAUM LAW FIRM

_____
Michael Tenenbaum, Esq.
*Counsel for Plaintiffs*

Date:  July 31, 2012           KAMALA D. HARRIS
                               Attorney General of California
                               CONSTANCE L. LELOUIS
                               Supervising Deputy Attorney General

                               /s/ Stephanie Zook
                               (as authorized on July 31, 2012)
                               _____
                               Stephanie F. Zook
                               Deputy Attorney General
                               *Attorneys for Defendants*