Michael Tenenbaum, Esq. (No. 186850)
*mt@post.harvard.edu*
THE TENENBAUM LAW FIRM
1431 Ocean Ave., Ste. 400
Santa Monica, CA  90401
Tel    (310) 919-3194
Fax   (310) 919-3727

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ASSOCIATION DES ÉLEVEURS DE CANARDS ET D'OIES DU QUÉBEC, a Canadian nonprofit corporation; HVFG LLC, a New York limited liability company; HOT'S RESTAURANT GROUP, INC., a California corporation; and GAUGE OUTFITTERS, INC., dba ELEVATION SPORTS;<br><br>              Plaintiffs,<br><br>– against –<br><br>KAMALA D. HARRIS, in her official capacity as Attorney General of California; EDMUND G. BROWN, in his official capacity as Governor of California; and the STATE OF CALIFORNIA;<br><br>              Defendants. | Case No. CV-12-5735-SVW (RZx)<br><br>**SUPPLEMENTAL DECLARATION OF MARCUS HENLEY IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:          September 18, 2012<br>Time:          12:00 p.m.<br>Courtroom: 6<br><br>Hon. Stephen V. Wilson |

I, Marcus Henley, declare as follows:

1. I am the Operations Manager of HVFG LLC, which does business as Hudson Valley Foie Gras ("Hudson Valley"). In addition to overseeing every aspect of Hudson Valley's operations, I also have responsibility for reviewing and projecting the company's sales. I have personal knowledge of the facts set forth in this Declaration and could competently testify to such facts if called upon to do so.

2. On August 20, 2012, I submitted a declaration in support of Plaintiffs' pending motion for a preliminary injunction. The declaration inadvertently omitted the following two paragraphs. I only discovered this inadvertent omission in the course of reviewing Defendants' brief in opposition to Plaintiffs' motion, which addresses the substance of these paragraphs, despite the unspecified reference to them in a footnote in Plaintiffs' opening brief.

3. Until June 2012, Hudson Valley had engaged a registered lobbyist to lobby the California legislature to remove the unconstitutionality from section 25982, and we learned only in late June that we would receive no relief before the July 1, 2012, effective date of section 25982.

4. Hudson Valley did not begin to suffer any actual harm — and did not conceive of the extent of it — until the July 1st effective date was upon us. As we saw media reports that California intended to enforce the statute against our foie gras and other duck products, we coordinated as quickly as we could to screen and retain counsel and prepare the necessary papers to file this action on July 2nd and apply for a TRO.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 28, 2012

_____
Marcus Henley

- 1 -
SUPPLEMENTAL DECLARATION OF MARCUS HENLEY IN SUPPORT OF PLAINTIFFS'
MOTION FOR PRELIMINARY INJUNCTION