1  Michael Tenenbaum, Esq. (No. 186850)
2  mt@post.harvard.edu
   THE TENENBAUM LAW FIRM
3  1431 Ocean Ave., Ste. 400
   Santa Monica, CA  90401
4  Tel   (310) 919-3194
5  Fax   (310) 919-3727

6  Counsel for Plaintiffs

7
8              UNITED STATES DISTRICT COURT
9              CENTRAL DISTRICT OF CALIFORNIA
10                  WESTERN DIVISION

11
12 ASSOCIATION DES ÉLEVEURS DE          Case No. CV-12-5735-SVW (RZx)
   CANARDS ET D'OIES DU QUÉBEC, a
13 Canadian nonprofit corporation; HVFG
   LLC, a New York limited liability     SUPPLEMENTAL DECLARATION
14 company; HOT'S RESTAURANT             OF MICHAEL TENENBAUM IN
   GROUP, INC., a California corporation; SUPPORT OF MOTION FOR
15 and GAUGE OUTFITTERS, INC., a         PRELIMINARY INJUNCTION
16 California corporation dba ELEVATION
   SPORTS;
17
18                  Plaintiffs,

19        – against –                     Date:       September 18, 2012
                                          Time:       12:00 p.m.
20 KAMALA D. HARRIS, in her official      Courtroom:  6
21 capacity as Attorney General of
   California; EDMUND G. BROWN, in        Hon. Stephen V. Wilson
22 his official capacity as Governor of
23 California; and the STATE OF
   CALIFORNIA;
24
25                  Defendants.

26
27
28

SUPPLEMENTAL DECLARATION OF MICHAEL TENENBAUM IN SUPPORT OF MOTION FOR
PRELIMINARY INJUNCTION

I, Michael Tenenbaum, declare as follows:

1. I am a lawyer duly licensed in the State of California. I represent the Plaintiffs in this action. I have personal knowledge of the facts set forth in this Declaration and could competently testify to such facts if called upon to do so.

2. Several weeks after the July 1, 2012, effective date of section 25982 of the California Health and Safety Code, one of my clients, Chez TJ, a Michelin-starred restaurant in Mountain View, California, received a letter from the Office of the District Attorney of the County of Santa Clara with the subject line "Violations of California law." The letter claims that the prosecutor "has received information that Chez TJ is selling foie gras, a product that is the result of force feeding a bird . . . in violation of Health and Safety Code section 25982." A true and correct copy of this letter is attached hereto as Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 3, 2012

_____
Michael Tenenbaum

- 1 -
SUPPLEMENTAL DECLARATION OF MICHAEL TENENBAUM IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

# EXHIBIT A

# County of Santa Clara

Office of the District Attorney

County Government Center, West Wing
70 West Hedding Street
San Jose, California 95110
(408) 299-7400
www.santaclara-da.org

Jeffrey F. Rosen
District Attorney

July 16, 2012

Mr. Thomas G. Aviet
Chez TJ, Inc.
938 Villa Street
Mountain View, CA 94041

Re: Violations of California law

Dear Mr. Aviet:

The Santa Clara County District Attorney's Consumer Protection Unit has received information that Chez TJ is selling foie gras, a product that is the result of force feeding a bird, as part of its $130 tasting menu, in violation of Health and Safety Code section 25982. Health and Safety Code section 25982 states, "A product may not be sold in California if it is the result of force feeding a bird for the purpose of enlarging the bird's liver beyond normal size." Each violation of Health and Safety Code section 25982 subjects a person to civil penalty of $1,000 and up to $1,000 for each day the violation continues. (See Health and Safety Code § 25983.) A copy of sections 25982 and 2583 are enclosed for your reference.

California Business and Professions Code Sections 17200 and 17500 authorize the District Attorney to investigate and, when appropriate, to pursue legal action for unlawful, unfair and deceptive business practices. It is the policy of this office to protect consumers against unlawful, unfair and deceptive business practices as well as to protect businesses against unfair competition and unwarranted complaints. With that policy in mind, I am bringing this matter to your attention. Please provide a written response by **July 30, 2012** explaining your position on the above allegation. We look forward to receiving a response from you.

Sincerely,

Yen B. Dang
Supervising Deputy District Attorney

Encl.



West's Ann.Cal.Health & Safety Code § 25982     Page 1

C

Effective: July 1, 2012

West's Annotated California Codes Currentness
  Health and Safety Code (Refs & Annos)
    Division 20. Miscellaneous Health and Safety Provisions
      Chapter 13.4. Force Fed Birds (Refs & Annos)
→→ § 25982. Products resulting from force-feeding of birds to enlarge the liver; prohibition on sale in California

<Section operative July 1, 2012.>

A product may not be sold in California if it is the result of force feeding a bird for the purpose of enlarging the bird's liver beyond normal size.

CREDIT(S)

(Added by Stats.2004, c. 904 (S.B.1520), § 1, operative July 1, 2012.)

OPERATIVE EFFECT

<For operative effect of this section, see Health and Safety Code § 25984.>

Current with urgency legislation through Ch. 22 of 2012 Reg.Sess. and all propositions on the 6/5/2012 ballot.

(C) 2012 Thomson Reuters. No Claim to Orig. US Gov. Works.

END OF DOCUMENT

© 2012 Thomson Reuters. No Claim to Orig. US Gov. Works.



West's Ann.Cal.Health & Safety Code § 25983

Page 1

C

Effective: July 1, 2012

West's Annotated California Codes Currentness
  Health and Safety Code (Refs & Annos)
    Division 20. Miscellaneous Health and Safety Provisions
      Chapter 13.4. Force Fed Birds (Refs & Annos)
        → → § 25983. Enforcement; civil penalty; prosecution

<Section operative July 1, 2012.>

(a) A peace officer, officer of a humane society as qualified under Section 14502 or 14503 of the Corporations Code, or officer of an animal control or animal regulation department of a public agency, as qualified under Section 830.9 of the Penal Code, may issue a citation to a person or entity that violates this chapter.

(b) A citation issued under this section shall require the person cited to pay a civil penalty in an amount up to one thousand dollars ($1,000) for each violation, and up to one thousand dollars ($1,000) for each day the violation continues. The civil penalty shall be payable to the local agency initiating the proceedings to enforce this chapter to offset the costs to the agency related to court proceedings.

(c) A person or entity that violates this chapter may be prosecuted by the district attorney of the county in which the violation occurred, or by the city attorney of the city in which the violation occurred.

CREDIT(S)

(Added by Stats.2004, c. 904 (S.B.1520), § 1, operative July 1, 2012.)

OPERATIVE EFFECT

<For operative effect of this section, see Health and Safety Code § 25984.>

Current with urgency legislation through Ch. 22 of 2012 Reg.Sess. and all propositions on the 6/5/2012 ballot.

(C) 2012 Thomson Reuters. No Claim to Orig. US Gov. Works.

END OF DOCUMENT

© 2012 Thomson Reuters. No Claim to Orig. US Gov. Works.