Melissa Grant (SBN 205633)
MGrant@initiativelegal.com
Valerie Kincaid (SBN 123728)
VKincaid@initiativelegal.com
Arnab Banerjee (SBN 252618)
ABanerjee@initiativelegal.com
INITIATIVE LEGAL GROUP APC
1800 Century Park East, 2nd Floor
Los Angeles, California 90067
Telephone:   (310) 556-5637
Facsimile:   (310) 861-9051

Attorneys for Proposed Defendant Intervenors
Farm Sanctuary, Inc., The Animal Legal Defense Fund, the Marin Humane Society, The Humane Society of the United States and The Humane Society Veterinary Medical Association

[List of Additional Counsel Continued on Next Page]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASSOCIATION DES ELEVEURS DE CANARDS ET D'OIES DU QUEBEC, a Canadian nonprofit corporation; HVFG LLC, a New York limited liability company; and HOT'S RESTAURANT GROUP, INC., a California corporation; and GAUGE OUTFITTERS, INC., a California corporation dba ELEVATION SPORTS,<br><br>    Plaintiffs,<br><br>    v.<br><br>KAMALA D. HARRIS, in her official capacity as Attorney General of California; EDMUND G. BROWN, in his official capacity as Governor of California; and the STATE OF CALIFORNIA,<br><br>    Defendants. | Case No. 2:12-cv-05735-SVW-RZ<br><br>[Assigned for All Purposes to the Honorable Stephen V. Wilson]<br><br>**PROPOSED DEFENDANT INTERVENORS' NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT** |

Case No: 2:12-cv-05735-SVW-RZ

PROPOSED DEFENDANT INTERVENORS' NOTICE OF APPEAL

1  Tiffany Hedgpeth (SBN 175134)
   tiffany.hedgpeth@bingham.com
2  Jeremy Esterkin (SBN 268530)
   jeremy.esterkin@bingham.com
3  Nicolette Young (SBN 280810)
   nicolette.young@bingham.com
4  BINGHAM MCCUTCHEN LLP
   355 S. Grand Ave., Suite 4400
5  Los Angeles, CA 90071
   Telephone: (213) 680-6400
6  Fax: (213) 680-6499

7  Attorneys for for Proposed Defendant Intervenors
   Farm Sanctuary, Inc., the Animal Legal Defense Fund, and the Marin Humane
8  Society

**TO THE COURT, TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:**

**NOTICE IS HEREBY GIVEN** that Proposed Defendant Intervenors: The Animal Legal Defense Fund, Farm Sanctuary Inc., The Humane Society Veterinary Medical Association, The Marin Humane Society, and The Humane Society of the United States, hereby appeal to the United States Court of Appeals for the Ninth Circuit from the In Chambers Order re Motion to Intervene entered in this action on August 8, 2012. The August 8, 2012 Order is attached hereto as **"Exhibit A"**.

Dated:  September 6, 2012          Respectfully submitted,

Initiative Legal Group APC

By: _____
Melissa Grant
Valerie Kincaid
Arnab Banerjee

Attorneys for Proposed Defendant Intervenors