1  Michael Tenenbaum, Esq. (No. 186850)
2  mt@post.harvard.edu
   THE TENENBAUM LAW FIRM
3  1431 Ocean Ave., Ste. 400
   Santa Monica, CA  90401
4  Tel    (310) 919-3194
5  Fax    (310) 919-3727

6  *Counsel for Plaintiffs and Appellants*

7
8                      UNITED STATES DISTRICT COURT
9                     CENTRAL DISTRICT OF CALIFORNIA
10                            WESTERN DIVISION

11

| | |
|---|---|
| 12  ASSOCIATION DES ÉLEVEURS DE CANARDS ET D'OIES DU QUÉBEC, a Canadian nonprofit corporation; HVFG LLC, a New York limited liability company; and HOT'S RESTAURANT GROUP, INC., a California corporation; | No. _____ |
| 13 | Dist. Ct. No. CV-12-5735-SVW (RZx) (C.D. Cal. Los Angeles) |
| 14 | |
| 15 | **PRELIMINARY INJUNCTION APPEAL** |
| 16              Plaintiffs, | **(Circuit Rule 3-3)** |
| 17         – against – | |
| 18 | |
| 19  KAMALA D. HARRIS, in her official capacity as Attorney General of California; EDMUND G. BROWN, in his official capacity as Governor of California; and the STATE OF CALIFORNIA; | |
| 20 | Hon. Stephen V. Wilson |
| 21 | |
| 22 | |
| 23              Defendants. | |

24
25
26
27
28

PLEASE TAKE NOTICE that Plaintiffs Association des Éleveurs de Canards et d'Oies du Québec, HVFG LLC, and Hot's Restaurant Group, Inc., hereby appeal to the United States Court of Appeals for the Ninth Circuit from the order of the district court, entered on September 28, 2012, denying Plaintiffs' motion for a preliminary injunction to enjoin Defendants from enforcing section 25982 of the California Health and Safety Code against any Plaintiff or the sale of any products from a moulard duck.

Pursuant to Circuit Rule 3-2(b), a Representation Statement is attached hereto as Exhibit A.

Dated:      October 8, 2012              Respectfully submitted,

_____
Michael Tenenbaum, Esq.
*Counsel for Plaintiffs and Appellants*