**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JAN 27 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ASSOCIATION DES ELEVEURS DE CANARDS ET D OIES DU QUEBEC, a Canadian nonprofit corporation; HVFG, LLC, a New York limited liability company; HOTS RESTAURANT GROUP. INC., a California corporation, <br><br>    Plaintiffs - Appellants, <br><br> and <br><br> GAUGE OUTFITTERS, INC., <br><br>    Plaintiff, <br><br> v. <br><br> KAMALA D. HARRIS, Attorney General; EDMUND G. BROWN, Jr., in his official capacity as Governor of California; THE STATE OF CALIFORNIA, <br><br>    Defendants - Appellees. | No. 12-56822 <br><br> D.C. No. 2:12-cv-05735-SVW-RZ Central District of California, Los Angeles <br><br> ORDER <br><br>  |

Before: PREGERSON and FISHER, Circuit Judges, and DANIEL, Senior District Judge.*

The panel has voted to deny the petition for rehearing. Judge Pregerson has voted to deny the petition for rehearing en banc, and Judges Fisher and Daniel so recommend.

The full court was advised of the petition for rehearing en banc. No judge requested a vote on whether to rehear the matter en banc. Fed. R. App. P. 35.

The petitions for rehearing and rehearing en banc are DENIED. No further petitions will be entertained.

Amici's motion for leave to file an amicus brief opposing the petition for rehearing en banc is DENIED as moot.