Michael Tenenbaum, Esq. (No. 186850)
*mt@post.harvard.edu*
THE TENENBAUM LAW FIRM
1431 Ocean Ave., Ste. 400
Santa Monica, CA  90401
Tel    (310) 919-3194
Fax    (310) 919-3727

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ASSOCIATION DES ÉLEVEURS DE CANARDS ET D'OIES DU QUÉBEC, a Canadian nonprofit corporation; HVFG LLC, a New York limited liability company; and HOT'S RESTAURANT GROUP, INC., a California corporation;<br><br>            Plaintiffs,<br><br>– against –<br><br>KAMALA D. HARRIS, in her official capacity as Attorney General of California;<br><br>            Defendant. | Case No. CV-12-5735-SVW (RZx)<br><br>**JOINT RULE 26(f) REPORT IN CONNECTION WITH STATUS CONFERENCE OF MARCH 17, 2014**<br><br><br>Hon. Stephen V. Wilson |

Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, Local Rule 26-1, and the Court's order of October 17, 2012 (Dckt. 95), staying proceedings pending the preliminary injunction appeal, and in anticipation of the status conference set for March 17, 2014, Plaintiffs Association des Éleveurs de Canards et d'Oies du Québec, HVFG LLC, and Hot's Restaurant Group, Inc., and Defendant Kamala D. Harris, as Attorney General of California (collectively, the "Parties") report as follows:

1. The Parties have met and conferred regarding the status of this case.

2. Plaintiffs intend to file an amended complaint within 14 days of the March 17, 2014, status conference.

3. Defendant anticipates that she will respond to the amended complaint with a motion to dismiss.  The Parties will meet and confer and stipulate to a briefing schedule.

4. Within 10 days of any answer by Defendant, the Parties will further meet and confer and, within 20 days thereafter, will submit a further Rule 26(f) report including a proposed schedule for discovery and for any further motion practice.

5. As requested by the Court, a proposed order lifting the stay and restoring the case to the active calendar is being submitted together with this report.

//
//
//
//
//
//
//
//
//
//
//

| | | |
|---|---|---|
| Dated: | March 11, 2014 | THE TENENBAUM LAW FIRM |
| | | /s/ Michael Tenenbaum |
| | | _____ |
| | | Michael Tenenbaum, Esq. |
| | | *Counsel for Plaintiffs* |
| | | |
| Dated: | March 11, 2014 | KAMALA D. HARRIS |
| | | Attorney General of California |
| | | CONSTANCE L. LELOUIS |
| | | Supervising Deputy Attorney General |
| | | |
| | | /s/ Stephanie Zook |
| | | (as authorized on March 11, 2014) |
| | | _____ |
| | | Stephanie F. Zook |
| | | Deputy Attorney General |
| | | *Attorneys for Defendant* |