KAMALA D. HARRIS
Attorney General of California
CONSTANCE L. LELOUIS
Supervising Deputy Attorney General
State Bar No. 148821
PETER H. CHANG
Deputy Attorney General
State Bar No. 241467
STEPHANIE F. ZOOK
Deputy Attorney General
State Bar No. 238383
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-2512
 Fax: (916) 324-8835
 E-mail: Stephanie.Zook@doj.ca.gov
*Attorneys for Defendant Attorney General*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ASSOCIATION DES ÉLEVEURS DE CANARDS ET D'OIES DU QUÉBEC, a Canadian non-profit corporation; HVFG LLC, a New York limited liability company; and HOT'S RESTAURANT GROUP, INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>KAMALA D. HARRIS, in her official capacity as Attorney General of California,<br><br>Defendant. | Case No. CV-12-05735-SVW-RZ<br><br>**STIPULATION RE BRIEFING SCHEDULE**<br><br>Date: July 14, 2014<br>Time: 1:30 p.m.<br>Courtroom: 6<br>Judge: Steven V. Wilson<br>Trial Date: None<br>Action Filed: July 2, 2012 |

WHEREAS, Defendant Kamala D. Harris, in her official capacity as the Attorney General of California ("Defendant") has previously stipulated to file her response to Plaintiffs' Second Amended Complaint on May 2, 2014;

WHEREAS, Plaintiffs Association des Éleveurs de Canards et d'Oies du Québec, HVFG LLC, and Hot's Restaurant Group, Inc. (collectively, "Plaintiffs") intend to simultaneously move for partial summary judgment;

WHEREAS, Plaintiffs filed a petition for a writ of certiorari in the U.S. Supreme Court on April 28, 2014; and

WHEREAS, to accommodate the parties' schedules,

IT IS HEREBY STIPULATED AND AGREED, as follows:

1. Defendant shall file and serve her opening brief in support of her motion to dismiss by Friday, May 2, 2014;

2. Plaintiffs shall file their motion for partial summary judgment by Monday, May 12, 2014.

3. The parties shall file and serve their opposition briefs by Monday, June 9, 2014;

4. The parties shall file and serve their reply briefs by Monday, June 30, 2014; and

5. The hearing for both motions will be set for Monday, July 14, 2014 at 1:30 p.m.

IT IS SO STIPULATED.

Dated: May 1, 2014                    THE TENENBAUM LAW FIRM

/s/ Michael Tenenbaum
(as authorized on May 1, 2014)

Michael Tenenbaum, Esq.
Counsel for Plaintiffs


Dated: May 1, 2014                    KAMALA D. HARRIS
Attorney General of California
CONSTANCE L. LELOUIS
Supervising Deputy Attorney General
PETER H. CHANG
Deputy Attorney General

/s/ Stephanie Zook

Stephanie F. Zook
Deputy Attorney General
Attorneys for Defendant

# CERTIFICATE OF SERVICE

| | |
|---|---|
| Case Name: **Association des éleveurs de canards et d'oies du Québec v. Harris (foie gras)** | No. **CV-12-05735-SVW-RZ** |

I hereby certify that on May 1, 2014, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

1) **Stipulation Re Briefing Schedule; and**
2) **[Proposed] Order Setting Briefing Schedule Re Motion To Dismiss.**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On May 1, 2014, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

Valerie E Kincaid
Initiative Legal Group APC
1800 Century Park East, 2nd Floor
Los Angeles, CA 90067

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on May 1, 2014, at Sacramento, California.

| Brenda Apodaca | /s/ Brenda Apodaca |
|---|---|
| Declarant | Signature |

SA2012106936