Michael Tenenbaum, Esq. (No. 186850)
mt@post.harvard.edu
THE TENENBAUM LAW FIRM
1431 Ocean Ave., Ste. 400
Santa Monica, CA  90401
Tel    (310) 919-3194
Fax   (310) 919-3727

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ASSOCIATION DES ÉLEVEURS DE CANARDS ET D'OIES DU QUÉBEC, a Canadian nonprofit corporation; HVFG LLC, a New York limited liability company; and HOT'S RESTAURANT GROUP, INC., a California corporation;<br><br>            Plaintiffs,<br><br>    – against –<br><br>KAMALA D. HARRIS, in her official capacity as Attorney General of California;<br><br>            Defendant. | Case No. 2:12-cv-05735-SVW-RZ<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT ON FEDERAL PREEMPTION CLAIM**<br><br>Date:           July 14, 2014<br>Time:          1:30 p.m.<br>Courtroom:  6<br><br>Hon. Stephen V. Wilson |

TO DEFENDANT AND HER ATTORNEY OF RECORD:

PLEASE TAKE NOTICE that, on **July 14, 2014**, at **1:30 p.m.**, or as soon thereafter as counsel may be heard before the Honorable Stephen V. Wilson in Courtroom 6 of the above-entitled court, located at 312 N. Spring St., Los Angeles, CA 90012, Plaintiffs Association des Éleveurs de Canards et d'Oies du Québec, HVFG LLC, and Hot's Restaurant Group, Inc., will and hereby do move this Court under Rule 56 of the Federal Rules of Civil Procedure for an order granting summary judgment against Defendant Kamala D. Harris (in her official capacity as Attorney General of California) on Plaintiffs' third cause of action for declaratory and injunctive relief pursuant to the Supremacy Clause of the United States Constitution because § 25982 of the California Health and Safety Code is preempted by federal law.

This motion is and will be made on the grounds that § 25982 is expressly and impliedly preempted by the Poultry Products Inspection Act, 21 U.S.C. §§ 451 *et seq.*, and by federal regulations as applied to Plaintiffs' products containing foie gras, including but not limited to by the PPIA's express provision that ingredient requirements "in addition to, or different than," those established under federal law may not be imposed by any State with respect to USDA-approved poultry products.

Plaintiffs' motion is and will be based upon the accompanying *Brief in Support of Motion for Summary Judgment on Federal Preemption Claim*; upon the accompanying *Statement of Uncontroverted Facts and Conclusions of Law*; upon the accompanying *Request for Judicial Notice* and such other matters of which the Court may take judicial notice; upon the accompanying Declarations of Benoit Cuchet, Marcus Henley, Sean Chaney, and Michael Tenenbaum; upon the pleadings; and upon such other evidence or argument as may be presented to the Court at or before the hearing on the motion.

This motion is made following a conference of counsel which took place on April 14, 2014.

- 1 -
PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT ON FEDERAL PREEMPTION CLAIM

| | | |
|---|---|---|
| 1 | Dated: May 12, 2014 | THE TENENBAUM LAW FIRM |
| 2 | | |
| 3 | | *[signature]* |
| 4 | | Michael Tenenbaum, Esq. |
| 5 | | *Counsel for Plaintiffs* |

- 2 -

PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT ON FEDERAL PREEMPTION CLAIM