1  Michael Tenenbaum, Esq. (No. 186850)
2  mt@post.harvard.edu
   THE TENENBAUM LAW FIRM
3  1431 Ocean Ave., Ste. 400
   Santa Monica, CA  90401
4  Tel    (310) 919-3194
5  Fax    (310) 919-3727

6  *Counsel for Plaintiffs*

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10                    WESTERN DIVISION

11

| | |
|---|---|
| ASSOCIATION DES ÉLEVEURS DE CANARDS ET D'OIES DU QUÉBEC, a Canadian nonprofit corporation; HVFG LLC, a New York limited liability company; and HOT'S RESTAURANT GROUP, INC., a California corporation;<br><br>            Plaintiffs,<br><br>    – against –<br><br>KAMALA D. HARRIS, in her official capacity as Attorney General of California;<br><br>            Defendant. | Case No. 2:12-cv-05735-SVW-RZ<br><br>**DECLARATION OF SEAN CHANEY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT ON FEDERAL PREEMPTION CLAIM**<br><br>Date:         July 14, 2014<br>Time:         1:30 p.m.<br>Courtroom:  6<br><br>Hon. Stephen V. Wilson |

DECLARATION OF SEAN CHANEY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT ON FEDERAL PREEMPTION CLAIM

I, Sean Chaney, declare as follows:

1. I am a co-owner of Plaintiff Hot's Restaurant Group, Inc. ("Hot's"), and I am the Executive Chef for Hot's Kitchen in Hermosa Beach, California. I oversee every aspect of Hot' Kitchen's operations, and I have done so for nearly four years. (I previously oversaw the operations of Hot's Cantina.) I have personal knowledge of the facts set forth in this Declaration and could competently testify to such facts if called upon to do so.

2. Until June 30, 2012, when § 25982 of the California Health and Safety Code took effect, Hot's sold a variety of dishes containing foie gras. Hot's sales of these products in June 2012 were approximately $6,000. In order to make these dishes, I used to buy foie gras products in various forms, including several sizes of frozen slices. I used to buy and serve the Rougié brand of foie gras products, which I understand comes from Palmex, Inc., in Canada. I have also bought and served foie gras products from Hudson Valley Foie Gras (i.e., HVFG LLC) in New York. All the foie gras products I purchased were USDA-approved as wholesome, as indicated by the USDA mark on the products' packaging.

3. I am aware that § 25983(b) of the California Health and Safety Code provides that a citation issued for an alleged violation of § 25982 that could require the payment of a penalty of up to $1,000 for each violation and for each day the violation continues. Since § 25982 took effect on July 1, 2012, while we await the outcome of this action, rather than risk an arbitrary prosecution, Hot's has not sold any foie gras. As a result, based on our growing sales through June 2012, I estimate that Hot's has been losing out on about $6,000 per month in sales of dishes made with foie gras.

4. I would like Hot's to resume selling dishes containing wholesome, unadulterated, USDA-approved foie gras from Hudson Valley and from the Canadian Farmers, such as Palmex, without fear of prosecution.

- 1 -
DECLARATION OF SEAN CHANEY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT ON FEDERAL PREEMPTION CLAIM

1  I declare under penalty of perjury under the laws of the United States of America
2  that the foregoing is true and correct.
3
4  Executed on May 12, 2014    _____
5                                Sean Chaney

- 2 -
DECLARATION OF SEAN CHANEY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT
ON FEDERAL PREEMPTION CLAIM