Michael Tenenbaum, Esq. (No. 186850)
*mt@post.harvard.edu*
THE TENENBAUM LAW FIRM
1431 Ocean Ave., Ste. 400
Santa Monica, CA  90401
Tel    (310) 919-3194
Fax    (310) 919-3727

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ASSOCIATION DES ÉLEVEURS DE CANARDS ET D'OIES DU QUÉBEC, a Canadian nonprofit corporation; HVFG LLC, a New York limited liability company; and HOT'S RESTAURANT GROUP, INC., a California corporation;<br><br>               Plaintiffs,<br><br>   – against –<br><br>KAMALA D. HARRIS, in her official capacity as Attorney General of California;<br><br>               Defendant. | Case No. 2:12-cv-05735-SVW-RZ<br><br>**DECLARATION OF MICHAEL TENENBAUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT ON FEDERAL PREEMPTION CLAIM**<br><br><br>Date:       July 14, 2014<br>Time:      1:30 p.m.<br>Courtroom:  6<br><br>Hon. Stephen V. Wilson |

I, Michael Tenenbaum, declare as follows:

1.    I am a lawyer duly licensed in the State of California.  I represent the Plaintiffs in this action and have done so since its inception.  I have personal knowledge of the facts set forth in this Declaration and could competently testify to such facts if called upon to do so.

2.    I have viewed the video of the hearing of the California Senate Business and Professions Committee that took place on April 26, 2004, to consider SB 1520.  Senator John Burton opened the hearing by saying, "Thank you madam chairs, member of the committee.  This bill has nothing to do, uh — despite the mail that many of us get from restaurants — with banning, uh, foie gras.  What it does is prohibit, uh, what a process of which most people, uh, consider to be an inhumane of force feeding ducks and geese for the purpose of unnaturally enlarging their liver beyond the normal size."

3.    I used the Westlaw research service to retrieve certain legislative history materials relating to California Senate Bill 1520 from the 2004 legislative session.  A true and correct copy of Governor Arnold Schwarzenegger's signing message to the California Senate, as I downloaded it from Westlaw, is attached hereto as **Exhibit A**.

4.    In November 2013, I traveled to the Embassy of France in Washington, D.C., and met with Deputy Agricultural Counselor to request copies of the documents exchanged between the USDA and the French government in the 1980s in connection with the "revised" standards for foie gras products that France had issued in June of 1980 and had submitted to the USDA for adoption as the requirements for approval of foie gras products in the United States.  A true and correct copy of the relevant pages of the French regulations reflecting the revised standards for foie gras products, which I obtained from the French Embassy, is attached hereto as **Exhibit B**.  A true and correct copy of the contemporaneous English translation of those pages from 1980, which I also obtained from the French Embassy, is attached hereto as **Exhibit C**.  For the Court's ease of reference, I have highlighted the requirements for the "composition" of foie gras by placing a red box around the relevant language.  As the Court will note, the

- 1 -

DECLARATION OF MICHAEL TENENBAUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT ON FEDERAL PREEMPTION CLAIM

1  requirement states:  "The 'foie gras' (livers) must exclusively come from specially
2  crammed and suitably bleeded geese and ducks."

3       5.     During that meeting, I also obtained from the French Embassy a copy of a
4  letter dated May 17, 1983, from the Director of the USDA's Standards and Labeling
5  Division to the French Embassy in Washington, D.C., which followed the USDA's
6  "thorough review" of the French regulations for the composition of imported foie gras
7  products and which set out the USDA's proposed "arrangement between our respective
8  governments in regard to these items."  In that letter, the USDA indicated that it will
9  "continue to monitor all 'foie gras' products entering this country for compliance with
10  the French regulations" and "will also continue to deny approval for any of these
11  products which are not in compliance with these standards."  A true and correct copy
12  of this letter is attached hereto as **Exhibit D**.

13      6.     I am reasonably proficient in French.  I have reviewed Article L654-27-1 of
14  France's *Code rural et de la pêche maritime* (which is attached as Exhibit C to Plaintiffs'
15  Request for Judicial Notice) and discussed it with several native French speakers.  That
16  statute is most accurately translated as follows:  "Foie gras is a part of the protected
17  cultural and gastronomic heritage of France.  Foie gras means the liver of a duck or of a
18  goose specially fattened by *gavage*."  (*Gavage* is the practice of hand-feeding using a
19  tube to deposit food into the bird's "crop" or the expandable base of the bird's
20  esophagus, which is used to temporarily store food prior to digestion.  *See, e.g.,* ECF
21  Dkt. 51-9 [Fleury Decl.] at ¶ 6.)

