|   |   |
|---|---|
| 1 | KAMALA D. HARRIS<br>Attorney General of California |
| 2 | CONSTANCE L. LELOUIS<br>Supervising Deputy Attorney General |
| 3 | State Bar No. 148821<br>STEPHANIE F. ZOOK |
| 4 | Deputy Attorney General<br>State Bar No. 238383 |
| 5 | PETER H. CHANG<br>Deputy Attorney General |
| 6 | State Bar No. 241467<br> 455 Golden Gate Ave., Suite 11000 |
| 7 |  San Francisco, CA 94102-7004<br> Telephone:  (415) 703-5939 |
| 8 |  Fax:  (415) 703-1234<br> E-mail:  Peter.Chang@doj.ca.gov |
| 9 | *Attorneys for Defendant Attorney General* |

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **ASSOCIATION DES ÉLEVEURS DE CANARDS ET D'OIES DU QUÉBEC, a Canadian non-profit corporation; HVFG LLC, a New York limited liability company; and HOT'S RESTAURANT GROUP, INC., a California corporation,**<br><br>                                    Plaintiffs,<br><br>        v.<br><br>**KAMALA D. HARRIS, in her official capacity as Attorney General of California,**<br><br>                                    Defendant. | Case No. CV-12-05735-SVW-RZ<br><br>**STIPULATION RE AMENDED BRIEFING SCHEDULE RE PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT ON FEDERAL PREEMPTION CLAIM**<br><br>Date:          July 14, 2014<br>Time:          1:30 p.m.<br>Courtroom:   6<br>Judge:         Stephen V. Wilson<br>Trial Date:   None<br>Action Filed:    7/2/2012 |

WHEREAS the parties previously stipulated to a briefing schedule in connection with Plaintiffs Association des Éleveurs de Canards et d'Oies du Québec, HVFG LLC, and Hot's Restaurant Group, Inc.'s (collectively, "Plaintiffs") motion for partial summary judgment and Defendant Kamala D. Harris's, in her official capacity as the Attorney General of California ("Defendant"), motion to dismiss, which schedule was approved by the Court and provided for Plaintiffs' motion to be filed by May 12, 2014 (Dckt. 115); and

WHEREAS Plaintiffs' motion was filed on May 12, 2014, but all supporting materials were not filed until May 15, 2014, and the parties wish to ensure that Defendant will have no less time to file her opposition than the parties had previously stipulated,

IT IS HEREBY STIPULATED AND AGREED, as follows:

1. Defendant shall file her opposition to Plaintiffs' Motion for Summary Judgment on Federal Preemption Claim by Thursday, June 12, 2014;

2. Plaintiffs shall file their reply brief by Monday, June 30, 2014;

3. The briefing schedule for Defendant's motion to dismiss established by the Court's May 2, 2014 Order (Dckt. 115) shall remain unaffected; and

4. The hearing for both motions will remain scheduled for Monday, July 14, 2014 at 1:30 p.m.

IT IS SO STIPULATED.

Dated: May 22, 2014                     THE TENENBAUM LAW FIRM

                                        /s/ Michael Tenenbaum
                                        (as authorized on May 21, 2014)
                                        _____
                                        Michael Tenenbaum, Esq.
                                        Counsel for Plaintiffs

| | | |
|---|---|---|
| 1 | Dated: May 22, 2014 | KAMALA D. HARRIS |
| 2 | | Attorney General of California |
| | | CONSTANCE L. LELOUIS |
| 3 | | Supervising Deputy Attorney General |
| 4 | | STEPHANIE F. ZOOK |
| | | Deputy Attorney General |
| 5 | | |
| 6 | | /s/ Peter H. Chang |
| 7 | | _____ |
| | | Peter H. Chang |
| 8 | | Deputy Attorney General |
| | | Attorneys for Defendant |

# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | **Association Des Elevetures De Canards et D'Oies Du Quebec v. Harris (foie gras)** | No. | **CV-12-05735-SVW-RZ** |

I hereby certify that on <u>May 22, 2014</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**STIPULATION RE AMENDED BRIEFING SCHEDULE RE PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT ON FEDERAL PREEMPTION CLAIM**

**[PROPOSED] ORDER AMENDING BRIEFING SCHEDULE RE PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT ON FEDERAL PREEMPTION CLAIM**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On <u>May 22, 2014</u>, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

Valerie E Kincaid
Initiative Legal Group APC
1800 Century Park East 2nd Floor
Los Angeles, CA 90067

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>May 22, 2014</u>, at San Francisco, California.

| | |
|---|---|
| V. Sanchez | /s/ V. Sanchez |
| Declarant | Signature |

40975265.doc