1  Michael Tenenbaum, Esq. (No. 186850)
   mt@post.harvard.edu
2  THE TENENBAUM LAW FIRM
3  1431 Ocean Ave., Ste. 400
   Santa Monica, CA  90401
4  Tel    (310) 919-3194
5  Fax   (310) 919-3727

6  *Counsel for Plaintiffs*

7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10                           WESTERN DIVISION

11

| | |
|---|---|
| 12  ASSOCIATION DES ÉLEVEURS DE CANARDS ET D'OIES DU QUÉBEC, a Canadian nonprofit corporation; HVFG LLC, a New York limited liability company; and HOT'S RESTAURANT GROUP, INC., a California corporation; | Case No. 2:12-cv-05735-SVW-RZ |
| | **PLAINTIFFS' NOTICE OF ERRATA RE <u>RESPONSE</u> TO DEFENDANT'S SUPPLEMENTAL BRIEF RE MOTION TO DISMISS SECOND AMENDED COMPLAINT** |
| Plaintiffs, | |
| – against – | |
| KAMALA D. HARRIS, in her official capacity as Attorney General of California; | Date:         September 8, 2014<br>Time:         1:30 p.m.<br>Courtroom:  6 |
| Defendant. | Hon. Stephen V. Wilson |

1   PLEASE TAKE NOTICE that Docket Entry No. 143 ("Plaintiffs' <u>Response</u> to
2  Defendant's Supplemental Brief re Motion to Dismiss Second Amended Complaint")
3  was timely filed on August 11, 2014, but without a table of contents or table of
4  authorities and with several clerical errors, including missing case citations.  Plaintiffs
5  are resubmitting the accompanying corrected version, together with the Declaration of
6  Michael Tenenbaum, within two hours of the original filing.

Dated:        August 12, 2014              THE TENENBAUM LAW FIRM

                                           _____
                                           Michael Tenenbaum, Esq.
                                           *Counsel for Plaintiffs*

- 1 -
PLAINTIFFS' NOTICE OF ERRATA RE <u>RESPONSE</u> TO DEFENDANT'S SUPPLEMENTAL BRIEF RE
MOTION TO DISMISS SECOND AMENDED COMPLAINT