UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:12-cv-05735-SVW-RZ | Date | September 4, 2014 |
|---|---|---|---|
| Title | Association Des Éleveurs de Canard et D'oies du Québec v. Harris | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE |
|---|---|

| Paul M. Cruz | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| N/A | N/A |

**Proceedings:**   IN CHAMBERS ORDER VACATING hearing and STAYING Motion to Dismiss and Motion for Partial Summary Judgment

     The Court has read the petition for a writ of certiorari pertaining to this case that was filed before the Supreme Court of the United States, and is aware that the Supreme Court will likely decide whether to grant the petition in the near future.  Therefore the hearing scheduled for September 8, 2014, regarding Defendant's motion to dismiss the second amended complaint (Dkt. 116) and Plaintiffs' motion for partial summary judgment (Dkt. 117) is VACATED and further proceedings regarding these motions are STAYED pending the Supreme Court's resolution.

|  | : |  |
|---|---|---|
| Initials of Preparer | | PMC |