Michael Tenenbaum, Esq. (No. 186850)
*mt@post.harvard.edu*
THE TENENBAUM LAW FIRM
1431 Ocean Ave., Ste. 400
Santa Monica, CA  90401
Tel    (310) 919-3194
Fax   (310) 919-3727

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ASSOCIATION DES ÉLEVEURS DE CANARDS ET D'OIES DU QUÉBEC, a Canadian nonprofit corporation; HVFG LLC, a New York limited liability company; and HOT'S RESTAURANT GROUP, INC., a California corporation;<br><br>            Plaintiffs,<br><br>– against –<br><br>KAMALA D. HARRIS, in her official capacity as Attorney General of California;<br><br>            Defendant. | Case No. 2:12-cv-05735-SVW-RZ<br><br>**JOINT NOTICE OF RESETTING OF HEARING ON PENDING MOTIONS**<br><br><br><br><br><br><br><br>Date:         November 17, 2014<br>Time:        1:30 p.m.<br>Courtroom:  6<br><br>Hon. Stephen V. Wilson |

PLEASE TAKE NOTICE that, in light of the United States Supreme Court on October 14, 2014, having denied Plaintiffs' petition for a writ of certiorari on appeal of the Ninth Circuit's opinion affirming the denial of a preliminary injunction, the parties hereby jointly reset Defendant's pending motion to dismiss (Dkt. 116) and Plaintiffs' pending motion for summary judgment (Dkt. 117, 118) for hearing on **November 17, 2014, at 1:30 p.m.**[1]

Dated: October 17, 2014

THE TENENBAUM LAW FIRM

/s/ Michael Tenenbaum
_____
Michael Tenenbaum, Esq.
*Counsel for Plaintiffs*

Dated: October 17, 2014

KAMALA D. HARRIS
Attorney General of California
CONSTANCE L. LELOUIS
Supervising Deputy Attorney General
STEPHANIE F. ZOOK
Deputy Attorney General

/s/ Peter H. Chang
(as authorized on October 17, 2014)
_____
Peter H. Chang
Deputy Attorney General
*Attorneys for Defendant*

---

[1] Further proceedings regarding these motions were stayed by the Court's order of September 4, 2014 (Dkt. 147), pending the Supreme Court's resolution of the petition for certiorari.