FILED
CLERK, U.S. DISTRICT COURT

Jan 7, 2015

CENTRAL DISTRICT OF CALIFORNIA
BY: ___PMC___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASSOCIATION DES ÉLEVEURS DE CANARDS ET D'OIES DU QUÉBEC, a Canadian nonprofit corporation; HVFG LLC, a New York limited liability company; and HOT'S RESTAURANT GROUP, INC., a California corporation,<br><br>    Plaintiffs,<br><br>    v.<br><br>KAMALA D. HARRIS, in her official capacity as Attorney General of California; et al.<br><br>    Defendants. | CASE NO. 2:12-cv-5735-SVW-RZ<br><br>JUDGMENT AS TO PREEMPTION CLAIM |

For the reasons stated in the Court's January 7, 2015 Order, (Dkt 155), JUDGMENT is entered in favor of Plaintiffs on their third cause of action concerning preemption. The Court hereby PERMANENTLY ENJOINS AND RESTRAINS Defendant and her agents, servants, employees, representatives, successors, and assigns from enforcing California Health and Safety Code § 25982 against Plaintiffs' USDA-approved poultry products containing foie gras.

Dated: January 7, 2015

_____
STEPHEN V. WILSON
United States District Judge