ITEMIZATION OF COSTS IN *ASSOCIATION DES ELEVEURS DE CANARDS ET D'OIES DU QUEBEC ET AL. V. HARRIS* (Case No. 2:12-cv-05735-SVW-RZ)

| Date* | Amount | Payee | Category | Description |
|---|---|---|---|---|
| 7/2/2012 | 350.00 | CACD | Filing fee (L.R. 54-3.1) | Complaint |
| 7/2/2012 | 23.20 | One Legal | Copies (L.R. 54-3.10(a)) | Mandatory chambers copies of Dkt Nos. 1, 2 |
| 7/2/2012 | 36.16 | Graphics & Beyond | Copies (L.R. 54-3.10(b)) | TRO documents/exhibits |
| 7/5/2012 | 39.95 | One Legal | Copies (L.R. 54-3.10(a)) | Mandatory chambers copies of Dkt Nos. 3, 4, 5, 6, 7, 8, 9 |
| 7/6/2012 | 80.40 | One Legal | Service of process (L.R. 54-3.2) | Service of summons/complaint on state |
| 7/6/2012 | 187.35 | One Legal | Service of process (L.R. 54-3.2) | Service of summons/complaint on AG |
| 7/11/2012 | 109.95 | One Legal | Service of process (L.R. 54-3.2) | Service of summon/complaint on governor (LA office) |
| 7/13/2012 | 24.95 | One Legal | Copies (L.R. 54-3.10(a)) | Mandatory chambers copies of Dkt. Nos. 13, 14, 15, 16, 17, 18, 19 |
| 7/20/2012 | 57.00 | Capital Process Server | Service of process (L.R. 54-3.2) | Service of summons/complaint on governor (Sacramento office) |
| 7/25/2012 | 24.95 | One Legal | Copies (L.R. 54-3.10(a)) | Mandatory chambers copies of Dkt. Nos. 36, 37, 37-1 |
| 7/25/2012 | 24.95 | One Legal | Copies (L.R. 54-3.10(a)) | Mandatory chambers copies of Dkt. No. 39 |
| 8/3/2012 | 24.95 | One Legal | Copies (L.R. 54-3.10(a)) | Mandatory chambers copies of Dkt. No. 43, 43-1, 43-2 |
| 8/16/2012 | 24.95 | One Legal | Copies (L.R. 54-3.10(a)) | Mandatory chambers copies of Dkt. No. 46, 46-1, 46-2 |
| 8/17/2012 | 24.95 | One Legal | Copies (L.R. 54-3.10(a)) | Mandatory chambers copies of Dkt. Nos. 47, 47-1, 47-2 |
| 8/17/2012 | 14.95 | Online Legal Courier | Copies (L.R. 54-3.10(a)) | Mandatory chambers copies of Dkt. No. 49, 49-1, 49-2 |
| 8/22/2012 | 57.70 | Online Legal Courier | Copies (L.R. 54-3.10(a)) | Mandatory chambers copies of Dkt. Nos. 51, 51-1 to 51-19, 52, 52-1 to 52-5 |
| 8/25/2012 | 24.95 | One Legal | Copies (L.R. 54-3.10(a)) | Mandatory chambers copies of Dkt. No. 54 |
| 8/25/2012 | 24.95 | One Legal | Copies (L.R. 54-3.10(a)) | Mandatory chambers copies of Dkt. No. 55 |
| 8/29/2012 | 14.95 | Online Legal Courier | Copies (L.R. 54-3.10(a)) | Mandatory chambers copies of Dkt. No. 66 |
| 9/4/2012 | 24.95 | One Legal | Copies (L.R. 54-3.10(a)) | Mandatory chambers copies of Dkt. No. 69 |
| 9/5/2012 | 20.35 | Online Legal Courier | Copies (L.R. 54-3.10(a)) | Mandatory chambers copies of Dkt. No. 70, 70-1 |
| 9/6/2012 | 14.95 | Online Legal Courier | Copies (L.R. 54-3.10(a)) | Mandatory chambers copies of Dkt. Nos. 71, 71-1, 71-2, 71-3 |
| 9/18/2012 | 14.95 | Online Legal Courier | Copies (L.R. 54-3.10(a)) | Mandatory chambers copies of Dkt. No. 80 |
| 9/20/2012 | 69.17 | Graphics & Beyond | Copies (L.R. 54-3.10(b)) | Preliminary injunction documents/exhibits |
| 10/9/2012 | 14.95 | Online Legal Courier | Copies (L.R. 54-3.10(a)) | Mandatory chambers copies of Dkt. Nos. 89, 90, 90-1, 91 |
| 10/16/2012 | 14.95 | Online Legal Courier | Copies (L.R. 54-3.10(a)) | Mandatory chambers copies of Dkt. Nos. 94, 94-1, 94-2 |
| 4/2/2014 | 14.95 | Online Legal Courier | Copies (L.R. 54-3.10(a)) | Mandatory chambers copies of Dkt. Nos. 109, 109-1, 109-2 |
| 4/2/2014 | 14.95 | Online Legal Courier | Copies (L.R. 54-3.10(a)) | Mandatory chambers copies of Dkt. No. 112 |
| 5/15/2014 | 5.30 | FedEx Office | Copies (L.R. 54-3.10(b)) | Motion to dismiss documents/RJN exhibits |
| 5/15/2014 | 35.15 | Online Legal Courier | Copies (L.R. 54-3.10(a)) | Mandatory chambers copies of Dkt. Nos. 117, 118, 118-1, 118-2, 118-3, 118-4, 118-5, 118-6, 118-7 |
| 6/12/2014 | 3.94 | FedEx Office | Copies (L.R. 54-3.10(b)) | Motion to dismiss documents/RJN exhibits |
| 6/18/2014 | 30.15 | Online Legal Courier | Copies (L.R. 54-3.10(a)) | Mandatory chambers copies of Dkt. Nos. 123, 128, 129, 130 |
| 7/2/2014 | 1.80 | FedEx Office | Copies (L.R. 54-3.10(b)) | MSJ documents/exhibits |
| 7/3/2014 | 14.95 | Online Legal Courier | Copies (L.R. 54-3.10(a)) | Mandatory chambers copies of Dkt. No. 134, 135, 136, 137, 138 |
| 7/15/2014 | 64.75 | Graphics & Beyond | Copies (L.R. 54-3.10(b)) | MSJ documents/exhibits |
| 8/12/2014 | 16.95 | Online Legal Courier | Copies (L.R. 54-3.10(a)) | Mandatory chambers copies of Dkt. Nos. 143, 144, 144-1, 144-2 |
| 9/4/2014 | 14.95 | Online Legal Courier | Copies (L.R. 54-3.10(a)) | Mandatory chambers copies of Dkt. No. 146, 146-1 |
| 10/21/2014 | 14.95 | Online Legal Courier | Copies (L.R. 54-3.10(a)) | Mandatory chambers copies of Dkt. No. 148 |
| 11/11/2014 | 14.95 | Online Legal Courier | Copies (L.R. 54-3.10(a)) | Mandatory chambers copies of Dkt. No. 150 |
| 11/17/2014 | 14.95 | Online Legal Courier | Copies (L.R. 54-3.10(a)) | Mandatory chambers copies of Dkt. No. 151 |

