| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | NOV 9 2017 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

ASSOCIATION DES ÉLEVEURS DE CANARDS ET D'OIES DU QUÉBEC, a Canadian nonprofit corporation; HVFG, LLC, a New York limited liability company; HOT'S RESTAURANT GROUP, INC., a California corporation,

   Plaintiffs - Appellees,

 v.

XAVIER BECERRA, Attorney General,

   Defendant - Appellant.

No. 15-55192

D.C. No. 2:12-cv-05735-SVW-RZ
U.S. District Court for the Central District of California, Los Angeles

ORDER

Before: PREGERSON, NGUYEN, and OWENS, Circuit Judges.

 The panel voted to deny the petition for rehearing en banc. Judge Nguyen and Judge Owens voted to deny the petition for rehearing en banc, and Judge Pregerson has so recommended. The full court has been advised of the petition for rehearing en banc and no judge has requested a vote on whether to rehear the matter en banc. Fed. R. App. P. 35.

 The petition for rehearing en banc is DENIED.