UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

DEC 7 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ASSOCIATION DES ÉLEVEURS DE CANARDS ET D'OIES DU QUÉBEC, a Canadian nonprofit corporation; HVFG, LLC, a New York limited liability company; HOT'S RESTAURANT GROUP, INC., a California corporation,<br><br>        Plaintiffs - Appellees,<br><br> v.<br><br>XAVIER BECERRA, Attorney General,<br><br>        Defendant - Appellant. | No.   15-55192<br><br>D.C. No. 2:12-cv-05735-SVW-RZ<br>U.S. District Court for the Central District of California, Los Angeles<br><br>ORDER |

Before: NGUYEN and OWENS, Circuit Judges.

    Plaintiffs-Appellees' motion to stay the mandate pending filing of a petition for writ of certiorari (Docket Entry No. 54) is GRANTED. *See* Fed. R. App. P. 41(d)(2).