# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| **ASSOCIATION DES ELEVEURS DE CANARDS ET D'OIES DU QUEBEC, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**XAVIER BECERRA**, in his official capacity as Attorney General of California;<br><br>Defendant. | CV-12-05735-SVW-RZ<br><br>**ORDER GRANTING THE PARTIES' JOINT STIPULATION AND REQUEST TO [1] CONTINUE THE HEARING ON THE PARTIES' CROSS MOTIONS FROM AUGUST 19, 2019, TO AUGUST 26, 2019; AND [2] TO EXTEND PLAINTIFFS' DATE TO FILE MOTION FOR PARTIAL SUMMARY JUDGMENT FROM JUNE 24, 2019, TO JULY 8, 2019** |

The Court having considered the parties' joint stipulation and request, and good cause having been shown, hereby grants the joint stipulation and request and orders as follows:

1. The hearing on the Parties' cross-motions, i.e., Defendant's motion to dismiss (Dkt. 190) and Plaintiffs' anticipated motion for partial summary judgment, is continued by one week, from August 19, 2019, at 1:30 p.m., to **August 26, 2019, at 1:30 p.m.**; and

2. Plaintiffs' motion for partial summary judgment shall be filed by **July 8, 2019**.

**IT IS SO ORDERED.**

Dated: June 25, 2019

_____
Judge Stephen V. Wilson