UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ASSOCIATION DES ÉLEVEURS DE CANARDS ET D'OIES DU QUÉBEC, a Canadian nonprofit corporation; HVFG LLC, a New York limited liability company; and SEAN "HOT" CHANEY, an individual;<br><br>                Plaintiffs,<br><br>– against –<br><br>XAVIER BECERRA, in his official capacity as Attorney General of California;<br><br>                Defendant. | Case No. 2:12-cv-05735-SVW-RZ<br><br>**JUDGMENT**<br><br>JS-6 |

For the reasons stated in the Court's order of July 14, 2020 (Dkt. 227), and in light of the disposition of Plaintiffs' other claims dismissed without leave to amend pursuant to the Court's order of January 14, 2020 (Dkt. 212), the Court hereby enters

JUDGMENT

1. JUDGMENT in favor of Plaintiffs on the first cause of action for declaratory relief in accordance with the Court's order of July 14, 2020.

Dated: July 23, 2020

_____
Stephen V. Wilson
United States District Judge