

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

August 26, 2020

| | |
|---|---|
| No.: | 20-55882 |
| D.C. No.: | 2:12-cv-05735-SVW-RZ |
| Short Title: | Association des Eleveurs, et al v. Xavier Becerra |

Dear Appellant/Counsel

A copy of your notice of appeal/petition has been received in the Clerk's office of
the United States Court of Appeals for the Ninth Circuit. The U.S. Court of
Appeals docket number shown above has been assigned to this case. You must
indicate this Court of Appeals docket number whenever you communicate with
this court regarding this case.

Motions filed along with the notice of appeal in the district court are not
automatically transferred to this court for filing. Any motions seeking relief from
this court must be separately filed in this court's docket.

Please furnish this docket number immediately to the court reporter if you place an
order, or have placed an order, for portions of the trial transcripts. The court
reporter will need this docket number when communicating with this court.

**The due dates for filing the parties' briefs and otherwise perfecting the appeal
have been set by the enclosed "Time Schedule Order," pursuant to applicable
FRAP rules. These dates can be extended only by court order. Failure of the
appellant to comply with the time schedule order will result in automatic
dismissal of the appeal. 9th Cir. R. 42-1.**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| FILED |
| --- |
| AUG 26 2020 |
| MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

ASSOCIATION DES ELEVEURS DE
CANARDS ET D OIES DU QUEBEC,
a Canadian nonprofit corporation;
HVFG, LLC, a New York limited
liability company; SEAN CHANEY, an
individual,

                Plaintiffs - Appellees,

  v.

XAVIER BECERRA, in his official
capacity as Attorney General of
California,

                Defendant - Appellant.

No. 20-55882

D.C. No. 2:12-cv-05735-SVW-RZ
U.S. District Court for Central
California, Los Angeles

**TIME SCHEDULE ORDER**

The parties shall meet the following time schedule.

| **Wed., September 2, 2020** | Appellant's Mediation Questionnaire due. If your registration for Appellate CM/ECF is confirmed after this date, the Mediation Questionnaire is due within one day of receiving the email from PACER confirming your registration. |
| --- | --- |
| **Tue., October 20, 2020** | Appellant's opening brief and excerpts of record shall be served and filed pursuant to FRAP 31 and 9th Cir. R. 31-2.1. |
| **Thu., November 19, 2020** | Appellees' answering brief and excerpts of record shall be served and filed pursuant to FRAP 31 and 9th Cir. R. 31-2.1. |

**The optional appellant's reply brief shall be filed and served within 21 days of service of the appellees' brief, pursuant to FRAP 31 and 9th Cir. R. 31-2.1.**

**Failure of the appellant to comply with the Time Schedule Order will result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: John Brendan Sigel
Deputy Clerk
Ninth Circuit Rule 27-7