22      7.     In February 2014, the District Attorney of Los Angeles County, Jackie
23  Lacey, acting in conjunction with the District Attorneys of Santa Clara County and of
24  Monterey County, sent letters to Hudson Valley and to at least two out-of-state
25  distributors of the Hudson Valley and the Canadian Farmers' foie gras products,
26  threatening to prosecute them for alleged violations of section 25982 for selling foie
27  gras products from outside California to consumers in California.
28  //

DECLARATION OF MICHAEL TENENBAUM IN SUPPORT OF MOTION FOR SUMMARY
JUDGMENT ON FEDERAL PREEMPTION CLAIM

1    I declare under penalty of perjury under the laws of the United States of America

2   that the foregoing is true and correct.

3

4   Executed on May 14, 2014                    _____

5                                               Michael Tenenbaum

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF MICHAEL TENENBAUM IN SUPPORT OF MOTION FOR SUMMARY
JUDGMENT ON FEDERAL PREEMPTION CLAIM

# EXHIBIT A

## Editor's and Revisor's Notes (18)

**HISTORICAL AND STATUTORY NOTES**

The Senate Daily Journal for the 2003-2004 Regular Session, page 5541, contained the following letter dated August 27, 2004, from Senator John L.  Burton, regarding the intent of Stats.2004, c. 904 (S.B.1520):

"Greg Schmidt

"Secretary of the Senate

"Dear Greg,

"This letter is to clarify the intent of my SB 1520.

"SB 1520 will ban, beginning July 1, 2012, the force feeding of birds for the purpose of enlarging their livers.

"In addition, SB 1520 will provide limited term immunity to any business that currently employs force feeding in the production of its agricultural products.   The immunity provision of SB 1520 only applies to acts of force feeding and is intended to prohibit any pending or future criminal or civil cause of action, including an action under Chapter 5 (commencing with  Section 17200 ) of Part 2 of Division 7 of the Business and Professions Code, from being brought.   The immunity does not cover acts prohibited by SB 1520 that occur after July 1, 2012.

"Peace and friendship,

"JOHN L. BURTON

"Senate President pro Tempore"

Governor Schwarzenegger issued the following signing message regarding Stats.2004, c. 904 (S.B.1520):

"To the Members of the California State Senate:

"I am signing Senate Bill 1520 which prohibits a person from force feeding a bird for the purpose of enlarging its liver.

"This bill's intent is to ban the current foie gras production practice of forcing a tube down a bird's throat to greatly increase the consumption of grain by the bird.   It does not ban the food product, foie gras.   This bill provides 7 and one half years for agricultural husbandry practices to evolve and perfect a humane way for a duck to consume grain to increase the size of its liver through natural processes.   If agricultural producers are successful in this endeavor, the ban on foie gras sales and production in California will not occur.

"Sincerely,

"Arnold Schwarzenegger"

**Former Notes**

Former § 25980, added by Stats.1969, c. 1393, §  1, relating to registration of dogs by sentry dog company, was repealed by Stats.1995, c.  415 (S.B.1360), §  164.   See  Health and Safety Code §  121910 .

Legislative findings relating to the nonsubstantive effect of Stats.1995, c. 415 (S.B.1360), and the legislative intent not to create any new rights, see Historical and Statutory Notes under  Health and Safety Code §  100 .

# EXHIBIT B

# CHAPITRE 11 - PRÉPARATIONS A BASE DE FOIE GRAS
# CONSERVES DE PLATS CUISINÉS

11.1 - Décision nº 79 du 10 Juin 1980 relative à la réglementation qualitative des préparations à base de foie gras du C.T.C.P.A. et du C.T.S.C.C.V. approuvée le 18 juin 1980 par le Secrétaire d'Etat auprès du Premier Ministre, chargé des industries agricoles et alimentaires (J.O. du 10 juillet 1980).