TOTAL  1,608.17

*Approximate date incurred or charged

**One Legal LLC**
**504 Redwood Blvd., Suite 223**
**Novato, CA  94947**
**(800) 938-8815**

**26-0259046**

**REMIT PAYMENT TO:**
**One Legal LLC**
504 Redwood Blvd., Suite 223
Novato, CA  94947
(800) 938-8815



L/O OF MICHAEL TENENBAUM
ATTN:

██████████

██████████████

| | |
|---|---|
| **Cust. No.:** | ████ |
| **Invoice No.:** | 71686██ |
| **Inv. Date:** | 7/3/12 |
| **Due Date:** | 7/18/12 |
| **Total:** | $473.10 |
| **Terms:** | Net 15 |

| INVOICE No. | |
|---|---|
| 71686█ | |
| **Date:** | 7/3/12 |
| **Cust. No.:** | ████ |

| | |
|---|---|
| **Law Firm Contact:** | Michael Tenenbaum |
| **Client File No.:** | Foie |
| **Case Short Title:** | Association des Éleveurs de Canards et d'Oies ... V. Harris et al. |
| **Documents:** | Civil Case Cover Sheet, CERTIFICATE OF INTERESTED PARTIES, SUMMONS, COMPLAINT |
| **One Legal Branch:** | Los Angeles |
| **Court: Description:** | United States District Court, Central District of California |

| | |
|---|---|
| **COURT FILING FEE** | $200.00 |
| **COURT FILING FEE** | $150.00 |
| **COURT FILING SERVICE FEE** | $49.95 |
| **COURT FILING COPY CHARGE** | $10.25 |
| **COURT FILING URGENT CHARGE** | $49.95 |
| **COURTESY COPY** | $12.95 |

| **Due Date** | 7/18/12 | **Total This Invoice** | $473.10 |
|---|---|---|---|



**One Legal LLC**
**504 Redwood Blvd., Suite 223**
**Novato, CA  94947**
**(800) 938-8815**

**26-0259046**

**REMIT PAYMENT TO:**
**One Legal LLC**
504 Redwood Blvd., Suite 223
Novato, CA  94947
(800) 938-8815



L/O OF MICHAEL TENENBAUM
ATTN:
██████████████
██████████████████

| | |
|---|---|
| Cust. No.: | ████ |
| Invoice No.: | 7168█ |
| Inv. Date: | 7/5/12 |
| Due Date: | 7/20/12 |
| Total: | $149.90 |
| Terms: | Net 15 |

| INVOICE No. | |
|---|---|
| 7168█ | |
| **Date:** | 7/5/12 |
| **Cust. No.:** | ██████ |

| | |
|---|---|
| **Law Firm Contact:** | Michael Tenenbaum |
| **Client File No.:** | Foie |
| **Case Short Title:** | Association des Éleveurs de Canards et d'Oies ... V. Harris et al. |
| **Documents:** | App for TRO, BRIEF TO FILE, Decl of MT, Decl of Henley, Decl of Cuchet, Decl of Chaney, Decl of Grandjean, Proposed... |
| **One Legal Branch:** | Los Angeles |
| **Court:** | United States District Court, Central District of California |
| **Description:** | |

| | |
|---|---|
| **COURT FILING SERVICE FEE** | $109.95 |
| **COURT FILING COPY CHARGE** | $27.00 |
| **COURTESY COPY** | $12.95 |



| **Due Date** | 7/20/12 | **Total This Invoice** | $149.90 |
|---|---|---|---|

One Legal LLC
504 Redwood Blvd., Suite 223
Novato, CA  94947
(800) 938-8815

26-0259046

REMIT PAYMENT TO:
One Legal LLC
504 Redwood Blvd., Suite 223
Novato, CA  94947
(800) 938-8815

L/O OF MICHAEL TENENBAUM
ATTN:

███████████████

███████████████████



| Cust. No.: | ██████ |
|---|---|
| Invoice No.: | 678█ |
| Inv. Date: | 7/6/12 |
| Due Date: | 7/21/12 |
| Total: | $187.35 |
| Terms: | Net 15 |



| INVOICE No. | |
|---|---|
| 678█ | |
| **Date:** | 7/6/12 |
| **Cust. No.:** | █████ |

| Law Firm Contact: | Michael Tenenbaum |
|---|---|
| Client File No.: | Foie |
| Case Short Title: | l'AECOQ, et al. V. Harris, et al. |
| Documents: | See Attached list |
| One Legal Branch: | Service of Process |
| Court: | United States District Court, Central District of California |
| Description: | Served: Kamala J. Harris, in her official capacity as Atto |
| | 300 S. Spring St. |
| | Los Angeles, CA 90013 |

| SAME DAY PROCESS SERVING | $109.95 |
|---|---|
| MAILING DECLARATION | $9.95 |
| PROCESS SERVING COPY CHARGE | $17.50 |
| PROCESS SERVING URGENT CHARGE | $49.95 |



| Due Date | 7/21/12 | Total This Invoice | $187.35 |
|---|---|---|---|

**One Legal LLC**
**504 Redwood Blvd., Suite 223**
**Novato, CA  94947**
**(800) 938-8815**

**26-0259046**

REMIT PAYMENT TO:
**One Legal LLC**
504 Redwood Blvd., Suite 223
Novato, CA  94947
(800) 938-8815

L/O OF MICHAEL TENENBAUM
ATTN:

███████████████

██████████████████



| | INVOICE No. | |
|---|---|---|
| | 678▆ | |
| **Date:** | 7/6/12 | |
| **Cust. No.:** | █████████ | |

| Cust. No.: | ███████ |
|---|---|
| Invoice No.: | 678▆ |
| Inv. Date: | 7/6/12 |
| Due Date: | 7/21/12 |
| Total: | $80.40 |
| Terms: | Net 15 |

| | |
|---|---|
| **Law Firm Contact:** | Michael Tenenbaum |
| **Client File No.:** | Foie |
| **Case Short Title:** | l'AECOQ, et al. V. Harris, et al. |
| **Documents:** | See attached list |
| **One Legal Branch:** | Service of Process |
| **Court:** | United States District Court, Central District of California |
| **Description:** | Served: The State of California |
| | 300 S. Spring St. |
| | Los Angeles, CA 90013 |

| | |
|---|---|
| **SERVED ADDITIONAL ENTITIES** | $52.95 |
| **MAILING DECLARATION** | $9.95 |
| **PROCESS SERVING COPY CHARGE** | $17.50 |



| **Due Date** | 7/21/12 | **Total This Invoice** | $80.40 |
|---|---|---|---|

**One Legal LLC**
**504 Redwood Blvd., Suite 223**
**Novato, CA  94947**
**(800) 938-8815**

**26-0259046**

REMIT PAYMENT TO:
**One Legal LLC**
504 Redwood Blvd., Suite 223
Novato, CA  94947
(800) 938-8815