## NOTICE TECHNIQUE RELATIVE AUX PRÉPARATIONS A BASE DE FOIE GRAS

(applicable à partir du 1er juin 1981) (1)

## Titre 1 - DÉFINITION

### Article 1.

*Les préparations dans la dénomination desquelles entrent les mots "Foie gras", "Foie gras d'oie", "Foie gras de canard", "Foie d'oie", "Foie de canard", "Foie d'oie et de canard", "Foie de canard et d'oie", "Foie de volaille" (précédé d'une appellation consacrée par les usages et complétés par un sous-titre comportant un pourcentage de foie gras égal ou supérieur à 20 %), doivent être conformes aux critères ci-après, et préparées à partir de foie gras d'oie et (ou) de canard, assaisonnés (ou non), épicés (ou non), aromatisés (ou non), truffés (ou non), sans addition d'autres éléments que ceux spécifiés aux articles suivants.*

*Tout produit qui ne comporte pas 20 % de foie gras à la mise en œuvre ne peut faire allusion au foie gras, ni dans la dénomination, ni dans le sous-titre.*

### Article 2.

*D'après leur structure et compte tenu des divers éléments entrant dans leur composition, les dénominations des préparations à base de foie gras, susceptibles d'être préparées en vue de la vente, doivent être conformes aux indications figurant dans le tableau ci-après.*

*L'indication de l'espèce animale (ou des espèces animales, lorsqu'il y a mélange) est obligatoire dans la dénomination des préparations décrites aux paragraphes I et II du tableau ci-après.*

*Cependant, le mélange de foie gras d'oie et de foie gras de canard est interdit dans les préparations décrites aux paragraphes I a, I b, I c du tableau ci-après.*

---

(1) Par dérogation aux dispositions du Titre V, article 11, l'écoulement des stocks de produits de fabrication antérieure à l'homologation de la présente notice, et aux étiquetages non en harmonie avec les prescriptions de celle-ci, pourra être réalisé postérieurement au 1er Juin 1981, s'ils sont conformes à toutes autres prescriptions réglementaires.

I  -  Préparations pour lesquelles la dénomination comporte les mots ''**Foie gras**''

| Dénomination de vente | Caractéristiques principales du produit | Ingrédients et additifs |
|---|---|---|
| a) Foie gras d'oie entier<br><br>   Foie gras de canard<br>   entier | - soit un ou plusieurs lobes moulés.<br><br>- soit un seul morceau de lobe<br>  (si la capacité du récipient est<br>  inférieure à 200 ml).<br><br>Dans les deux cas, la présence<br>d'une petit morceau de lobe<br>supplémentaire, destiné à<br>compléter le poids, est tolérée. | Foie gras<br><br>assaisonnement<br>Possibilités :<br>   Truffes (3 % minimum)<br>   Additifs (voir article 6) |
| b) Foie gras d'oie<br>   Foie gras de canard | Morceaux de lobes moulés,<br>l'ensemble étant éventuellement<br>enrobé de farce et (ou) bardé. | Foie gras<br>Assaisonnement<br>Possibilités :<br>   Barde<br>   Farce d'enrobage<br>   Truffes (3 % minimum)<br>   Additifs (voir article 6) |
| c) - 1) Bloc de foie<br>        gras d'oie<br><br>      Bloc de foie<br>      gras de canard | Suivant le cas, 50 % de morceaux<br>de foie gras d'oie ou 35 % de<br>morceaux de foie gras de canard<br>doivent être apparents à la coupe<br>(pourcentages rapportés au poids<br>total de foie gras), liés entre eux<br>exclusivement par du foie gras<br>et agglomérés par des moyens<br>mécaniques, éventuellement<br>enrobés de farce et (ou) bardés. | Foie gras<br>Assaisonnement<br>Possiblités :<br>   Barde<br>   Farce d'enrobage<br>   Truffes (3 % minimum)<br>   Additifs (voir article 6) |
| 2) Parfait de foie<br>    gras d'oie<br><br>   Parfait de foie<br>   gras de canard<br><br>   Parfait de foie gras<br>   d'oie et de canard<br><br>   Parfait de foie gras<br>   de canard et d'oie | Foie gras traité par des moyens<br>mécaniques éventuellement<br>enrobé de farce et (ou) bardé. | Foie gras<br>Assaisonnement<br>Possibilités :<br>   Barde<br>   Farce d'enrobage<br>   Truffes (3 % minimum)<br>   Additifs (voir article 6) |