L/O OF MICHAEL TENENBAUM
ATTN:

██████████████

██████████████████



| INVOICE No. | |
|---|---|
| 678█ | |
| **Date:** | 7/11/12 |
| **Cust. No.:** | ████████ |

| Cust. No.: | ████████ |
|---|---|
| Invoice No.: | 678█ |
| Inv. Date: | 7/11/12 |
| Due Date: | 7/26/12 |
| Total: | $109.95 |
| Terms: | Net 15 |

| | |
|---|---|
| **Law Firm Contact:** | Michael Tenenbaum |
| **Client File No.:** | Foie |
| **Case Short Title:** | l'ΛECOQ, et al. V. Harris, et al. |
| **Documents:** | See attached list |
| **One Legal Branch:** | Service of Process |
| **Court:** | United States District Court, Central District of California |
| **Description:** | Not Served: Edmund G. Brown, in his official capacity as Gover |
| | 300 S. Spring St. |
| | Los Angeles, CA 90013 |

**PROCESS SERVING ATTEMPTS**                                    $109.95



| Due Date | 7/26/12 | Total This Invoice | $109.95 |
|---|---|---|---|



**One Legal LLC**
**504 Redwood Blvd., Suite 223**
**Novato, CA  94947**
**(800) 938-8815**

26-0259046

**REMIT PAYMENT TO:**
**One Legal LLC**
504 Redwood Blvd., Suite 223
Novato, CA  94947
(800) 938-8815



L/O OF MICHAEL TENENBAUM
ATTN:

███████████

███████████

| Cust. No.: | █████ |
| Invoice No.: | 7169█ |
| Inv. Date: | 7/13/12 |
| Due Date: | 7/28/12 |
| Total: | $24.95 |
| Terms: | Net 15 |

| INVOICE No. | |
|---|---|
| 7169█ | |
| **Date:** | 7/13/12 |
| **Cust. No.:** | █████ |

| | |
|---|---|
| **Law Firm Contact:** | Michael Tenenbaum |
| **Client File No.:** | Foie |
| **Case Short Title:** | Association des Éleveurs de Canards et d'Oies ... V. Harris et al. |
| **Documents:** | 13 - PoS of Summons on Harris MCC, 15 - PoS of TRO App on Harris MCC, 16 - PoS of TRO App on State of CA MCC, 17 -... |
| **One Legal Branch:** | Los Angeles |
| **Court:** | United States District Court, Central District of California |
| **Description:** | |

| | |
|---|---|
| **COURTESY COPY** | $24.95 |



| **Due Date** | 7/28/12 | **Total This Invoice** | $24.95 |
|---|---|---|---|

**One Legal LLC**
**504 Redwood Blvd., Suite 223**
**Novato, CA  94947**
**(800) 938-8815**

**26-0259046**

REMIT PAYMENT TO:
**One Legal LLC**
504 Redwood Blvd., Suite 223
Novato, CA  94947
(800) 938-8815

L/O OF MICHAEL TENENBAUM
ATTN:

█████████████
████████████████



| Cust. No.: | █████ |
| Invoice No.: | 717█████ |
| Inv. Date: | 7/25/12 |
| Due Date: | 8/9/12 |
| Total: | $24.95 |
| Terms: | Net 15 |

| INVOICE No. | |
|---|---|
| | 7170█ |
| **Date:** | 7/25/12 |
| **Cust. No.:** | ████ |

| | |
|---|---|
| **Law Firm Contact:** | Michael Tenenbaum |
| **Client File No.:** | Foie |
| **Case Short Title:** | Association des Éleveurs de Canards et d'Oies ... V. Harris et al. |
| **Documents:** | Brief in Opposition to Motion to Intervene, Request for Judicial Notice . . . |
| **One Legal Branch:** | Los Angeles |
| **Court: Description:** | United States District Court, Central District of California |

| **COURTESY COPY** | **$24.95** |
|---|---|



| **Due Date** | 8/9/12 | **Total This Invoice** | $24.95 |
|---|---|---|---|

**One Legal LLC**
**504 Redwood Blvd., Suite 223**
**Novato, CA  94947**
**(800) 938-8815**

**26-0259046**

REMIT PAYMENT TO:
**One Legal LLC**
504 Redwood Blvd., Suite 223
Novato, CA  94947
(800) 938-8815



L/O OF MICHAEL TENENBAUM
ATTN:

███████████████

███████████████████

| | Cust. No.: | ████████ |
|---|---|---|
| | **Invoice No.:** | 7170██ |
| | **Inv. Date:** | 7/25/12 |
| | **Due Date:** | 8/9/12 |
| | **Total:** | $24.95 |
| | **Terms:** | Net 15 |

| INVOICE No. | |
|---|---|
| 7170██ | |
| **Date:** | 7/25/12 |
| **Cust. No.:** | ████████ |

| **Law Firm Contact:** | Michael Tenenbaum |
|---|---|
| **Client File No.:** | Foie |
| **Case Short Title:** | Association des Éleveurs de Canards et d'Oies ... V. Harris et al. |
| **Documents:** | Notice of Omitted Controlling Authority |
| **One Legal Branch:** | Los Angeles |
| **Court: Description:** | United States District Court, Central District of California |

**COURTESY COPY**                                                              **$24.95**



| **Due Date** | 8/9/12 | **Total This Invoice** | $24.95 |
|---|---|---|---|

**One Legal LLC**
**504 Redwood Blvd., Suite 223**
**Novato, CA  94947**
**(800) 938-8815**

**26-0259046**

**REMIT PAYMENT TO:**
**One Legal LLC**
504 Redwood Blvd., Suite 223
Novato, CA  94947
(800) 938-8815

L/O OF MICHAEL TENENBAUM
ATTN:
███████████████
███████████████████



|  |  |
|---|---|
| **Cust. No.:** | ███ |
| **Invoice No.:**  717█ |  |
| **Inv. Date:**  8/3/12 |  |
| **Due Date:**  8/18/12 |  |
| **Total:**  $24.95 |  |
| **Terms:**  Net 15 |  |

| INVOICE No. | |
|---|---|
| 717█ | |
| **Date:**  8/3/12 | |
| **Cust. No.:**  ███ | |

| | |
|---|---|
| **Law Firm Contact:** | Michael Tenenbaum |
| **Client File No.:** | Foie |
| **Case Short Title:** | Association des Éleveurs de Canards et d'Oies ... V. Harris et al. |
| **Documents:** | 43 - Stipulation to Continue Hearing on Motion for Preliminary Injunction by One Week |
| **One Legal Branch:** | Los Angeles |
| **Court:** | United States District Court, Central District of California |
| **Description:** | |