II - Préparations contenant un minimum de 50 % de foie gras, rapporté au poids du produit débarrassé de sa barde éventuelle.

| Dénomination de vente | Caractéristiques principales du produit | Ingrédients et additifs |
|---|---|---|
| a) Pâté de foie d'oie<br>Pâté de foie de canard<br>Pâté de foie d'oie et de canard<br>Pâté de foie de canard et d'oie | Noyau de foie gras, entouré d'une farce, éventuellement bardé. | Foie gras<br>Farce<br>Assaisonnement<br>Possibilités :<br>Barde<br>Truffe (1 % minimum)<br>Liants<br>Additifs (voir article 6) |
| b) Galantine de foie d'oie<br>Galantine de foie de canard<br>Galantine de foie d'oie et de canard<br>Galantine de foie de canard et d'oie | Foie gras mêlé à une farce (avec ou sans barde) présentant une mosaïque de 35 % de morceaux de foie gras apparents à la coupe, pourcentage rapporté au poids net du produit, débarrassé éventuellement de sa barde. | Foie gras<br>Farce<br>Assaisonnement<br>Possibilités :<br>Barde<br>Truffe (1 % minimum)<br>Liants<br>Additifs (voir article 6) |
| c) Purée de foie d'oie<br>Purée de foie de canard<br>Purée de foie d'oie et de canard<br>Purée de foie de canard et d'oie | Foie gras et farce mêlés ou agglomérés, de façon à donner au produit, éventuellement bardé, la texture caractéristique de sa dénomination. | Foie gras<br>Farce<br>Assaisonement<br>Possibiltés :<br>Barde<br>Truffe (1 % minimum)<br>Liants<br>Additifs (voir article 6) |

III - Préparation contenant un minimum de 20 % de foie gras, rapporté au poids du produit éventuellement débarrassé de sa barde.

| Dénomination de vente | Caractéristiques principales du produit | Ingrédients et additifs |
|---|---|---|
| Toute dénomination consacrée par les usages suivie des termes ''Foie de volaille'' avec en sous titre : x % de foie gras, x étant égal ou supérieur à 20 % | Foie gras et farce mêlés ou agglomérés de façon à donner au produit, éventuellement bardé, la texture caractéristique de sa dénomination. | Farce<br>Foie gras<br>Assaisonnement<br>Possibilités :<br>Barde<br>Truffe (1 % minimum)<br>Liants<br>Additifs (voir article 6) |

**Article 3.**

*EMPLOI DU QUALIFICATIF ''TRUFFÉ'' : la dénomination de vente doit être complétée, le cas échéant, par la mention suivante :*

- *''Truffé'' si le pourcentage de truffes garanti atteint un minimum de 3 % ;*
- *Pour les préparations, autres que celles décrites au paragraphe I, ''Truffé à x %'', si le taux de truffes garanti est compris entre 1 et 3 %.*

**Article 4.**

*PRODUITS ENROBÉS D'UNE FARCE ET (OU) D'UNE BARDE OU PRODUITS EN GELÉE. Dans la dénomination de vente, doit être mentionnée, si tel est le cas, l'indication suivante :*

- *''enrobé'' si la préparation est enrobée d'une farce ;*
- *''bardé'' si la préparation est bardée ;*
- *''enrobé et bardé'' si la préparation est enrobée d'une farce et bardée ;*
- *''en gelée'' si la préparation est enrobée de gelée ; l'emploi de gelée d'enrobage est autorisée sous réserve que le poids net total indiqué sur l'étiquetage corresponde au poids net du produit débarrassé de la gelée.*

**Article 5.**

*L'emploi de qualificatifs tels que ''au porto'', ''à l'armagnac'', ''au cognac'' etc. doit être justifié par une préparation appropriée.*

## Titre II - SPÉCIFICATIONS

A. ***Caractéristique de la matière première***

**Article 6.**

*Les constituants de base des produits, ainsi que les liants ou ingrédients autorisés, doivent répondre aux prescriptions réglementaires en vigueur, en outre :*

a) *Les foies gras doivent provenir exclusivement d'oies ou de canards, spécialement gavés et convenablement saignés.*

*Les foies doivent être sains, fermes, onctueux et de teinte généralement claire. Ils doivent être convenablement parés et dénervés.*