**COURTESY COPY**                                                $24.95



| **Due Date** | 8/18/12 | **Total This Invoice** | $24.95 |
|---|---|---|---|

**One Legal LLC**
**504 Redwood Blvd., Suite 223**
**Novato, CA  94947**
**(800) 938-8815**

26-0259046

**REMIT PAYMENT TO:**
**One Legal LLC**
504 Redwood Blvd., Suite 223
Novato, CA  94947
(800) 938-8815



L/O OF MICHAEL TENENBAUM
ATTN:

█████████████

██████████████████

| Cust. No.: | ████████ |
|---|---|
| Invoice No.: | 717█████ |
| Inv. Date: | 8/16/12 |
| Due Date: | 8/31/12 |
| Total: | $24.95 |
| Terms: | Net 15 |

| INVOICE No. | |
|---|---|
| 7172██ | |
| **Date:** | 8/16/12 |
| **Cust. No.:** | ███████ |

| | |
|---|---|
| **Law Firm Contact:** | Michael Tenenbaum |
| **Client File No.:** | Foie |
| **Case Short Title:** | Association des Éleveurs de Canards et d'Oies ... V. Harris et al. |
| **Documents:** | MCC 46 - Stipulation to Alter Briefing Schedule, MCC 46 -1 Declaration of MT iso Stipulation to Alter Briefing... |
| **One Legal Branch:** | Los Angeles |
| **Court:** | United States District Court, Central District of California |
| **Description:** | |

**COURTESY COPY**                                                       $24.95



| **Due Date** | 8/31/12 | **Total This Invoice** | $24.95 |
|---|---|---|---|

**One Legal LLC**
**504 Redwood Blvd., Suite 223**
**Novato, CA  94947**
**(800) 938-8815**

**26-0259046**

**REMIT PAYMENT TO:**
**One Legal LLC**
504 Redwood Blvd., Suite 223
Novato, CA  94947
(800) 938-8815

L/O OF MICHAEL TENENBAUM
ATTN:

██████████████

███████████████



| | |
|---|---|
| **Cust. No.:** | ██████ |
| **Invoice No.:** | 7173█ |
| **Inv. Date:** | 8/17/12 |
| **Due Date:** | 9/1/12 |
| **Total:** | $24.95 |
| **Terms:** | Net 15 |

|  INVOICE No.  |  |
|---|---|
| 7173█ | |
| **Date:** | 8/17/12 |
| **Cust. No.:** | ███████ |

| | |
|---|---|
| **Law Firm Contact:** | Michael Tenenbaum |
| **Client File No.:** | Foie |
| **Case Short Title:** | Association des Éleveurs de Canards et d'Oies ... V. Harris et al. |
| **Documents:** | Stipulation, Declaration, Proposed Order |
| **One Legal Branch:** | Los Angeles |
| **Court: Description:** | United States District Court, Central District of California |

| **COURTESY COPY** | $24.95 |
|---|---|



| **Due Date** | 9/1/12 | **Total This Invoice** | $24.95 |
|---|---|---|---|

| From: | service@paypal.com |
|---|---|
| To: | Michael Tenenbaum |
| Subject: | Receipt for Your Payment to Capital Process |
| Date: | Friday, July 20, 2012 5:06:07 AM |



Jul 20, 2012 05:05:38 PDT
Transaction ID: 5YV26011WE9324 

**Hello Michael Tenenbaum,**

**You sent a payment of $57.00 USD to Capital Process**

**(capitalprocess@comcast.net)**

It may take a few moments for this transaction to appear in your account.

**Merchant**
Capital Process
capitalprocess@comcast.net
916-806-3299

**Instructions to merchant**
You haven't entered any instructions.

**Shipping address - confirmed**
Michael Tenenbaum

United States

**Shipping details**
The seller hasn't provided any shipping details yet.

| Description | Unit price | Qty | Amount |
|---|---|---|---|
| Invoice #7342 | $57.00 USD | 1 | $57.00 USD |

| | | |
|---|---|---|
| | Subtotal | $57.00 USD |
| | **Total** | $57.00 USD |
| | Payment | $57.00 USD |

Charge will appear on your credit card statement as "PAYPAL *CAPITALPROC"
Payment sent to capitalprocess@comcast.net

**Issues with this transaction?**
You have 45 days from the date of the transaction to open a dispute in the Resolution Center.

 Questions? Go to the Help Center at: www.paypal.com/help.

**RIGHT TO REFUND**
**You, the customer, are entitled to a refund of the money to be transmitted as a result of this agreement if PayPal does not forward the money received from you within 10 days of the date of its receipt, or does not give instructions committing an equivalent amount of money to the person designated by you within 10 days of the date of the receipt of the funds from you unless otherwise instructed by you.**

| | |
|---|---|
| **From:** | service@paypal.com |
| **To:** | Michael Tenenbaum |
| **Subject:** | Receipt for Your Payment to online legal courier |
| **Date:** | Friday, August 17, 2012 12:08:40 PM |



Aug 17, 2012 12:08:36 PDT
Transaction ID: 3W1985729H6418048

**Hello Michael Tenenbaum,**

**You sent a payment of $14.95 USD to online legal courier**

It may take a few moments for this transaction to appear in your account.

**Merchant**
online legal courier

 **Instructions to merchant**
This is for the courtesy copy delivery to Judge Stephen Wilson's chambers/dropbox today. Thank you!

| Description | Unit price | Qty | Amount |
|---|---|---|---|
| Miscellanouse Item# OLC-MIS | $14.95 USD | 1 | $14.95 USD |

| | | |
|---|---|---|
| **Subtotal** | | $14.95 USD |
| **Total** | | $14.95 USD |
| **Payment** | | $14.95 USD |

Charge will appear on your credit card statement as "PAYPAL *ONLINELEGAL"

**Issues with this transaction?**
You have 45 days from the date of the transaction to open a dispute in the Resolution Center.

Questions? Go to the Help Center at: www.paypal.com/help.

**RIGHT TO REFUND**
**You, the customer, are entitled to a refund of the money to be transmitted as a result of this agreement if PayPal does not forward the money received from you within 10 days of the date of its receipt, or does not give instructions committing an equivalent amount of money to the person designated by you within 10 days of the date of the receipt of the funds from you unless otherwise instructed by you.**

**If your instructions as to when the money shall be forwarded or transmitted are not complied with, and the money has not yet been forwarded or transmitted, you have a right to a refund of your money.**

**If you want a refund, you must mail or deliver your written request to PayPal at**

| From: | service@paypal.com |
|-------|--------------------|
| To: | Michael Tenenbaum |
| Subject: | You sent a payment |
| Date: | Friday, August 24, 2012 10:28:06 AM |

---------------------------------------------------------------------

You sent a payment

---------------------------------------------------------------------

Transaction ID: 3CW685453K4430█████

Dear Michael Tenenbaum,

You sent a payment for $57.70 USD to online legal courier.
Please note that it may take a little while for this payment to appear in the Recent Activity list on your Account Overview.