*Pour agglomérer le foie gras, seuls sont licites les moyens, soit physiques (chaleur ou froid), soit mécaniques (brassage, malaxage, emploi du vide).*

b) *Peuvent être utilisés pour la fabrication des farces (1) le maigre et gras de porc, de veau ou de volaille et le foie de porc.*

c) *Les bardes de porc devront être choisies avec une épaisseur telle que :*

*le taux de barde ne puisse excéder :*

- *10 % pour les produits de poids au moins égal à 200 g ;*
- *13 % pour les produits de poids inférieur à 200 g.*

d) *En cas d'utilisation d'une farce d'enrobage lorsque celle-ci est autorisée (paragraphe I b, I c 1, I c 2), les seuls liants autorisés sont les œufs. Le pourcentage de la farce d'enrobage est soumis aux limites retenues pour la barde. L'usage simultané de farce d'enrobage et de barde est admis, à condition que le total de ces éléments n'excède pas les taux indiqués ci-dessus.*

---

(1) le terme ''farce'' n'est pas pris, dans ce texte, au sens où le décret du 15 Avril 1912 l'entend, du produit mis en vente sous la dénomination de farce.

# EXHIBIT C

```
TECHNICAL NOTE CONCERNING THE
GOOSE AND DUCK LIVER PRODUCTS
(FOIES GRAS D'OIE ET DE CANARD)
```

## TITLE I - DEFINITION

### Article 1

The products, in the denominations of wich stand the terms "foie gras" (liver),
"foie gras d'oie" (goose liver), "foie gras de canard" (duck liver), "foie d'oie"
(goose liver), "foie de canard" (duck liver), "foie d'oie et de canard" (goose
and duck liver), "foie de canard et d'oie" (duck and goose liver), "foie de
volaille" (poultry liver), (preceded by an appellation recognized by the custom,
and completed by a sub-title indicating a percentage of liver equal or higher
than 20) must meet the thereafter requirements and be prepared from seasoned or
not, spiced or not, aromatics-added or not, truffled or not, goose and/or duck
livers, without adding of other items than these specified in the following
articles.

Any product not containing 20% of "foie gras" (liver) in its composition, may not
refer to "foie gras" (liver), neither in its denomination, nor its sub-title.

### Article 2

As a function of their structure and various items of their composition, the
denominations of the products from "foies gras" (livers), liable to be prepared for
sale, must meet the requirements mentioned in the table thereafter.

The indication of the animal kind (or of the  animal kinds, if there is a blend),
is compulsory in the denomination of the products described in the paragraphs
I and II of the table thereafter.

Nevertheless, the blend of "foie gras d'oie" (goose liver)  and of "foie gras
de canard" (duck liver ) is forbidden in the products described in the paragraphs
Ia, Ib, Ic 1 of the table thereafter.

.../...

| SALE DENOMINATION | MAIN PRODUCT FEATURES | INGREDIENTS & ADDITIVES |
|---|---|---|
| a) Foie gras d'oie entier<br><br>Foie gras de canard entier | - Either one or several moulded lobes<br>- Or an unique piece of looe (if the container capacity is lower than 200 ml).<br>In both cases, an additionnal little piece of lobe, in order to complete the weight, is allowed. | - Foie gras (liver<br><br>- Seasoning<br><br>+ (also allowed) :<br><br>  - Truffles (3% minimum)<br>  - Additives (see article 6) |
| b) Foie gras d'oie<br><br>Foie gras de canard | Pieces of moulded lobes, the whole being eventually stuffing-coated and/or wrapped in pork fat. | - Foie gras (liver)<br>- Seasoning<br>+ (also allowed) :<br><br>  - Pork fat wrapping<br>  - Stuffing coating<br>  - Truffles (3% minimum)<br>  - Additives (see article 6) |
| c) Bloc de foie gras d'oie<br><br><br><br>Bloc de foie gras de canard | Respectively<br><br>50% of pieces of "foie gras d'oie" (goose liver)<br><br>          or<br><br>35% of pieces of "foie gras de canard"(duck liver)<br><br>must be apparent while cutting (percentages related to the total liver weight) must be bound each other exclusively with liver and mechanically agglomerated, eventually stuffing-coated and/or wrapped in pork fat. | - Foie gras (liver)<br><br>- Seasoning<br><br>+ (also allowed) :<br><br>  - Pork fat wrapping<br><br>  - Stuffing coating<br><br>  - Truffles (3% minimum)<br><br>  - Additives (see article 6) |
| d) Parfait de foie gras d'oie<br>   Parfait de foie gras de canard<br>   Parfait de foie gras d'oie et de canard<br><br>   Parfait de foie gras de canard et d'oie | "Foie gras" (liver) mechanically treated, eventually stuffing-coated and/or wrapped in pork fat. | - Foie gras (liver)<br>- Seasoning<br>+ (also allowed) :<br><br>  - Pork fat wrapping<br>  - Stuffing coating<br>  - Truffles (3% minimum)<br>  - Additives (see article 6) |