View the details of this transaction online at:

https://www.paypal.com/us/vst/id=3CW685453K4430█████

Your monthly account statement is available anytime; just log in to your account at https://www.paypal.com/us/cgi-bin/webscr?cmd=_history. To correct any errors, please contact us through our Help Center at https://www.paypal.com/us/cgi-bin/webscr?cmd=_contact_us.

---------------------------------------------------------------------

Amount:$57.70 USD
Sent on:August 24, 2012
Message in your payment email:Hi Mike.  Here's my payment for the filings you did on Wednesday.  Please let me know that you received it.  Thanks again for all your help.  Michael Tenenbaum (mt@post.harvard.edu)
Sincerely,
PayPal

---------------------------------------------------------------------

Help Center:
https://www.paypal.com/us/cgi-bin/helpweb?cmd=_help
Resolution Center:
https://www.paypal.com/us/cgi-bin/?cmd=_complaint-view
Security Center:
https://www.paypal.com/us/security

RIGHT TO REFUND
You, the customer, are entitled to a refund of the money to be transmitted as a result of this agreement if PayPal does not forward the money received from you within 10 days of the date of its receipt, or does not give instructions committing an equivalent amount of money to the person designated by you within 10 days of the date of the receipt of the funds from you unless otherwise instructed by you.

If your instructions as to when the money shall be forwarded or transmitted are not complied with, and the money has not yet been forwarded or transmitted, you have a right to a refund of your money.

If you want a refund, you must mail or deliver your written request to PayPal at P.O. Box 45950, Omaha, NE 68145-0950. If you do not receive your refund, you may be entitled to your money back

| From: | service@paypal.com |
|---|---|
| To: | Michael Tenenbaum |
| Subject: | You sent a payment |
| Date: | Wednesday, August 29, 2012 1:47:02 PM |

--------------------------------------------------------------------

You sent a payment

--------------------------------------------------------------------

Transaction ID: 30N0330207579 

Dear Michael Tenenbaum,

You sent a payment for $14.95 USD to online legal courier.
Please note that it may take a little while for this payment to appear in the Recent Activity list on your Account Overview.


View the details of this transaction online at:

https://www.paypal.com/us/vst/id=30N0330207579


Your monthly account statement is available anytime; just log in to your account at
https://www.paypal.com/us/cgi-bin/webscr?cmd=_history. To correct any errors, please contact us
through our Help Center at https://www.paypal.com/us/cgi-bin/webscr?cmd=_contact_us.


--------------------------------------------------------------------

Amount:$14.95 USD
Sent on:August 29, 2012
Sincerely,
PayPal

--------------------------------------------------------------------

Help Center:
https://www.paypal.com/us/cgi-bin/helpweb?cmd=_help
Resolution Center:
https://www.paypal.com/us/cgi-bin/?cmd=_complaint-view
Security Center:
https://www.paypal.com/us/security


RIGHT TO REFUND
You, the customer, are entitled to a refund of the money to be transmitted as a result of this agreement
if PayPal does not forward the money received from you within 10 days of the date of its receipt, or
does not give instructions committing an equivalent amount of money to the person designated by you
within 10 days of the date of the receipt of the funds from you unless otherwise instructed by you.

If your instructions as to when the money shall be forwarded or transmitted are not complied with, and
the money has not yet been forwarded or transmitted, you have a right to a refund of your money.

If you want a refund, you must mail or deliver your written request to PayPal at P.O. Box 45950,
Omaha, NE 68145-0950. If you do not receive your refund, you may be entitled to your money back
plus a penalty of up to $1,000.00 USD and attorney's fees pursuant to Section 2102 of the California
Financial Code.

**From:**  service@paypal.com
**To:**  Michael Tenenbaum
**Subject:**  You sent a payment
**Date:**  Wednesday, September 05, 2012 7:03:31 AM





## You sent a payment

Transaction ID: 1UU980078H6665█

Dear Michael Tenenbaum,

You sent a payment for $14.95 USD to online legal courier.

Please note that it may take a little while for this payment to appear in the Recent Activity list on your Account Overview.

View the details of this transaction online

Your monthly account statement is available anytime; just log in to your account at https://www.paypal.com/us/cgi-bin/webscr?cmd=_history. To correct any errors, please contact us through our Help Center at https://www.paypal.com/us/cgi-bin/webscr?cmd=_contact_us.

| | |
|---|---|
| Amount: | $14.95 USD |
| Sent on: | September 5, 2012 |

Sincerely,
PayPal

Help Center  |  Resolution Center  |  Security Center

**RIGHT TO REFUND**
**You, the customer, are entitled to a refund of the money to be transmitted as a result of this agreement if PayPal does not forward the money received from you within 10 days of the date of its receipt, or does not give instructions committing an equivalent amount of money to the person designated by you within 10 days of the date of the receipt of the funds from you unless otherwise instructed by you.**

**If your instructions as to when the money shall be forwarded or transmitted are not complied with, and the money has not yet been forwarded or transmitted, you have a right to a refund of your money.**

**If you want a refund, you must mail or deliver your written request to PayPal at P.O. Box 45950, Omaha, NE 68145-0950. If you do not receive your refund, you may be entitled to your money back plus a penalty of up to $1,000.00 USD and attorney's fees pursuant to Section 2102 of the California Financial Code.**

**PAYPAL ACCOUNT HOLDERS**
**If you have a PayPal account, you have a preferred alternative to the Right to Refund process. You may be covered if you find a payment error. You also may be covered if you did not receive your item or the item is significantly different from the seller's description. To obtain help, log into your PayPal account and**

| | |
|---|---|
| **From:** | service@paypal.com |
| **To:** | Michael Tenenbaum |
| **Subject:** | You sent a payment |
| **Date:** | Wednesday, September 05, 2012 1:44:30 PM |





## You sent a payment

Transaction ID: 22S352162H0666⬛

Dear Michael Tenenbaum,

You sent a payment for $20.35 USD to online legal courier.

Please note that it may take a little while for this payment to appear in the Recent Activity list on your Account Overview.