II - PRODUCTS CONTAINING 50% MINIMUM OF "FOIE GRAS" (LIVER) WITH REGARD TO THE WEIGHT OF
THE PRODUCT REMOVED FROM ITS EVENTUAL PORK FAT WRAPPING

| SALE DENOMINATION | MAIN PRODUCT FEATURES | INGREDIENTS & ADDITIVES |
|---|---|---|
| a) Pâté de foie d'oie<br><br>   Pâté de foie de canard<br><br>   Pâté de foie d'oie et de canard<br><br>   Pâté de foie de canard et d'oie | "Foie gras" (liver) core, coated with stuffing, eventually wrapped in pork fat. | – Foie grs (liver)<br>– Stuffing<br>– Seasoning<br>+ (also allowed) :<br>  – Pork fat wrapping<br>  – Truffles (1% minimum)<br>  – Binding matérial<br>  – Additives (see article 6) |
| b) Galantine de foie d'oie<br><br>   Galantine de foie de canard<br><br>   Galantine de foie d'oie et de canard<br><br>   Galantine de foie de canard et d'oie | "Foie gras" (liver) blended with a stuffing (with or without pork fat wrapping), presenting a mosaic of 35% of liver pieces being apparent while cutting, (percentage related to the weight of the net product removed from its eventual pork fat wrapping). | – Foie gras (liver)<br>– Stuffing<br>– Seasoning<br>+ (also allowed) :<br>  – Pork fat wrapping<br>  – Truffles (1% minimum)<br>  – Binding material<br>  – Additives (see article 6) |
| c) Purée de foie d'oie<br><br>   Purée de foie de canard<br><br>   Purée de foie d'oie et de canard<br><br>   Purée de foie de canard et d'oie | "Foie gras" (liver) and stuffing blended or agglomerated together, in order to give the distinctive texture of its denomination to the product eventually wrapped in pork fat. | – Foie gras (liver)<br>– Stuffing<br>– Seasoning<br>+ (also allowed) :<br>  – Pork fat wrapping<br>  – Truffles (1% minimum)<br>  – Binding material<br>  – Additives (see article 6) |

| SALE DENOMINATION | MAIN PRODUCT FEATURES | INGREDIENTS & ADDITIVES |
|---|---|---|
| Any denomination recognized by the custom followed by the terms "foie de volaille" (poultry liver) with a sub-title : "x% foie gras" (liver) (x being equal or higher than 20) | "Foie gras" (liver) and stuffing, blended or agglomerated together, in order to give the distinctive texture of its deno-mination to the product eventually wrapped in pork fat. | - Stuffing<br>- Foie gras (liver)<br>- Seasoning<br>+ (also allowed) :<br>- Pork fat wrapping<br>- Truffles (1% minimum)<br>- Binding material<br>- Additives (see article 6) |

## Article 3

*Use of the qualificative "truffled"* : The sale denomination must be eventually completed by the following mention :

- "truffled" if the guaranteed percentage of truffles reaches 3% minimum
- "truffled at x%", for products other than those described in the paragraph I, if the guaranteed percentage of truffles lies between 1 and 3%.


## Article 4

*Stuffing-coated products and (or) products wrapped in pork fat or products in jelly* : In the sale denomination, the following mention, if it applies, must be eventually give

- "coated", if the product is stuffing-coated
- "wrapped in pork fat", if the product is wrapped in pork fat
- "coated and wrapped in pork fat", if the product is stuffing-coated and wrapped in pork fat
- "in jelly" if the product is jelly-coated ; the use of coating-jelly is allowed with the condition, tne total net weight mentioned on the label corresponds to the weight of the product removed from its jelly.