View the details of this transaction online

Your monthly account statement is available anytime; just log in to your account at https://www.paypal.com/us/cgi-bin/webscr?cmd=_history. To correct any errors, please contact us through our Help Center at https://www.paypal.com/us/cgi-bin/webscr?cmd=_contact_us.

| | |
|---|---|
| Amount: | $20.35 USD |
| Sent on: | September 5, 2012 |

Sincerely,
PayPal

Help Center | Resolution Center | Security Center

**RIGHT TO REFUND**
**You, the customer, are entitled to a refund of the money to be transmitted as a result of this agreement if PayPal does not forward the money received from you within 10 days of the date of its receipt, or does not give instructions committing an equivalent amount of money to the person designated by you within 10 days of the date of the receipt of the funds from you unless otherwise instructed by you.**

**If your instructions as to when the money shall be forwarded or transmitted are not complied with, and the money has not yet been forwarded or transmitted, you have a right to a refund of your money.**

**If you want a refund, you must mail or deliver your written request to PayPal at P.O. Box 45950, Omaha, NE 68145-0950. If you do not receive your refund, you may be entitled to your money back plus a penalty of up to $1,000.00 USD and attorney's fees pursuant to Section 2102 of the California Financial Code.**

**PAYPAL ACCOUNT HOLDERS**
**If you have a PayPal account, you have a preferred alternative to the Right to Refund process. You may be covered if you find a payment error. You also may be covered if you did not receive your item or the item is significantly different from the seller's description. To obtain help, log into your PayPal account and**

**From:**     service@paypal.com
**To:**        Michael Tenenbaum
**Subject:**  You sent a payment
**Date:**     Tuesday, September 18, 2012 12:50:27 PM





## You sent a payment

Transaction ID: 0M440077539225▮▮

Dear Michael Tenenbaum,

You sent a payment for $14.95 USD to online legal courier.

Please note that it may take a little while for this payment to appear in the Recent Activity list on your Account Overview.

View the details of this transaction online

Your monthly account statement is available anytime; just log in to your account at https://www.paypal.com/us/cgi-bin/webscr?cmd=_history. To correct any errors, please contact us through our Help Center at https://www.paypal.com/us/cgi-bin/webscr?cmd=_contact_us.

| | |
|---|---|
| Amount: | $14.95 USD |
| Sent on: | September 18, 2012 |

Sincerely,
PayPal

---

Help Center | Resolution Center | Security Center

**RIGHT TO REFUND**
**You, the customer, are entitled to a refund of the money to be transmitted as a result of this agreement if PayPal does not forward the money received from you within 10 days of the date of its receipt, or does not give instructions committing an equivalent amount of money to the person designated by you within 10 days of the date of the receipt of the funds from you unless otherwise instructed by you.**

**If your instructions as to when the money shall be forwarded or transmitted are not complied with, and the money has not yet been forwarded or transmitted, you have a right to a refund of your money.**

**If you want a refund, you must mail or deliver your written request to PayPal at P.O. Box 45950, Omaha, NE 68145-0950. If you do not receive your refund, you may be entitled to your money back plus a penalty of up to $1,000.00 USD and attorney's fees pursuant to Section 2102 of the California Financial Code.**

**PAYPAL ACCOUNT HOLDERS**
**If you have a PayPal account, you have a preferred alternative to the Right to Refund process. You may be covered if you find a payment error. You also may be covered if you did not receive your item or the item is significantly different from the seller's description. To obtain help, log into your PayPal account and**

| From: | service@paypal.com |
|---|---|
| To: | Michael Tenenbaum |
| Subject: | You sent a payment |
| Date: | Tuesday, October 09, 2012 6:03:10 PM |



## You sent a payment

Transaction ID: 2CP108567E0463███

Dear Michael Tenenbaum,

You sent a payment for $14.95 USD to online legal courier.

Please note that it may take a little while for this payment to appear in the Recent Activity list on your Account Overview.

View the details of this transaction online



Your monthly account statement is available anytime; just log in to your account at https://www.paypal.com/us/cgi-bin/webscr?cmd=_history. To correct any errors, please contact us through our Help Center at https://www.paypal.com/us/cgi-bin/webscr?cmd=_contact_us.

| Amount: | $14.95 USD |
|---|---|
| Sent on: | October 9, 2012 |

Sincerely,
PayPal

Help Center | Resolution Center | Security Center

**RIGHT TO REFUND**
**You, the customer, are entitled to a refund of the money to be transmitted as a result of this agreement if PayPal does not forward the money received from you within 10 days of the date of its receipt, or does not give instructions committing an equivalent amount of money to the person designated by you within 10 days of the date of the receipt of the funds from you unless otherwise instructed by you.**

**If your instructions as to when the money shall be forwarded or transmitted are not complied with, and the money has not yet been forwarded or transmitted, you have a right to a refund of your money.**

**If you want a refund, you must mail or deliver your written request to PayPal at P.O. Box 45950, Omaha, NE 68145-0950. If you do not receive your refund, you may be entitled to your money back plus a penalty of up to $1,000.00 USD and attorney's fees pursuant to Section 2102 of the California Financial Code.**

**PAYPAL ACCOUNT HOLDERS**
**If you have a PayPal account, you have a preferred alternative to the Right to Refund process. You may be covered if you find a payment error. You also may be covered if you did not receive your item or the item is significantly different from the seller's description. To obtain help, log into your PayPal account and**

| | |
|---|---|
| **From:** | service@paypal.com |
| **To:** | Michael Tenenbaum |
| **Subject:** | You sent a payment |
| **Date:** | Thursday, October 18, 2012 4:27:12 PM |





## You sent a payment

Transaction ID: 1UG19197L98688██

Dear Michael Tenenbaum,

You sent a payment for $14.95 USD to online legal courier.

Please note that it may take a little while for this payment to appear in the Recent Activity list on your Account Overview.

View the details of this transaction online

Your monthly account statement is available anytime; just log in to your account at https://www.paypal.com/us/cgi-bin/webscr?cmd=_history. To correct any errors, please contact us through our Help Center at https://www.paypal.com/us/cgi-bin/webscr?cmd=_contact_us.

| | |
|---|---|
| Amount: | $14.95 USD |
| Sent on: | October 18, 2012 |

Sincerely,
PayPal

Help Center | Resolution Center | Security Center

**RIGHT TO REFUND**
**You, the customer, are entitled to a refund of the money to be transmitted as a result of this agreement if PayPal does not forward the money received from you within 10 days of the date of its receipt, or does not give instructions committing an equivalent amount of money to the person designated by you within 10 days of the date of the receipt of the funds from you unless otherwise instructed by you.**

**If your instructions as to when the money shall be forwarded or transmitted are not complied with, and the money has not yet been forwarded or transmitted, you have a right to a refund of your money.**

**If you want a refund, you must mail or deliver your written request to PayPal at P.O. Box 45950, Omaha, NE 68145-0950. If you do not receive your refund, you may be entitled to your money back plus a penalty of up to $1,000.00 USD and attorney's fees pursuant to Section 2102 of the California Financial Code.**

**PAYPAL ACCOUNT HOLDERS**
**If you have a PayPal account, you have a preferred alternative to the Right to Refund process. You may be covered if you find a payment error. You also may be covered if you did not receive your item or the item is significantly different from the seller's description. To obtain help, log into your PayPal account and**

**From:**       service@paypal.com
**To:**         Michael Tenenbaum
**Subject:**    You sent a payment
**Date:**       Friday, April 04, 2014 2:41:27 PM



## You sent a payment

Transaction ID: 76R11978V09963█████

Dear Michael Tenenbaum,

You sent a payment for $29.90 USD to online legal courier.