## Article 5

The use of qualitatives such as "with portwine", with "Armagnac", "with Cognac", etc... must be justified by an adequate preparation.

.../...

A/ FEATURES OF THE RAW PRODUCT
------------------------------

Article 6
---------

The basic ingredients of the products and the binding materials or allowed ingredients must meet the prescriptions of the Regulations in force, besides :

a) The "foies gras" (livers) must exclusively come from specially crammed and suitably bleeded geese and ducks.

The livers must be sound, firm, unctuous and of generally pale colour. They must be suitably    trimmed and removed from their blood vessels.

To agglomerate the "foies gras" (livers), the only allowed means are physical ones (heat or cold), or mechanical ones (blending, tumbling, use of vacuum).

b) For the fabrication of stuffings[1], lean and fat of pork, veal or poultry, and pork liver may be used.

c) The pork fat must be selected as thick as the pork fat percentage is not higher than :

    . 10% for the products, the weight of which is at least 200 g

    . 13% for the products, the weight of which is less than 200 g

d) In case of the use of stuffing as a coating, when that latter is allowed (paragraphs Ib, Ic1, Ic2), the only allowed binding materials are eggs.

The percentage of the coating is submitted to the limits prescribed for the pork fat wrapping.    The simultaneous use of a stuffing as a coating and of a pork fat wrapping is admitted, provided that those total items are not in a higher quantity than corresponding to the above indicated levels.

e) The used seasoning may be salt (sodium chloride), sugars (exclusively sucrose and dextrose, at the maximal dose of 2 grams per kilogram), spices and eventually Cognac, Armagnac or dessert wines and any other aromatics recognized by the custom.

f) The truffles, used fresh or canned, must meet the requirements specified by the Decision of the "Centre Technique des Conserves de Produits Agricoles", referred to the canned truffles.

The truffles, used in the products defined in the paragraph I of the table (article 2), must be whole or in pieces, but not consisting of breaks nor peels.

------------------------------------------------------------------------

(1) The term "stuffing" is not considered in this text, in the meaning of the Decree of 15th April 1912, of the product for sale under the denomination "stuffing" (farce).

.../..

# EXHIBIT D



United States
Department of
Agriculture

Food Safety
and Inspection
Service

Washington, D.C.
20250

MAY 17 1983

Mr. Ralph Ichter
French Embassy
Suite 715
2000 L Street, NW.
Washington, DC   20036

Dear Mr. Ichter:

This is in reference to your letter and accompanying materials of January 17, 1983, concerning the French regulations for the composition, denomination, and labeling of imported "foie gras" products.  After a thorough review of these materials, the Standards and Labeling Division (SLD) is proposing the following arrangement between our respective governments in regard to these items.

The SLD is willing to follow the French regulations which were promulgated in June of 1980, although we feel some parts of these standards must be clarified as discussed below.  We will continue to monitor all "foie gras" products entering this country for compliance with the French regulations, and will also continue to deny approval for any of these products which are not in compliance with these standards.

The Federal meat inspection regulations, (9 CFR 319.881), however, state in part that ... "Meat food products characterized and labeled as liver products... shall contain not less than 30 percent of... livers computed on the fresh weight of the livers."  The SLD recognizes that this regulation is not applicable to poultry liver products per se.  However, we feel justified in applying minimum liver requirements to poultry liver products as well in order to assure that the labeling of such products are not misleading.  Therefore, we will not accept any products characterized and labeled as liver products unless they contain a minimum of 30% liver.

In addition, we feel that a descriptive English translation is needed for these product labels as the terms applied under the French regulations such as "entier," "bloc," "parfait," "galantine," and "puree" do not convey a meaning or representation of product composition or characteristics to the American consumer.  Any other French terms used on product labels should be accurately translated into English, with the exception of the term "foie gras".  We are willing to work with the Embassy in arriving at the appropriate translations for these terms.

SERVICE
COMMERCIAL

N°   3590
Date MAY 1 8 1983

994-05

Mr. Ralph Ichter                                        2

We hope you find these preliminary decisions acceptable as an agreement between our two governments.  If you wish to continue this discussion in a meeting, or have any additional comments concerning this matter, please feel free to write or call me at Area Code (202) 447-6042.

Sincerely,

Robert G. Hibbert, Director
Standards and Labeling Division
Meat and Poultry Inspection
 Technical Services