Please note that it may take a little while for this payment to appear in the Recent Activity list on your Account Overview.

View the details of this transaction online

Your monthly account statement is available anytime; just log in to your account at https://www.paypal.com/us/cgi-bin/webscr?cmd=_history. To correct any errors, please contact us through our Help Center at https://www.paypal.com/us/cgi-bin/webscr?cmd=_contact_us.

| Amount: | $29.90 USD |
| Sent on: | April 4, 2014 |

Sincerely,
PayPal

---

Help Center | Resolution Center | Security Center

**RIGHT TO REFUND**
**You, the customer, are entitled to a refund of the money to be transmitted as a result of this agreement if PayPal does not forward the money received from you within 10 days of the date of its receipt, or does not give instructions committing an equivalent amount of money to the person designated by you within 10 days of the date of the receipt of the funds from you unless otherwise instructed by you.**

**If your instructions as to when the money shall be forwarded or transmitted are not complied with, and the money has not yet been forwarded or transmitted, you have a right to a refund of your money.**

**If you want a refund, you must mail or deliver your written request to PayPal at P.O. Box 45950, Omaha, NE 68145-0950. If you do not receive your refund, you may be entitled to your money back plus a penalty of up to $1,000.00 USD and attorney's fees pursuant to Section 2102 of the California Financial Code.**

**PAYPAL ACCOUNT HOLDERS**
**If you have a PayPal account, you have a preferred alternative to the Right to Refund process. You may be covered if you find a payment error. You also may be covered if you did not receive your item or the item is significantly different from the seller's description. To obtain help, log into your PayPal account and**

**From:**      service@paypal.com
**To:**        Michael Tenenbaum
**Subject:**   You sent a payment
**Date:**      Wednesday, July 02, 2014 11:41:25 AM



## You sent a payment                    Transaction ID: 85A635497G6036⬛

Dear Michael Tenenbaum,

You sent a payment for $14.95 USD to online legal courier.

Please note that it may take a little while for this payment to appear in the Recent Activity list on your Account Overview.

View the details of this transaction online

Your monthly account statement is available anytime; just log in to your account at https://www.paypal.com/us/cgi-bin/webscr?cmd=_history. To correct any errors, please contact us through our Help Center at https://www.paypal.com/us/cgi-bin/webscr?cmd=_contact_us.

| Amount:  | $14.95 USD |
| Sent on: | July 2, 2014 |

Sincerely,
PayPal

---

Help Center | Resolution Center | Security Center

**RIGHT TO REFUND**

You, the customer, are entitled to a refund of the money to be transmitted as a result of this agreement if PayPal does not forward the money received from you within 10 days of the date of its receipt, or does not give instructions committing an equivalent amount of money to the person designated by you within 10 days of the date of the receipt of the funds from you unless otherwise instructed by you.

If your instructions as to when the money shall be forwarded or transmitted are not complied with and the money has not yet been forwarded or transmitted, you have a right to a refund of your money.

If you want a refund, you must mail or deliver your written request to PayPal at P.O. Box 45950, Omaha, NE 68145-0950. If you do not receive your refund, you may be entitled to your money back plus a penalty of up to $1000 and attorney's fees pursuant to Section 2102 of the California Financial Code.

This email was sent by an automated system, so if you reply, nobody will see it. To get in touch with us, log in to your account and click "Contact Us" at the bottom of any page.

Copyright © 2014 PayPal, Inc. All rights reserved. PayPal is located at 2211 N. First St., San Jose, CA 95131.

PayPal Email ID PP118 - e54afb3a4c⬛

No virus found in this message.
Checked by AVG - www.avg.com

| From: | service@paypal.com |
|---|---|
| To: | Michael Tenenbaum |
| Subject: | You sent a payment |
| Date: | Tuesday, August 12, 2014 12:37:09 PM |



## You sent a payment

Transaction ID: 3K8162392A3245█████

Dear Michael Tenenbaum,

You sent a payment for $16.95 USD to online legal courier.

Please note that it may take a little while for this payment to appear in the Recent Activity list on your Account Overview.

View the details of this transaction online

Your monthly account statement is available anytime; just log in to your account at https://www.paypal.com/us/cgi-bin/webscr?cmd=_history. To correct any errors, please contact us through our Help Center at https://www.paypal.com/us/cgi-bin/webscr?cmd=_contact_us.

| | Amount: | $16.95 USD |
|---|---|---|
| | Sent on: | August 12, 2014 |

Sincerely,
PayPal

Help Center | Resolution Center | Security Center

**RIGHT TO REFUND**

You, the customer, are entitled to a refund of the money to be transmitted as a result of this agreement if PayPal does not forward the money received from you within 10 days of the date of its receipt, or does not give instructions committing an equivalent amount of money to the person designated by you within 10 days of the date of the receipt of the funds from you unless otherwise instructed by you.

If your instructions as to when the money shall be forwarded or transmitted are not complied with and the money has not yet been forwarded or transmitted, you have a right to a refund of your money.

If you want a refund, you must mail or deliver your written request to PayPal at P.O. Box 45950, Omaha, NE 68145-0950. If you do not receive your refund, you may be entitled to your money back plus a penalty of up to $1000 and attorney's fees pursuant to Section 2102 of the California Financial Code.

This email was sent by an automated system, so if you reply, nobody will see it. To get in touch with us, log in to your account and click "Contact Us" at the bottom of any page.

Copyright © 2014 PayPal, Inc. All rights reserved. PayPal is located at 2211 N. First St., San Jose, CA 95131.

PayPal Email ID PP118 - ab8130c65d████

No virus found in this message.
Checked by AVG - www.avg.com

| | |
|---|---|
| **From:** | service@paypal.com |
| **To:** | Michael Tenenbaum |
| **Subject:** | You sent a payment |
| **Date:** | Thursday, September 04, 2014 11:08:09 AM |



## You sent a payment

Transaction ID: 1NS685927J2396█████

Dear Michael Tenenbaum,

You sent a payment for $14.95 USD to online legal courier.

Please note that it may take a little while for this payment to appear in the Recent Activity list on your Account Overview.

View the details of this transaction online

Your monthly account statement is available anytime; just log in to your account at https://www.paypal.com/us/cgi-bin/webscr?cmd=_history. To correct any errors, please contact us through our Help Center at https://www.paypal.com/us/cgi-bin/webscr?cmd=_contact_us.

| | |
|---|---|
| Amount: | $14.95 USD |
| Sent on: | September 4, 2014 |

Sincerely,
PayPal

Help Center  |  Resolution Center  |  Security Center

**RIGHT TO REFUND**

You, the customer, are entitled to a refund of the money to be transmitted as a result of this agreement if PayPal does not forward the money received from you within 10 days of the date of its receipt, or does not give instructions committing an equivalent amount of money to the person designated by you within 10 days of the date of the receipt of the funds from you unless otherwise instructed by you.

If your instructions as to when the money shall be forwarded or transmitted are not complied with and the money has not yet been forwarded or transmitted, you have a right to a refund of your money.

If you want a refund, you must mail or deliver your written request to PayPal at P.O. Box 45950, Omaha, NE 68145-0950. If you do not receive your refund, you may be entitled to your money back plus a penalty of up to $1000 and attorney's fees pursuant to Section 2102 of the California Financial Code.

This email was sent by an automated system, so if you reply, nobody will see it. To get in touch with us, log in to your account and click "Contact Us" at the bottom of any page.

Copyright © 2014 PayPal, Inc. All rights reserved. PayPal is located at 2211 N. First St., San Jose, CA 95131.

PayPal Email ID PP118 - 37e441a151████

No virus found in this message.
Checked by AVG - www.avg.com

**From:**        service@paypal.com
**To:**          Michael Tenenbaum
**Subject:**     You sent a payment
**Date:**        Tuesday, October 21, 2014 5:42:01 AM



## You sent a payment

Transaction ID: 30378482B20996

Dear Michael Tenenbaum,

You sent a payment for $14.95 USD to online legal courier.

Please note that it may take a little while for this payment to appear in the Recent Activity list on your Account Overview.

View the details of this transaction online

Your monthly account statement is available anytime; just log in to your account at https://www.paypal.com/us/cgi-bin/webscr?cmd=_history. To correct any errors, please contact us through our Help Center at https://www.paypal.com/us/cgi-bin/webscr?cmd=_contact_us.

| | |
|---|---|
| Amount you have sent: | $14.95 USD |
| Your total charge: | $14.95 USD |
| online legal courier will receive: | $14.95 USD |
| Sent on: | October 21, 2014 |

Sincerely,
PayPal

Help Center  |  Resolution Center  |  Security Center

**RIGHT TO REFUND**

You, the customer, are entitled to a refund of the money to be transmitted as a result of this agreement if PayPal does not forward the money received from you within 10 days of the date of its receipt, or does not give instructions committing an equivalent amount of money to the person designated by you within 10 days of the date of the receipt of the funds from you unless otherwise instructed by you.

If your instructions as to when the money shall be forwarded or transmitted are not complied with and the money has not yet been forwarded or transmitted, you have a right to a refund of your money.

If you want a refund, you must mail or deliver your written request to PayPal at P.O. Box 45950, Omaha, NE 68145-0950. If you do not receive your refund, you may be entitled to your money back plus a penalty of up to $1000 and attorney's fees pursuant to Section 2102 of the California Financial Code.

This email was sent by an automated system, so if you reply, nobody will see it. To get in touch with us, log in to your account and click "Contact Us" at the bottom of any page.

Copyright © 2014 PayPal, Inc. All rights reserved. PayPal is located at 2211 N. First St., San Jose, CA 95131.

PayPal Email ID PP118 - f35498ffe3

| | |
|---|---|
| **From:** | service@paypal.com |
| **To:** | Michael Tenenbaum |
| **Subject:** | You sent a payment |
| **Date:** | Tuesday, November 11, 2014 5:29:47 AM |



## You sent a payment

Transaction ID: 8PC19600V17677█

Dear Michael Tenenbaum,

You sent a payment for $14.95 USD to online legal courier.

Please note that it may take a little while for this payment to appear in the Recent Activity list on your Account Overview.

View the details of this transaction online

Your monthly account statement is available anytime; just log in to your account at https://www.paypal.com/us/cgi-bin/webscr?cmd=_history. To correct any errors, please contact us through our Help Center at https://www.paypal.com/us/cgi-bin/webscr?cmd=_contact_us.

| | |
|---|---|
| Amount you have sent: | $14.95 USD |
| Your total charge: | $14.95 USD |
| online legal courier will receive: | $14.95 USD |
| Sent on: | November 11, 2014 |

Sincerely,
PayPal

Help Center  |  Resolution Center  |  Security Center

**RIGHT TO REFUND**

You, the customer, are entitled to a refund of the money to be transmitted as a result of this agreement if PayPal does not forward the money received from you within 10 days of the date of its receipt, or does not give instructions committing an equivalent amount of money to the person designated by you within 10 days of the date of the receipt of the funds from you unless otherwise instructed by you.

If your instructions as to when the money shall be forwarded or transmitted are not complied with and the money has not yet been forwarded or transmitted, you have a right to a refund of your money.

If you want a refund, you must mail or deliver your written request to PayPal at P.O. Box 45950, Omaha, NE 68145-0950. If you do not receive your refund, you may be entitled to your money back plus a penalty of up to $1000 and attorney's fees pursuant to Section 2102 of the California Financial Code.

This email was sent by an automated system, so if you reply, nobody will see it. To get in touch with us, log in to your account and click "Contact Us" at the bottom of any page.

Copyright © 2014 PayPal, Inc. All rights reserved. PayPal is located at 2211 N. First St., San Jose, CA 95131.

PayPal Email ID PP118 - c14691df74█

**From:** service@paypal.com
**To:** Michael Tenenbaum
**Subject:** You sent a payment
**Date:** Monday, November 17, 2014 12:03:24 PM



## You sent a payment

Transaction ID: 0L655507RR3896█

Dear Michael Tenenbaum,

You sent a payment for $14.95 USD to online legal courier.

Please note that it may take a little while for this payment to appear in the Recent Activity list on your Account Overview.

View the details of this transaction online

Your monthly account statement is available anytime; just log in to your account at https://www.paypal.com/us/cgi-bin/webscr?cmd=_history. To correct any errors, please contact us through our Help Center at https://www.paypal.com/us/cgi-bin/webscr?cmd=_contact_us.

| | |
|---|---|
| Amount you have sent: | $14.95 USD |
| Your total charge: | $14.95 USD |
| online legal courier will receive: | $14.95 USD |
| Sent on: | November 17, 2014 |

Sincerely,
PayPal

Help Center | Resolution Center | Security Center

**RIGHT TO REFUND**

You, the customer, are entitled to a refund of the money to be transmitted as a result of this agreement if PayPal does not forward the money received from you within 10 days of the date of its receipt, or does not give instructions committing an equivalent amount of money to the person designated by you within 10 days of the date of the receipt of the funds from you unless otherwise instructed by you.

If your instructions as to when the money shall be forwarded or transmitted are not complied with and the money has not yet been forwarded or transmitted, you have a right to a refund of your money.

If you want a refund, you must mail or deliver your written request to PayPal at P.O. Box 45950, Omaha, NE 68145-0950. If you do not receive your refund, you may be entitled to your money back plus a penalty of up to $1000 and attorney's fees pursuant to Section 2102 of the California Financial Code.

This email was sent by an automated system, so if you reply, nobody will see it. To get in touch with us, log in to your account and click "Contact Us" at the bottom of any page.

Copyright © 2014 PayPal, Inc. All rights reserved. PayPal is located at 2211 N. First St., San Jose, CA 95131.

PayPal Email ID PP118 - 6a4f7d51c█